UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE, and GREGORY<br>ENRIQUEZ,<br>　　　　Defendants. | Civil Action No. 05-10306-RWZ |

## ASSENTED TO MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND JURY DEMAND

Defendants, International Business Machines Corporation, Steven Mills, Charles Ill, John Joyce, and Gregory Enriquez (hereinafter "Defendants"), hereby move, with the assent of Plaintiff, Thomas Cashman, for an additional fourteen (14) days to serve their response to Plaintiff's First Amended Complaint And Jury Demand, to and including Wednesday, March 9, 2005. As grounds for their motion, Defendants state that the First Amended Complaint filed by Plaintiff is 20 pages in length and includes six counts. Defendants also state that the additional time is necessary to review the facts of the matter and prepare the appropriate response to the First Amended Complaint. Plaintiff has assented to the allowance of this motion, but specifically reserves his right to request that this case be remanded to state court.

Respectfully submitted,

INTERNATIONAL BUSINESS MACHINES
CORPORATION, STEVEN A. MILLS, CHARLES
ILL, JOHN R. JOYCE, and GREGORY
ENRIQUEZ
By their attorneys,


/s/ Heather L. Stepler
Joan Ackerstein, BBO # 348220
Heather L. Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

Dated:   February 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2005, a copy of the foregoing document was served upon Plaintiff's Attorney, Kathleen E. Cross, Hanify & King, One Beacon Street, Boston, MA 02108, by first-class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP