UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS CASHMAN,
    Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
STEVEN A. MILLS, CHARLES ILL,
JOHN R. JOYCE, and GREGORY
ENRIQUEZ,
    Defendants.

Civil Action No. 05-10306-RWZ

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION

Defendant, International Business Machines Corporation ("IBM"), is a corporation organized under the laws of the State of New York. IBM does not have a parent company. Further, no publicly held company owns 10% or more of IBM's stock.

Respectfully submitted,

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
By its attorneys,

/s/ Heather L. Stepler
Joan Ackerstein, BBO # 348220
Heather L. Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

Dated: February 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2005, a copy of the foregoing document was served upon Plaintiff's Attorney, Kathleen E. Cross, Hanify & King, One Beacon Street, Boston, MA 02108, by first-class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP