UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, STEVEN A. MILLS,<br>CHARLES ILL, JOHN R. JOYCE, and<br>GREGORY ENRIQUEZ,<br>    Defendants. | CIVIL ACTION NO. 05 10306-RWZ |

## MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(2), Defendants Steven A. Mills, John R. Joyce and Charles Ill (hereafter the "Moving Defendants") move this Court to dismiss the Complaint and Amended Complaint in the above-captioned action for lack of personal jurisdiction.

In support of their motion, Moving Defendants submit the accompanying Memorandum of Law in Support of Motion To Dismiss; the Declaration of Steven A. Mills (attached to the Memorandum of Law as Exhibit A); the Declaration of John R. Joyce (attached to the Memorandum of Law as Exhibit B); and the Declaration of Charles Ill (attached to the Memorandum of Law as Exhibit C).

For these reasons and the reasons more fully set forth in the accompanying Memorandum of Law, Moving Defendants request this Court to enter an order dismissing the Moving Defendants for lack of personal jurisdiction.

ATI-2157690v1

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for the Moving Defendants certify that they, through Heather Stepler, conferred with Plaintiff's counsel, Kathleen Cross, on March 9, 2005, regarding the filing of this Motion to Dismiss. Plaintiff's counsel indicated that Plaintiff would not assent to the granting of the Motion to Dismiss.

                                            Respectfully submitted,

                                            STEVEN A. MILLS, JOHN R. JOYCE, AND CHARLES ILL
                                            By their attorneys,

                                            /s/ Heather L. Stepler
                                            Joan Ackerstein, BBO # 348220
                                            Heather Stepler, BBO # 654269
                                            JACKSON LEWIS LLP
                                            75 Park Plaza, 4th Floor
                                            Boston, Massachusetts 02116
                                            (617) 367-0025

Dated: March 9, 2005

ATI-2157690v1