UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>　　　　Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE and GREGORY<br>ENRIQUEZ | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-10306-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS FILED BY DEFENDANTS STEVEN A. MILLS, JOHN R. JOYCE AND CHARLES ILL

Plaintiff Thomas Cashman ("Cashman") hereby moves, with the assent of the defendants International Business Machines Corporation ("IBM"), Steven A. Mills ("Mills"), Charles Ill ("Ill"), John R. Joyce ("Joyce") and Gregory Enriquez ("Enriquez") (collectively, the "Defendants") for an additional thirty days to serve their Opposition to the Motion to Dismiss filed by defendants Mills, Joyce and Ill, to and including April 22, 2005. As grounds for this Motion, Cashman submits that additional time is necessary to review and oppose the Motion to Dismiss of three defendants on personal jurisdiction grounds, for which the plaintiff intends to request jurisdictional discovery.

Defendants have assented to the allowance of this motion, but by assenting to this motion, Defendants are not agreeing to the appropriateness or extent of any jurisdictional discovery.

Respectfully submitted,

THOMAS CASHMAN

By his attorneys,

_____
Charles R. Bennett, Jr. (BBO#037380)
Kathleen E. Cross (BBO#556934)
Sharon H. Patton (BBO#634780)
HANIFY & KING, P.C.
One Beacon Street, 21st floor
Boston, MA 02108
(617) 423-0400

DATED: March 15, 2005

### Certificate of Service

I, Kathleen E. Cross, hereby certify that I have this 15 day of March 2005 served a true copy of the foregoing by First Class Mail upon the following counsel of record for all defendants:

Joan Ackerstein, Esq.
Heather L. Stepler, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116

_____
Kathleen E. Cross

425194                                    2