# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

THOMAS CASHMAN,
    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION, STEVEN A. MILLS, CHARLES ILL, JOHN R. JOYCE, and GREGORY ENRIQUEZ,
    Defendants.

Civil Action No. 05-10306-RWZ

## MOTION OF DEFENDANTS FOR ADMISSION *PRO HAC VICE*

Counsel for Defendants, Joan Ackerstein and Heather L. Stepler of the law firm of Jackson Lewis LLP, hereby move this Court for permission to have Janine Cone Metcalf of Jones Day in Atlanta, Georgia, appear *Pro Hac Vice* as counsel for the Defendants in this proceeding. In support of this motion, Defendants submit the Certification of Janine Cone Metcalf and state as follows:

1. Janine Cone Metcalf is a member in good standing of the Bar of New York since her admission in 1990 and the Bar of Georgia since her admission in 1995. She was also admitted to practice before the following courts on or about the following dates: the United States District Court for the Southern District of New York (1990); the United States District Court for the Eastern District of New York (1990); the United States District Court for the Northern District of Georgia (1995); the United States Court of Appeals for the Eleventh Circuit (1996); and the United States Supreme Court (2001). She is a member in good standing in each jurisdiction where she has been admitted to practice.

2. Ms. Metcalf has no disciplinary proceedings pending against her as a member of the Bar in any jurisdiction.

3. Ms. Metcalf is familiar with the Local Rules of the United States District for the District of Massachusetts.

4. In the event that this Court grants this motion, Ms. Metcalf agrees that she will represent Defendants in conjunction with the law firm of Jackson Lewis LLP in Boston, Massachusetts, including its attorneys Joan Ackerstein, who is a member in good standing of the Bar of this Court, and Heather L. Stepler, who is also a member in good standing of the Bar of this Court.

WHEREFORE, Defendants respectfully request that this Court grant this Motion for Admission *Pro Hac Vice*.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Defendants certify that they, through Heather Stepler, conferred with Plaintiff's counsel, Sharon Patton, on March 15, 2005, regarding the filing of this Motion for Admission Pro Hac Vice. Plaintiff's counsel indicated that Plaintiff would not assent to the granting of this Motion, but would not oppose the Motion.

Respectfully submitted,

INTERNATIONAL BUSINESS MACHINES
CORPORATION, STEVEN A. MILLS, CHARLES
ILL, JOHN R. JOYCE, and GREGORY
ENRIQUEZ
By their attorneys,


/s/ Heather L. Stepler
Joan Ackerstein, BBO # 348220
Heather L. Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
(617) 367-0025

Dated:  March 16, 2005


### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, 2005, a copy of the foregoing document was served upon Plaintiff's Attorney, Kathleen E. Cross, Hanify & King, One Beacon Street, Boston, MA 02108, by first-class mail, postage prepaid.

/s/ Heather L. Stepler
Jackson Lewis LLP