UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS CASHMAN,
      Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES CORPORATION,
STEVEN A. MILLS, CHARLES ILL,
JOHN R. JOYCE, and GREGORY
ENRIQUEZ,
      Defendants.

Civil Action No. 05-10306-RWZ

## CERTIFICATION OF JORDANA R. STERNBERG IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

I, Jordana R. Sternberg, am a member in good standing of the Bar of Georgia since my admission in 1998. I was also admitted to practice before the following courts on or about the following dates: the United States District Court, Northern District of Georgia (1999); the United States Court of Appeals, Fifth Circuit (2003); the United States Court of Appeals, Eleventh Circuit (2001). I am a member in good standing in each jurisdiction where I have been admitted to practice.

There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

Dated: March 15, 2005

_____
Jordana R. Sternberg

ATI-2158413v1

## CERTIFICATE OF SERVICE

I hereby certify that on this 16 day of March, 2005, a copy of the foregoing document was served upon Plaintiff's Attorney, Kathleen E. Cross, Hanify & King, One Beacon Street, Boston, MA 02108, by first-class mail, postage prepaid.

_/s/ Heather Stepler_
Jackson Lewis LLP

ATI-2158413v1