UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>        Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE, and GREGORY<br>ENRIQUEZ,<br>        Defendants. | Civil Action No. 05-10306-RWZ |

### CERTIFICATION OF JANINE CONE METCALF IN SUPPORT OF DEFENDANTS' MOTION FOR ADMISSION *PRO HAC VICE*

I, Janine Cone Metcalf, am a member in good standing of the Bar of New York since my admission in 1990 and the Bar of Georgia since my admission in 1995. I was also admitted to practice before the following courts on or about the following dates: the United States District Court for the Southern District of New York (1990); the United States District Court for the Eastern District of New York (1990); the United States District Court for the Northern District of Georgia (1995); the United States Court of Appeals for the Eleventh Circuit (1996); and the United States Supreme Court (2001). I am a member in good standing in each jurisdiction where I have been admitted to practice.

There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

ATI-2157599v1

I hereby certify under the pains and penalties of perjury that the foregoing statements are true and correct.

_____
Janine Cone Metcalf

Dated: March 7, 2005

### CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of March, 2005, a copy of the foregoing document was served upon Plaintiff's Attorney, Kathleen E. Cross, Hanify & King, One Beacon Street, Boston, MA 02108, by first-class mail, postage prepaid.

_____
Jackson Lewis LLP

ATI-2157599v1