UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION, STEVEN A. MILLS,<br>CHARLES ILL, JOHN R. JOYCE, and<br>GREGORY ENRIQUEZ,<br>    Defendants. | )<br>)<br>)<br>)   Civil Action No. 05 10306 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Defendants Steven A. Mills, Charles Ill, and John R. Joyce hereby move for a protective order pursuant to Federal Rule of Civil Procedure 26(c). In support of their motion, defendants state as follows:

1.    On March 9, 2005, defendants filed a motion to dismiss the complaint for lack of personal jurisdiction.

2.    On March 15, 2005, plaintiff filed a motion to extend the deadline by an additional 30 days for his filing of an opposition to the defendants' motion to dismiss. Defendants did not oppose the extension. Thus, the due date for plaintiff's response to defendants' motion to dismiss was extended to April 22, 2005.

3.    On April 1, 2005, plaintiff filed an "Emergency Motion For Expedited Discovery Respecting Personal Jurisdiction." Plaintiff attached to this "Emergency Motion" document production requests and interrogatories purportedly in connection with the jurisdictional issues raised by the defendants' motion to dismiss. Plaintiff asked the Court to order defendants to respond to the discovery within 14 days, or if the Court allowed a longer response period, to give plaintiff 5 days after receiving the discovery to file his opposition to the motion to dismiss.

ATI-2162743v1

4.  Defendants seek a protective order against plaintiff's proposed discovery. The jurisdictional discovery sought by plaintiff is not appropriate in the circumstances here, where the moving defendants are not residents of Massachusetts and plaintiff has offered *no* evidence that these defendants have contacts with Massachusetts sufficient for this Court to find that it has jurisdiction over them. In addition, plaintiff's discovery requests are overly broad, unduly burdensome, irrelevant, and not justified by the needs of this case.

5.  Counsel for defendants conferred with counsel for plaintiff on April 7, 2005 regarding this motion, but at this time the parties were unable to resolve this dispute.

6.  The grounds for this motion are set forth more fully in the supporting memorandum filed herewith (and incorporated herein), which also is offered to oppose plaintiff's emergency motion for expedited discovery.

WHEREFORE, defendants Steven A. Mills, John R. Joyce and Charles Ill respectfully request that the Court grant this motion and issue a protective order barring plaintiff from taking any jurisdictional discovery in this case.

ATI-2162743v1

## Local Rule 7.1(A)(2) Certification

Counsel for Defendants, Heather Stepler, certifies that she conferred with Plaintiff's counsel, Kathleen Cross, on April 7, 2005, regarding the filing of this Motion for Protective Order, and at this time the parties have not been able to reach an agreement regarding the discovery sought by plaintiff pertaining to jurisdictional issues in this case.

    Respectfully submitted,
STEVEN A. MILLS, JOHN R. JOYCE AND CHARLES ILL

/s/ Joan Ackerstein
Joan Ackerstein, BBO # 348220
Heather Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

Dated: April 7, 2005

ATI-2162743v1