UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE and GREGORY<br>ENRIQUEZ | Civil Action No. 05-10306-RWZ |

**PLAINTIFF THOMAS CASHMAN'S
EMERGENCY MOTION FOR RECONSIDERATION
OF MOTION FOR EXPEDITED DISCOVERY**

The plaintiff, Thomas Cashman, respectfully moves this Honorable Court to reconsider its order of Monday, April 11, 2005, denying his motion for expedited discovery respecting personal jurisdiction (or allowing him to file his opposition after receiving the requested discovery). Together with his Response to Motion For Protective Order Filed By Defendants Mills, Ill and Joyce, Mr. Cashman respectfully submits his Emergency Motion For Reconsideration. As grounds for both his Emergency Motion for Reconsideration and his Response to Motion For Protective Order, Mr. Cashman submits, *inter alia*, that the Massachusetts Wage Act expressly makes Mills, Joyce and Ill (collectively, the "defendants") liable to pay their Massachusetts employees *by virtue of their corporate positions*. Therefore, the defendants' contact with Massachusetts (and all seven IBM offices in Massachusetts) as corporate officers and managers is as relevant to the jurisdictional analysis as their respective

contacts with Mr. Cashman. As Mr. Cashman has included the appropriate corporate individuals responsible under the Wage Act, his claim is deserving of jurisdictional discovery before dismissal of these individuals is considered by the Court.

Furthermore, in the alternative to expedited discovery, plaintiff Cashman renews his request that he be allowed to file his opposition to defendants' motion to dismiss after he receives responses to his pending discovery requests or that this Court stay a decision on the motion to dismiss, allowing him to supplement his opposition within 7 days of receiving the responses.

In further support for this Motion, Mr. Cashman relies upon: (1) his Memorandum Of Law In Support Of Emergency Motion For Reconsideration Of Motion For Expedited Discovery And Response To Motion For Protective Order Filed By Defendants Mills, Ill And Joyce; and (2) the Affidavit of Kathleen E. Cross, filed herewith.

WHEREFORE, plaintiff Cashman respectfully requests that this Honorable Court reconsider its Order of April 11, 2005 respecting Mr. Cashman's Emergency Motion For Expedited Discovery and find and rule that he is entitled to jurisdictional discovery either on an expedited basis or that his opposition or supplement thereof be due after receipt of the pending discovery served on April 1, 2005.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Plaintiff certify that they, through Sharon Patton, conferred with Defendants' counsel, Heather Stepler, on April 13, 2005, regarding the filing of this Emergency Motion For

Reconsideration Of Motion For Expedited Discovery. Defendants' counsel indicated that Defendants would not assent to any of the options proposed for jurisdictional discovery.

Respectfully submitted,

THOMAS CASHMAN
By his attorneys,


/s/ Kathleen E. Cross
Kathleen E. Cross, BBO #556934
Sharon H. Patton, BBO #634780

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA  02108
(617) 423-0400

DATED:       April 13, 2005

428149                                3