UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br><br>               Plaintiff,<br><br>    vs.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE, and<br>GREGORY ENRIQUEZ,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    1:05-cv-10306-RWZ |

<u>AFFIDAVIT OF KATHLEEN E. CROSS</u>

I, Kathleen E. Cross, do hereby depose on oath and state as follows:

1.      I am an attorney admitted to practice in Massachusetts in 1990 and a shareholder of the law firm of Hanify & King, P.C. ("Hanify & King"), One Beacon, Boston, Massachusetts  02108.  I, along with Hanify & King, represent the plaintiff in this Matter, Thomas Cashman.

2.      In connection with Motion for Protective Order and Response of Defendants Steven A. Mills, John R. Joyce and Charles Ill to Plaintiff Thomas Cashman's Emergency Motion for Expedited discovery Respecting Personal Jurisdiction, Heather Stepler, counsel for Defendants John Joyce, Steven Mills and Charles Ill (the "Defendants"), called me on April 7, 2005.

3.      She stated that she assumed Mr. Cashman would not assent to the Defendants' motion for protective order.  I asked her the basis for the motion, reminding

her that Mr. Cashman had offered to negotiate a reasonable confidentiality agreement to protect documents from public disclosure to the extent the Defendants claimed confidentiality (without necessarily conceding confidentiality). She told me that she had not seen the motion but that it was based on overbreadth and burden of the requests and not on confidentiality. She could not tell me more.

4.      I told her that, based on what she had told me, Mr. Cashman would not assent to a protective order. However, I did email Ms. Stepler subsequently, in the early afternoon, asking if there were particular areas where Defendants claimed burden in an effort to discuss a possible modification of the request. I again mentioned the possibility of a confidentiality agreement if the problem was disclosure. A true and accurate copy of that email is attached as Exhibit A.

5.      In response to my email, I spoke to Ms. Stepler. She reiterated that the basis of the motion was burden and overbreadth. I asked if she could be more specific. She advised that I should read the motion and that, if the plaintiff offered to narrow his requests thereafter, the Defendants would consider withdrawing the motion. She stated that she did not have time to go into any further detail because the motion needed to be filed. She did not articulate any reason that the motion needed to be filed that day.

6.      Attached hereto are true and accurate copies of the following documents:

i)      Exhibit B: Initial Disclosures of the Plaintiff, Thomas Cashman, Pursuant to Fed. R. Civ. P. 26(a)(1);

ii)     Exhibit C: "Company Overview: Mission Statement," obtained by undersigned counsel from IBM's website;

iii)    Exhibit D: Relevant excerpts from "Understanding Our Company: an IBM Prospectus," obtained by undersigned counsel from IBM's website; and,

    iv)    <u>Exhibit E</u>:  Relevant excerpt from "History of IBM," obtained by undersigned counsel from IBM's website.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS

<u> 13th </u> DAY OF APRIL, 2005.

                                <u>  /s/ Kathleen E. Cross       </u>
                                  Kathleen E. Cross

428148

# Exhibit A

**From:**       Kathleen Cross
**To:**         Stepler, Heather (BOS)
**Date:**       4/7/05 1:21PM
**Subject:**    Re: Cashman v. IBM

Dear Heather,

On reflection, I wanted to clarify some of the issues raised by your call this a.m.   You indicated that you would be filing for a protective order with respect to the jurisdictional discovery we had requested.  You said that the motion was based on burden, not confidentiality (as I mentioned Mr. Cashman was willing to entertain a confidentiality agreement).  While I believe you said that you had not seen the motion, will it include all three defendants?  Does it encompass all discovery requested (in other words are you looking to block all discovery)?  If not, is there some workable compromise we can agree to?   We are willing to consider narrowing our request if you can explain why/how they are overbroad and what you would be willing to produce.  I am available all afternoon to discuss this with you.

Sincerely,

Kathleen E. Cross

Kathleen E. Cross, Esq.
Hanify & King, P.C.
One Beacon Street
Boston, Massachusetts 02108
Tel:  (617) 423-0400
Fax: (617) 423-0498
kec@hanify.com


*********************
This e-mail message and any attachments are confidential and may be privileged.  If you are not the intended recipient please notify Hanify & King P.C. immediately -- by replying to this message or by sending a message to postmaster@hanify.com - and destroy all copies of this message and any attachments.  Thank you.

For more information about Hanify & King, P.C., please visit us at http://www.hanify.com


**CC:**             shp

# Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

THOMAS CASHMAN,                                )
                                               )
                    Plaintiff,                 )
                                               )
            vs.                                )
                                               )
INTERNATIONAL BUSINESS                         )        1:05-cv-10306-RWZ
MACHINES CORPORATION,                          )
STEVEN A. MILLS, CHARLES ILL,                  )
JOHN R. JOYCE, and                             )
GREGORY ENRIQUEZ,                              )
                                               )
                    Defendants.                )
                                               )

## DISCLOSURES OF PLAINTIFF THOMAS CASHMAN
## PURSUANT TO FED. R. CIV. P. 26(a)(1)

Thomas Cashman("Cashman"), by and through his counsel, submits the following

information to defendants International Business Machines Corporation ("IBM"), Steven

A. Mills, Charles Ill, John R. Joyce, and Gregory Enriquez (collectively, the

"Defendants"), pursuant to the automatic disclosure requirements of Federal Rule of Civil

Procedure 26(a)(1). All individuals, documents, and other material and information

disclosed are without prejudice to Mr. Cashman's right to assert any applicable privilege

and to supplement these disclosures as discovery in this case proceeds, and such rights

are hereby specifically preserved.

I.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT MAY BE USED TO SUPPORT PLAINTIFF'S CLAIMS**

The individuals that are likely to have discoverable information that Mr. Cashman may use to support his claims, and the nature of each individual's information is as follows[1]:

A.  Thomas Cashman
c/o Hanify & King, P.C.
One Beacon Street
Boston, Massachusetts 02108
(617)423-0400

Mr. Cashman is expected to testify as to the items in the First Amended Complaint (the "Complaint").

B.  Gregory Enriquez
c/o Stratus Technologies
111 Powdermill Road
Maynard, Massachusetts 01754

Mr. Enriquez is expected to testify regarding Mr. Cashman's performance appraisals for 2001, his presence on the Executive Resource list and his eligibility for advancement to executive positions in 2001 through the time Mr. Enriquez left IBM. He is also expected to testify as to the compensation plans and means by which IBM compensates its second line sales managers generally, and specifically with respect to the events of Mr. Cashman's 2001 compensation and subsequent reductions thereof.

C.  Joao Perez
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Perez is expected to have information regarding Mr. Enriquez' treatment of Mr. Cashman in 2001 and 2002 with respect to Mr. Cashman's commissions compensation and performance reviews.

---

[1] This list and the other information listed herein are based on Mr. Cashman's present knowledge. He reserves his right to add to the list based on information gained through the discovery process.

D. Thomas Wrobleski
   c/o International Business Machines, Corp.
   New Orchard Road
   Armonk, NY 10504
   (914) 499-1900

Mr. Wrobleski is expected to testify regarding Mr. Cashman's performance in 2001, his compensation plan for 2001, and discussions with Mr. Cashman regarding his performance appraisal for 2001.

E. Steven A. Mills
   c/o International Business Machines, Corp.
   294 Route 100
   Somers, NY 10504
   (914) 499-1900

Mr. Mills is expected to testify as to the 2001 SWG Compensation Plan for sales people; his participation and promises made to IBM sales people, including Mr. Cashman, for uncapped earnings at e-Business University in both 2001 and 2002; and IBM's sales and profit for those years, as well as Mr. Cashman's performance at IBM.

F. John Joyce
   c/o International Business Machines, Corp.
   294 Route 100
   Somers, NY 10504
   (914) 499-1900

As chief financial officer for IBM for the relevant times in the First Amended Complaint, Mr. Joyce had ultimate control and oversight of, *inter alia,* the compensation of IBM employees, including Mr. Cashman, and is expected to testify regarding this and other financial matters relevant to the Complaint.

G. Charles Ill
   277 Stamford Avenue
   Stamford, CT

Mr. Ill is expected to testify regarding the formulation and presentation of the 2001 SWG Compensation plan, his participation in e-Business University for 2001, and the manner in which commission compensation was reduced after the close of the books for 2001. Mr. Ill is also directly knowledgeable regarding the Open Door grievance procedure and Mr. Cashman's attempt to seek redress using that procedure for reductions in his compensation of 2001.

H. Michael Huether
   c/o International Business Machines, Corp.
   New Orchard Road

Armonk, NY 10504
(914) 499-1900

Mr. Huether served as the Commissions Analyst for the Finance Vertical of which Mr. Cashman was a part. Mr. Huether provided Target Account Lists, and updated Mr. Mr. Cashman with respect to his commission compensation via Business Registers and other communications throughout 2001 and 2002. On information and belief, Mr. Huether had at least one conversation with Greg Enriquez regarding reducing Mr. Cashman's commissions after the close of the books for 2001 and was required to remove revenue from Mr. Cashman's attainment from which Mr. Cashman's commissions compensation was figured. He is expected to testify regarding his knowledge of the SWG Compensation plan for 2001 generally and his specific involvement in calculating reductions in compensation after the close of the sales year 2001.

    I.   John Dunderdale
        c/o International Business Machines, Corp.
        New Orchard Road
        Armonk, NY 10504
        (914) 499-1900

Mr. Dunderdale was the outgoing Vice President for Americas Sales for Tivoli and provided Mr. Cashman with his Quota Letter and Compensation Plan for 2001. Mr. Dunderdale is expected to have information regarding the sales goals and compensation plan for IBM's software group generally and Mr. Cashman particularly until the time Mr. Dunderdale changed positions. Mr. Dunderdale also may have information regarding Mr. Cashman's subsequent employment history with IBM including his attempts to advance internally.

    J.   Thomas Francese
        c/o International Business Machines, Corp.
        New Orchard Road
        Armonk, NY 10504
        (914) 499-1900

Mr. Francese is expected to testify regarding Mr. Cashman's presence on the Executive Resource List and the relationship between being on that list and advancement at IBM.

    K.   Rob Geier
        c/o International Business Machines, Corp.
        New Orchard Road
        Armonk, NY 10504
        (914) 499-1900

Mr. Geier, former Vice President of Tivoli Western United States, is expected to testify regarding conversations with Mr. Enriquez regarding commissions for 2001.

L.  William Sullivan
941 Towlston Road
McLean, Virginia 22102

Mr. Sullivan, a former Regional Director of SWG for the Southeastern territory of the United States, is expected to testify about the reduction of commissions compensation for 2001 after the fact and the circumstances surrounding that reduction.

M.  Jeff Phelps
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

On information and belief, Mr. Phelps was the HR Partner for SWG Americas and was the person to whom Mr. Cashman was directed to pursue an appeal of the initial determination of his Open Door grievance for IBM's failure to compensate him per his compensation plan for 2001. Mr. Phelps is expected to testify regarding this appeal.

N.  Bruno Teuber

Mr. Teuber was IBM's Vice President of Sales for Tivoli EMEA (Europe, Middle East and Asia) and supervised the structure and execution of compensation for Mr. Cashman and his team in 1999. Mr. Teuber is expected to testify regarding the compensation plan for Mr. Cashman and his team for 1999 and changes thereto that resulted in Mr. Cashman losing commission compensation that he had already earned.

O.  Maurizio Carli

Mr. Carli was IBM's Vice President of Tivoli EMEA and conferred and had knowledge of the compensation plan for Mr. Cashman and his team for 1999 and changes thereto that resulted in Mr. Cashman losing commission compensation that he had already earned.

P.  Milko van Duijl

Mr. Van Duijl was an operations executive for IBM's Tivoli EMEA and participated in the changes to Mr. Cashman's compensation in 1999 in contravention of Mr. Cashman's compensation plan. He is expected to testify regarding his knowledge of the events leading to changes in Mr. Cashman's compensation structure and his conversations with Mr. Teuber and others relevant thereto.

Q. Frank Fallon

Mr. Fallon also managed Mr. Cashman and his team during Mr. Cashman's service to IBM in 1999. Mr. Fallon is expected to testify to the compensation plan established for Mr. Cashman and his team for 1999 and changes thereto that resulted in Mr. Cashman losing commission compensation that he had already earned, as well as Mr. Cashman's performance for IBM at this time and his efforts to undo the reduction in commissions.

R. Michael Schade
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Schade has knowledge of Mr. Cashman's efforts to invoke IBM's Open Door grievance policy following the reduction of his 2001 commissions compensation.

S. Katherine Mavrakos
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Ms. Mavrakos has knowledge of Mr. Cashman's efforts to invoke IBM's Open Door grievance policy following the reduction of his 2001 commissions compensation.

T. Kathy Blair
710 Rolling Green Drive
Austin, Texas 78734

Ms. Blair is believed to have knowledge of the reductions in commission compensation to Mr. Cashman and others for the 2001 sales year.

U. Lawrence J. Keryc
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Keryc is believed to have knowledge of the reductions in commission compensation to Mr. Cashman and others for the 2001 sales year and to have had conversations with Mr. Enriquez regarding the same.

V.  Richard Beckert
    c/o International Business Machines, Corp.
    New Orchard Road
    Armonk, NY 10504
    (914) 499-1900

An IBM financial controller, Mr. Beckert is believed to have knowledge of the reductions in commission compensation to Mr. Cashman and others for the 2001 sales year and to have had conversations with Mr. Enriquez regarding the same.

W.  R.C. Rolfe
    c/o International Business Machines, Corp.
    New Orchard Road
    Armonk, NY 10504
    (914) 499-1900

During the period relevant to the Complaint, Mr. Rolfe was the worldwide head of operations for IBM's Software Group and has knowledge of reductions in revenue attainment for Mr. Cashman with respect to the Morgan Stanley Dean Witter ("MSDW") account.

X.  Vidor Swamy
    c/o International Business Machines, Corp.
    New Orchard Road
    Armonk, NY 10504
    (914) 499-1900

Mr. Swamy was IBM's sales representative for the MSDW account and was managed by Mr. Cashman.  He is expected to have knowledge of the treatment of revenue attainment for the sales people on this account.

Y.  William A. Entwistle
    c/o International Business Machines, Corp.
    New Orchard Road
    Armonk, NY 10504
    (914) 499-1900

Mr. Entwistle was the software account manager for the MSDW account.  He is expected to have knowledge of the treatment of revenue attainment for the sales people on this account.

Z.  Arlene Bishel-Knapp
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Ms. Bishel-Knapp served as manager to Mr. Huether and is believed to have full knowledge of the changes made to revenue attainment of sales people in the Software Group after the close of the calendar year 2001, including those made to Mr. Cashman's accounts and the circumstances surrounding these changes.

AA.    Jeffrey Stricklen
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Stricklen is believed to have knowledge regarding the commissions budget for the sales staff managed by Mr. Enriquez and the reductions in revenue attainment and commissions compensation for that group for 2001.

BB.    Remy Zuelle
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Zuelle was an IBM business consultant to Mr. Cashman during Mr. Cashman's tenure with EMEA in 1999. Mr. Zuelle is believed to have information regarding reductions to Mr. Cashman's commissions compensation and performance for 1999.

CC.    Duncan Budd
c/o International Business Machines, Corp.
New Orchard Road
Armonk, NY 10504
(914) 499-1900

Mr. Budd was an IBM employee having some responsibility for tracking commissions compensation for the Tivoli EMEA group, of which Mr. Cashman was part, for 1999.

DD.   George Delasos
      c/o International Business Machines, Corp.
      New Orchard Road
      Armonk, NY 10504
      (914) 499-1900

Mr. Delasos was the head of finance for Tivoli EMEA during Mr. Cashman's tenure with Tivoli EMEA and is believed to have information regarding Mr. Cashman's compensation plan and reductions to Mr. Cashman's commissions compensation (and those of Mr. Cashman's team) for 1999.

EE.   Tim William Hubler
      248 Deerwood Drive
      Franklin, North Carolina

Mr. Hubler is believed to have information regarding the 2001 Software Incentive Sales Plan, especially as to education of IBM sales managers, as well as the presentations made at IBM's e-Business University for 2001, at which the sales plan was discussed.

FF.   John Whitling Hardin
      105 San Mateo Terrace
      Cedar Park, Texas

Mr. Hardin was a sales operations analyst responsible, in part, for educating IBM sales people and managers regarding commission-related issues, as well as the sales incentive plan in place for the Software Group for 2001. Mr. Hardin is believed to have prepared materials regarding commissions budget overruns for 2001 and had discussions with, *inter alia*, Mr. Enriquez as to how to reduce that overrun (including reducing Mr. Cashman's commissions compensation).

GG.   Richard Lowe

Mr. Lowe had some responsibility for accounts assigned to Mr. Cashman and his Tivoli EMEA team in 1999 and is expected to have information regarding changes to the plan made after earnings were achieved.

HH.   Cashman's Tivoli EMEA Team

Keith Andrews, Andy Astbury, Jason Tooley and Chris Butcher, all of whom were managed by Mr. Cashman during his tenure in 1999 with Tivoli EMEA, have information on the team's compensation plan and belated reductions in recognized revenue attainment for the Team for 1999.

## II. DESCRIPTION OF DOCUMENTS

Mr. Cashman supplies the following description of documents by category and location that it may use to support its claims, with the exception of impeachment[2]. The following documents are at least in Mr. Cashman's possession[3].

**a) IBM Contracts, Revenue and Sales Materials, and Performance Evaluations directed to Mr. Cashman -- Mr. Cashman intends to rely on electronic, web, and hard copy contractual, revenue, performance and sales documents from IBM, including, but not limited to, the following:**

i)  Tivoli Systems (UK) Ltd: 1999 Sales Director Commission Worksheet for Cashman.

ii)  Finance Vertical Team Attainment Listing for December 1999

iii)  Tivoli Team Finance package, dated March 4, 1999 Update

iv)  Letter from Steve Standring, Director Verticals, Tivoli to Cashman, dated May 12, 1999, concerning base salary and commissions

v)  Employee Quota Letter for Cashman for period 1/1/2001 through 12/31/2001

vi)  Tivoli Systems 2Q 2001 Commissions Attainment Summary for Cashman, dated July 27, 2001.

vii)  IBM Software Group, Tivoli Target Incentive Pay Summary, 2Q 2001 for Tom Cashman

viii)  Hard copy of IBM website information:  Voice Your Opinion:  Open Door Overview, Request, Investigation, Resolution

ix)  50/50 SWG Sales Plan Example

---

[2]  In addition, this list does not include documents that may be used to establish personal jurisdiction over certain of the defendants who are contesting such jurisdiction. These documents would include emails, correspondence and other materials delivered to Mr. Cashman in Massachusetts.

[3]  To the extent IBM considers any document listed to be confidential and proprietary, without agreeing that it is, Mr. Cashman is willing to enter a reasonable confidentiality stipulation that is acceptable to the Court for use of the information during this lawsuit.

x)      Manager's Toolkit:  Evaluating Performance and Paying Incentives
        compensation materials including attainment summaries

xi)     Attainment Adjustments printout for Cashman, dated February 1, 2002

xii)    Brochure:  IBM:  Welcome to the fabulous world of your 2001 Software
        Sales Incentive Plan

xiii)   2001 Tivoli Systems Individual Compensation Plan:  Territory Definition
        for Cashman, dated February 21, 2001

xiv)    Letter from L. V. Gerstner, Jr. re: award of stock options to Cashman,
        dated, June 25, 2001

xv)     Tivoli Systems Inc., Southeast Region/Financial Vertical, Third Quarter
        Region Review, August 15, 2001

xvi)    IBM Software Group, Tivoli Target Incentive Pay Summary, 3Q 2001 for
        Cashman

xvii)   PBC (Personal Business Commitments) for Cashman, Thomas R., for
        January 1, 2001 to August 31, 2001 for BUE [Business Unit Executive] –
        Finance Vertical position.

xviii)  PBC for Cashman, Thomas R., for September 1, 2001 to December 31,
        2001 for Tivoli Director

xix)    Tivoli U.S. Sales Operations 4Q-2001 Incentive Compensation
        Authorization Form for Cashman

xx)     2001 Attainment worksheet for Cashman for 2001

xxi)    Tivoli systems 4Q 2001 Commissions Attainment Summary, dated
        January 28, 2002 for Cashman

xxii)   Hard copy of IBM website section, entitled, "Sales Incentives:  What's
        new for 2001?"

xxiii)  Payroll records indicating what was owed and paid to Cashman by IBM
        for the years 1999 and 2001.

xxiv)   Letter from Steven Mills and Mike Lawrie, dated March 18, 2003,
        directed to Cashman in Dedham, Massachusetts, congratulating Cashman
        on achieving his sales quota.

**b) Emails – Mr. Cashman intends to rely on email communications among and between himself and IBM employees, including, but not limited to, the following:**

i)  Email from Maurizio Carli to Larry Hirst re: Banking Sector and Tivoli linkages in 1999, dated, December 22, 1998

ii)  Email from Sati Punni to Cashman, dated 7/26, 1999 re: accounts for his team

iii)  Email from Cashman to Richard Lowe listing accounts for salespeople on Cashman' s team

iv)  Email from Richard Lowe to Sati Bagal re: Finance Vertical 4 accounts

v)  Email to Sati Bagal from Cashman attaching sales team goals proposed by Cashman and agreed to by Bruno Teuber in May of 1999, dated August 23, 1999

vi)  Email from Frank Fallon to Cashman dated October 22, 1999

vii)  Email from Milko van Duijlt to Keith Andrews dated October 29, 1999 re: Tivoli Sales plan

viii)  Email exchange with Richard Lowe re: PBC's for Cashman and Team, dated, September 28-29, 1999

ix)  Emails dated January 16, 2002 between Cashman and Michael Huether concerning revised final attainment figures.

x)  Email to Mike Schade from Cashman, dated, January 29, 2002, re: loss of commissions compensation to Cashman report Bill Wallace.

xi)  Email dated January 12, 2001, to Cashman and many others from Charles Ill (through assistant Maggie Matturro) regarding concerning sales for 2001 and 2002 and forwarding email from Steve Mills dated January 4, 2001 regarding e-business universities and sales kickoff for 2001, as well as sales plans and attainment for IBM salespeople for 2001.

xii)  Email dated February 22, 2001 to Cashman from Huether with attachment (Financial Vertical TAL [Target Account List] as of 2/21/ 2001).

xiii)  Email from Whit Hardin to, *inter alia,* Cashman re: Quota Letters for Tivoli for 2001, dated February 27, 2001.

xiv)   Email from John Dunderdale to Cashman with 2001 Comp Plan and
       Quota Letter attached, dated, March 5, 2001.

xv)    Email from Cashman to Phelps re: Appeals Process, dated, November 6,
       2002.

xvi)   Email series between Cashman and Phyllis Helms and Ann Langbein
       regarding Cashman's Open Door Appeal, dated June 13, 2002 through
       September 25, 2002.

xvii)  Email from Cashman to Jeff Phelps re: Open Door Communication, dated,
       June 12, 2002

xviii) Email from Cashman to Charlie Ill dated, February 5, 2002 regarding
       commission compensation reduction.

xix)   Email from Cashman to Huether re: 2Q Attainment Summary, dated July
       11, 2001

xx)    Email from Huether to Cashman attaching 2Q Pay summary for Cashman
       and his team, dated July 25, 2001

xxi)   Email from Ray Petruch to Cashman re: Farmer's Q1 Bus reg [Business
       Register] revenue, dated May 21, 2002

xxii)  Email series between and among Cashman, Ann Langbein, Phyllis Helms
       regarding appeal of Open Door grievance dated, June 13, 2002 through
       November 1, 2002

xxiii) Email from Wroblewski to Cashman re: Stock Options and
       congratulations, dated July 23, 2001

xxiv)  Email from Cashman to Tom Francese re: discussion with Enriquez, dated
       August 16, 2001

xxv)   Email exchange between Tom Wroblewski and Michael Huether re:
       Cashman PCO3 challenge, dated October 10-11, 2001, attaching an email
       from Tom Wroblewski to Tom Cashman dated September 18, 2001

xxvi)  Email from Michael Huether to Cashman re: 4Q 2001 Final Attainment
       Revised per Greg Enriquez with copy of Final 2001 Individual Attainment
       Spreadsheet attached, dated January 16, 2002

xxvii) Email from Michael Huether to Cashman with 3Q Commissions Forms,
       3Q2001 Incentive Compensation Summary, 4Q Commissions Form, 4Q

attainment removed , 3466 Analysis, Cashman Quota, Cashman Territory definition and 2001 Plan calculator attached, dated, February 1, 2002.

xxviii) Email from Cashman to Michael Huether re: 4Q 2001 Final Attainment Revised Per Greg Enriquez, dated January 16, 2002

xxix) Email from Terri Holt re: 3466 NSM transactions from June-December of 2001with spreadsheet attached.

(c) **Documents from** *Robert L. Howatt v. International Business Machines Corp. d/b/a Tivoli Systems, Inc.,* **Civ. Action No. 02cv2594 (N.D. Georgia).**

i) Deposition transcripts, including those of Wroblewski, Sullivan, Hardin, Enriquez, Mills, Black, Blair, Hess, Lantz, Hubler, and Jensen, and exhibits thereto, as necessary, from *Robert L. Howatt v. International Business Machines Corp. d/b/a Tivoli Systems, Inc.,* Civ. Action No. 02cv2594 (N.D. Georgia), all of which are assumedly in the possession of IBM.

ii) Pleadings, including affidavits and declarations, from *Robert L. Howatt v. International Business Machines Corp. d/b/a Tivoli Systems, Inc.,* Civ. Action No. 02cv2594 (N.D. Georgia).

## III. EXPERTS

Mr. Cashman has not identified, at this time, an expert witnesses at the trial of this matter, but recognizes his duty to seasonably supplement this information should his position change.

## IV. DAMAGES

As is set forth in the First Amended Complaint and based on the compensation plans provided to him, Mr. Cashman has been damaged by IBM's failure to pay the compensation earned by Mr. Cashman in 1999 and 2001 by arbitrarily cutting his

attainment revenue (for 1999, approximately $737,100 in commissions were lost after cuts in his attainment revenue were instituted; for 2001, approximately $9,164,000 in attainment revenue was cut, thereby resulting in a loss of approximately $335,000 in commissions compensation); and by failing to pay full commissions on revenue booked for the Morgan Stanley Dean Witter account in 2001 as well as the "3466" accounts (totaling approximately $39,000 in lost commissions).    Damages for lost commission compensation are calculated based on formulas and percentages provided in the 2001 SWG Sales Incentive Plan using complete revenue attainment figures that should have been credited to Mr. Cashman.

In addition, Mr. Cashman has been damaged by the retaliatory actions of IBM and its agents (specifically, Mr. Enriquez) after Mr. Cashman initiated an internal grievance, and was subsequently removed from the Executive Resource List, and denied promotion opportunities as a result. In addition, in retaliation for Mr. Cashman's pursuit of an internal grievance, Mr. Enriquez unjustly lowered Mr. Cashman's performance rating, costing Mr. Cashman a loss of at least $25,000 in compensation.  More specific damage calculations will be possible after information regarding lost positions and accompanying compensation information becomes available through discovery.

Mr. Cashman will also be eligible for multiple damages and fees per the Massachusetts Wage Act, Mass. Gen. Law 149, § 150 and all other damages that the Court deems due and proper.

## V. INSURANCE AGREEMENTS

Mr. Cashman is unaware of any insurance policy available to satisfy his claims.

Respectfully submitted,

THOMAS CASHMAN
By his attorneys,

Kathleen E. Cross, BBO #556934
Sharon H. Patton, BBO #634780

HANIFY & KING
Professional Corporation
One Beacon Street
Boston, MA 02108
(617) 423-0400

## CERTIFICATE OF SERVICE

I, Kathleen E. Cross, hereby certify that I have this day served a copy of the foregoing Disclosures of Thomas Cashman Pursuant to Fed. R. Civ. P. 26(a)(1), by delivering a copy by hand to:

Joan Ackerstein, Esq.
Jackson Lewis LLP
75 Park Plaza
Boston, Massachusetts 02116

Kathleen E. Cross

DATED: March 31, 2005

# Exhibit C

**IBM®**

# Company overview

**Information on IBM - the company, including who we are, what we do, and what we offer**

**Mission statement**

At IBM, we strive to lead in the creation, development and manufacture of the industry's most advanced information technologies, including computer systems, software, networking systems, storage devices and microelectronics.

We translate these advanced technologies into value for our customers through our professional solutions and services businesses worldwide.

**Financials**

**2004 4Q from continuing operations**

Revenue: $27.7 billion
Net Income: $3.1 billion
Earnings Per Share: $1.81

**2004 year-end from continuing operations \***
\* Reclassified to reflect the company's continuing and discontinued operations.

Revenue: $96.5 billion
Net Income: $8.4 billion
Earnings Per Share: $4.94
Total Assets: $109.1 billion

Net Cash from Operating Activities: $10.5 billion

Number of employees: 319,273
Stockholders of record: 671,610

**Business operations**

IBM delivers on demand solutions through the following business segments:

| **Hardware** | **Financing** |
| --- | --- |
| Servers | A leading provider of financing and |
| Storage | asset management services to |

# Exhibit D



UNDERSTANDING OUR COMPANY
AN IBM PROSPECTUS

# 3 Adaptive and collaborative

### AS INDIVIDUALS AND AS A WHOLE

Innovation by its very nature is dynamic and ever-changing. A company that exists to deliver innovation for its clients must synthesize invention with marketplace insight. Doing so continually requires a culture of learning, skill building and collaboration. Specifically, it means that technologists and business experts need to work closely together, not simply to share insights, but to create entirely new intellectual capital.

## Virtual collaboration

In a manufacturing economy, teamwork was mostly a matter of large-scale coordination among specialized forms of manual labor. But a business model based on innovation requires a much more individualized and deeply collaborative workforce strategy. To facilitate that, IBM has one of the world's leading intranets—a virtual work environment that provides enterprise-wide information, applications and collaboration tools.

### ON DEMAND WORKPLACE

A pioneer in electronic work environments in the 1980s, IBM has embraced the Internet and On Demand Business throughout its internal operations. Every working day, our intranet receives a million visits from IBMers. Web-based applications and tools support virtually every process and function in the company, including development, sales, procurement, supply chain, human resources and finance. In 2004, this 21st-century workplace saved at least 3 million work hours.

### IMPROVED EXPERTISE UTILIZATION

Thanks to a workforce tool that automates the coordination and management of marketplace demand with service professionals' availability and deployment, IBM Global Services was able to share the equivalent of 13,000 additional employees globally across its business lines in 2004, an increase of 28 percent over the prior year. In 2005, this system will be integrated with those from other business units, creating an enterprise-wide system to match expertise with opportunity across IBM.

### EXPANDED EXPERTISE LOCATION

Extensive information about IBM employees' expertise—education, certifications, publications, patents, languages spoken, past work projects and more—is accessible on the intranet, and is heavily used and relied upon. In 2004, expertise searches rose from about 100,000 to almost 600,000 per month—while saving an estimated half hour each month per employee. More than 267,000 employees have updated their online expertise profiles within the past year.

### COLLABORATION AND TRUSTED INFORMATION

The heaviest use of the On Demand Workplace is for learning and collaboration. Every day, more than 3 million instant messages are exchanged and 1,400 e-meetings are held. More than half of IBM's training is via e-learning. IBM's intranet is rated as the most credible and useful source of information about the company by 72 percent of our employees.

### WORKPLACE FLEXIBILITY

## 4 out of 10 IBMers

### AROUND THE WORLD

frequently work outside a traditional office, whether at a client site, while mobile or from a home office.

The National Medal of Technology

  

The National Medal of Science

IBM's Heinrich Rohrer (above, left) accepts the Nobel Prize in Physics in 1986 for co-inventing the Scanning Tunneling Microscope.

### PIONEERING NEW FRONTIERS OF RESEARCH

IBM scientists and researchers—including five Nobel Prize winners, ten National Medal of Technology honorees, five National Medal of Science recipients, four A.M. Turing Prize winners and two Japan Prize laureates—continually expand the frontiers of discovery, pushing information technology into some surprising fields.

**WE ARE ENTERING RESEARCH FIELDS BEYOND TRADITIONAL IT:** Automation, Autonomic Computing, Bioinformatics and Biomedical Engineering, Information Management, Management Science, Nanotechnology, Operations Research and Statistics, Pharmaceuticals, Psychology, Services (Supply Chain, Engineering and Technology Services) and Speech Science.

# Exhibit E

**IBM®**

# History of IBM

| **Introduction** | Timeline |
|---|---|
| • 1880s | • 1950s |
| • 1890s | • 1960s |
| • 1900s | • 1970s |
| • 1910s | • 1980s |
| • 1920s | • 1990s |
| • 1930s | • 2000s |
| • 1940s | |

The character of a company -- the stamp it puts on its products, services and the marketplace -- is shaped and defined over time. It evolves. It deepens. It is expressed in an ever-changing corporate culture, in transformational strategies, and in new and compelling offerings for customers. IBM's character has been formed over nearly 100 years of doing business in the field of information-handling. Nearly all of the company's products were designed and developed to record, process, communicate, store and retrieve information -- from its first scales, tabulators and clocks to today's powerful computers and vast global networks.

IBM helped pioneer information technology over the years, and it stands today at the forefront of a worldwide industry that is revolutionizing the way in which enterprises, organizations and people operate and thrive.

The pace of change in that industry, of course, is accelerating, and its scope and impact are widening. In these pages, you can trace that change from the earliest antecedents of IBM, to the most recent developments. You can scan the entire IBM continuum from the 19th century to the 21st or pinpoint -- year-by year or decade-by-decade -- the key events that have led to the IBM of today. We hope that you enjoy this unique look back at the highly textured history of the International Business Machines Corporation.

**Download files**

The file listed below has been compressed and is available in .zip format. You will need to use Winzip® or a similar program to expand the file prior to use.

☞ Go to the WinZip® homepage

➜ History of IBM interactive exhibit (1306KB)

# EXHIBIT A

IBM

Press room
Press releases
Photos
Biographies
• Nobel prize winners
• Former CEOs
Background
Contacts
Feedback

Press room search

Select one

 Go

# Biographies



**Steven A. Mills**
**Senior Vice President & Group Executive**
**Software Group**

Document o

Printable v

Steve Mills was appointed Senior Vice President and Group Executive, IBM Software, in July 2000. In this capacity, he is responsible for shaping IBM's overall software strategy and directing IBM's $14 billion software business.

Today, IBM's industry-leading middleware products power the e-business infrastructures of virtually every mid- to large-size company in the world and IBM holds the number one or two position in marketshare in all major software markets in which it competes according to industry analysts.

Today, Mr. Mills is leading the next phase of IBM's software strategy through which IBM is delivering industry-specific middleware solutions to customers in 12 key industries. This includes the development and marketing of new industry-specific offerings as well as aligning IBM's software salesforce (the world's largest direct sales and support team with more than 13,000 people) along technical and industry lines. And Mr. Mills is leading a series of programs for Independent Software Vendors (ISVs) to help them deliver industry-vertical applications running on IBM's middleware.

Mr. Mills has played a leading role in the growth of IBM Software Group since its inception in 1995. He was General Manager of IBM Software Group Strategy and Solutions, responsible for IBM's strategy for middleware and software solutions for e-business, as well as managing business units for Business Intelligence Solutions, Pervasive Computing, e-Commerce Solutions and Solution Technologies

He joined IBM in 1974 as a sales trainee in New York City and was a marketing representative until 1980. In 1981, he joined the business planning staff of the Data Processing Division and became manager of that function a year later. In 1984, he was named Administrative Assistant to the IBM Vice President and Assistant Group Executive of Plans and Controls in the Information Systems Group.

He became Director of Planning in the Information Systems and Communications Group in 1985. In 1986, he was one of the executives responsible for starting IBM's Publishing Systems Business Unit. He became Director of Financial Planning at Corporate Headquarters in 1988.

He joined the Programming Systems line of business in 1989 as Programming Systems Director of Operations. He was named Assistant General Manager, Finance and Planning, for that organization in December 1990, and in December 1992 became General Manager of the division's Santa Teresa Laboratory. In 1993 he became General Manager of IBM's Software Solutions Division.

March 2004

 Download Photo (83K)

# EXHIBIT B



Press room
Press releases
Photos
Biographies
• Nobel prize winners
• Former CEOs
Background
Contacts
Feedback

Press room search

Select one
Go

# Biographies



**John R. Joyce**
**Senior Vice President & Group Executive**
**Global Services**

Document o

Printable v

John Joyce is Senior Vice President and Group Executive of IBM Global Services (IGS), the world's largest information technology services and consulting provider. An approximately $46.5 billion division of IBM Corporation, IGS has some 190,000 employees in over 160 countries helping clients integrate information technology with business value. Mr. Joyce also manages IBM Global Financing, now part of IGS, which brings together all IBM services, including financing, into one organization.

Prior to his current position, Mr. Joyce was IBM Chief Financial Officer since November 1999, with responsibility for all financial, treasury, tax, global financing, business development, and real estate activities. Before that, he was president, IBM Asia Pacific, responsible for providing business direction and strategy for IBM's 19 country operations across the Asia/Pacific region. Mr. Joyce also served as vice president and controller for IBM's global operations, and was part of the team responsible for the successful reengineering of IBM in the mid-1990s. In addition, Mr. Joyce has held a number of other senior positions in the finance area of the company, including vice president, finance and planning for IBM North America.

Mr. Joyce is a member of Bertelsmann AG Supervisory Board, Fairfield University - Board of Trustees, and chairman of The Council for the United States and Italy.

He and his wife, Maria, and their two children, reside in Ridgefield, Connecticut.

Last Updated January 2005.

 Download Photo (11K)

# EXHIBIT C



Search

Home | Products & services | Support & downloads | My account

Select a country

**Investors**
Financials
Stockholder services
Investor tools
IBM data
Sitemap
FAQs

# 4Q 2001 earnings presentation

Tune in to hear John R. Joyce, Senior Vice President and Chief Financial Officer, discuss IBM's fourth quarter earnings. In addition, **read the 4Q01 earnings press release**. **Prepared remarks** of this presentation are also available.

**The presentation occurred at 4:30 pm ET on January 17, 2002.**

**Event**
↝ 4Q01 Home
↝ Press Release
↝ Prepared Remar
↝ Live Audio - Rea
↝ Live Audio - Win Media
↝ Presentation Onl
↝ Download

Select a participation option



**Start audiocast and slides using RealPlayer G2**
Choose this option to listen to the meeting using RealPlayer and view the slide presentation using your Web browser.

**Start audiocast and slides using Windows Media**
Choose this option to listen to the meeting using Windows Media and view the slide presentation using your Web browser.

**Start slides only**
Choose this option to view the slide presentation online while listening to the conference call over the telephone.

**Getting your computer ready**
You will need RealPlayer™ or Windows Media Player to participate in the audiocast. If you are not sure if you have one of these installed, it is recommended that you use the test options below.
● **Test for RealPlayer**
● **Test for Windows Media Player**
● **Download the Free Windows Media Player or RealPlayer**

**Troubleshooting Tips**

Note: A browser with Javascript 1.2 enabled is required to view these pages.

Read on for helpful tips on:
● **Viewing the Presentation Using Windows Media Player**
● **Viewing the Presentation Using RealPlayer**
● **Viewing the Adobe Acrobat™ file**

About IBM | Privacy | Terms of use | Contact

Thank you, Mandy. Good afternoon. This is Hervey Parke, Vice President of Investor Relations for IBM, thank you all for joining us. Let me quickly give you a few pieces of information.

At this time, the opening page of the presentation should have automatically loaded and you should be on Chart 1, the title page.

After the last chart in the presentation we will provide you an index to go back to specific slides during the Q&A. Or, you can jump to the index at any time by clicking on the index link located on the navigation bar on the left side of your screen.

For printing slides, there are two alternatives:

As in the previous quarter, there is a link on the index pages so you can download the entire set of charts for printing.

Or, there is a link on the navigation bar so you can download the charts at any time.

In about 45 minutes, you will also be able to link to the prepared remarks off that same navigation bar.

And finally, a replay of this webcast will be available on this website by this time tomorrow.

Now, please click on the NEXT button and move to Chart 2.

Certain comments made by John Joyce or myself during this call may be characterized as forward looking under the Private Securities Litigation Reform Act of 1995.

Those statements involve a number of factors that could cause actual results to differ materially.

Additional information concerning these factors is contained in the company's filing with the SEC. Copies are available from the SEC, from the IBM web site, or from us in Investor Relations.

Now, please click again on the NEXT button for Chart 3.

And at this time, let me turn the call over to John Joyce, IBM's Senior Vice President and Chief Financial Officer.


Thanks, Hervey.   Good afternoon.

It has been a tough year, but our 4th-quarter results once again were strong relative to our competitors in the technology sector.

- Nearly $23 billion in revenues
- $2.3 billion in after-tax profit,
- And for the full year, $7.4 billion in Free Cash Flow.  We ended the year with $6.4 billion in cash.

    And, we continued to gain share.

Year-to-year, our 4th-quarter revenue declined, reflecting a difficult economic environment, worldwide.  But all of the decline at constant currency was due to two heavily distressed segments, PCs and OEM Technology.

As always, we benefited from the breadth of our portfolio.

    Back in October, we were asked about our ability to grow earnings per share sequentially by nearly 50% from the 3rd quarter to the 4th quarter to achieve average Street expectations, despite the difficult economic environment.

    We said it was achievable if we could get the same sales yield from our pipeline that we realized in the difficult 3rd quarter.  I'm happy to report that we executed well and hit that EPS growth target.

    Of course, as is so often the case, areas of strength offset areas of weakness.  And in the 4th quarter --

- We did better than we expected in zSeries mainframes, our new Regatta server in pSeries, and in Software.

- We had weaker results than anticipated in our Technology Group and in our PC Division.

There's an important point to be made regarding this tradeoff, a very important point:

- The weak revenue performance of the PCs and HDDs, both down about 35% year-to-year, has little bearing on our earnings per share.
- Strong performance in zSeries and software is very helpful.
- So you can see how our revenue performance in the quarter was less than expected, but EPS was on track.

I also want to address Global Services here.  While the revenue grew just 1% at constant currency, the underlying dynamics point to good growth in 2002.

We were pleased with our 4th-quarter signings.  Over $15 billion, which was up 54% from the 3rd quarter and 22% from last year's 4th quarter.

We had indicated in October that our pipeline was as big as we'd ever seen it.  That's still the case, but our customers have been very careful about their decisions, given the economic environment.  So while our signings have been big, customer decisions came late in the quarter, and this defers the start of that revenue until the 1st quarter.

Also in 2002, the annuity-like portions of Global Services - Outsourcing and Maintenance, should sustain us until the more transaction-based contracts return to their historical growth rates with the economy recovering.

So we feel very good about our Services business, our strategy, and our position in the marketplace.  In a year of uncertain economic growth, Services should benefit early from recent Outsourcing signings, and then pick up further speed in the 2nd half with the more economically sensitive Consulting businesses.

The 4th quarter was a solid finish to a demanding year.

- Particularly in Software, and in Services signings, these two segments generated nearly 80% of our profit in the 4th quarter.
- We had sustained, strong customer demand for our zSeries mainframe and a fast start for our new pSeries Regatta.
- Our R&D efforts have produced products that are extending our competitive lead, and patents that will ensure that leadership remains.
- We continued to manage cost and expense with a proper balance between current results and future opportunity.
- And we generated strong cash flow in support of our business model.

Before I get into the details of the 4th quarter, let me hit some key points about how we see 2002.

We said last quarter, it is largely an economic call.

- Most analysts seem to feel that a slow recovery will start around midyear.

- And customers are still taking a careful look at all of their investments. But they continue to spend on applications and products that provide the fastest returns, and they're building cost-efficient infrastructures. We've got the solutions they're looking for.

But also, in this environment, we have been taking some pretty tough actions which will yield results in 2002.

- We've made excellent progress on our objective of reducing indirect expense by $2 billion by the end of 2002, cutting over a billion in 2001. And we're reinvesting these savings in direct expense that can drive future revenue and share gain.

- In addition, we've been focusing on our Technology Group and our PC Group which, between the two of them, lost over $500 million in 2001.

  We've rebalanced our resources in both of them, and in our PC Division, we continued to tighten our business model by

contracting to outsource assembly and distribution of our desktop PC line.

We should be able to improve our results in these units regardless of the economy.

With our cost-cutting actions, in combination with our strong business model, our share gains in key segments, and our strong balance sheet, we feel there are few companies as well positioned to address the coming year as IBM.

And at this early stage of the year, we feel that the consensus estimate for earnings per share in 2002 is reasonable.

Now let's get into the details of the 4th-quarter results.  Click on the NEXT button for Chart 4.

Here's the quick financial overview of the 4th quarter:

- Revenue, at $22.8 billion was up 12% sequentially from the 3rd quarter.

    Year-to-year, it was down 8% at constant currency, and 11%, as reported, driven entirely by OEM and PCs.

    So with the weakening Yen, currency was about a two-and-a-half-point hit, about a point worse than the spot rates suggested three months ago.

    Let me just note here that based on current spot rates, the negative effect of currency on revenue for the 1st quarter would still be about 2 points.

- Pretax income was down 13%, compared to the 19% decline last quarter, and again principally due to the slowdown in our Technology OEM businesses.

- Our tax rate was 29.3%, down two tenths of a point from a year ago.

    Our full-year tax rate was at 29.5%, down 3 tenths of a point from 2000.

- Average diluted shares outstanding for the quarter were 1 billion, 758 million, down 1.8% from last year.

- And earnings per share were $1.33, down 15 cents or 10%.

    In these 4th-quarter results we've absorbed currency, workforce-rebalancing initiatives, and a minor equity write-down. These three factors contributed about 12 cents to our 15-cent year-to-year decline.

We've included our full-year results on these charts, and let me use this one to put our results in perspective:

    The economy created a lot of turmoil in 2001.
    - Corporate profits declined dramatically.
    - Many of our competitors in the IT sector lost money.

    But...
    - At constant currency, IBM's revenue actually grew in 2001, and
    - We generated $11 billion of pretax profit, with the vast majority of that coming from Services and Software.

Now, let's turn to Revenue in the 4th quarter, starting with a geographic perspective.  Click the NEXT button for Chart 5.

Over 90% of our revenue comes from sales to end-user customers, which we break into three geographic areas.

    On a year-to-year basis, at constant currency, they were down 6%.

    - The Americas declined 8%, driven by the Industrial, Communications, and Distribution sectors.

    - Europe declined 6%, with almost no currency impact.  The Financial Services sector was weak, notably in Germany, but the Automotive sector did well, due to Services.

- Asia Pacific declined 1%, before 9 points of currency impact. Here again, the Communications sector was weak, but the Financial Services and Automotive sectors were strong, also due to Services.

- Across all geographies, the Public Sector was strong, but the small and medium businesses were weak, since they were heavily impacted by the PC revenue decline.

Finally, our OEM business -- which had declined 22% from 2nd to 3rd quarter, started to show a little life by growing 7% from the 3rd to the 4th quarter. Still, on a year-to-year basis OEM revenue declined 34% in the 4th quarter.

In our Microelectronics business, our OEM customers made a little more progress in working off inventory in addition to generating some sequential revenue growth.

And in our hard disk drive business, industry demand remained weak, due to continued weakness in PC volumes.

Now, if you'll click on the Next button for Chart 6, I'll touch on Revenue by major line item.

Let me start with Global Services.

Revenue was $9.1 billion, growing 1% year-to-year at constant currency, and 4% sequentially from the 3rd quarter.

Our annuity-like Outsourcing and Maintenance businesses continued to do well, but we felt the economic pressure in Consulting and Systems Integration as did the rest of the industry.

Hardware revenue in the 4th quarter was $8.7 billion, a 21% decline at constant currency.

The new Regatta UNIX server got off to a fast start. Shark storage subsystems grew in a very weak market. And despite a very difficult

comparison base, our zSeries mainframes grew revenue for the 5th quarter in a row.

However, as I mentioned -- our OEM businesses -- Microelectronics and hard disk drives continued to have significant year-to-year revenue declines, despite slight sequential-quarter growth.  PCs declined significantly.

Software, at $3.8 billion, grew 8% at constant currency.

We had strong performance across all geographies, gaining more share on our competitors, particularly in Data Management and WebSphere.

Global Financing revenue at $927 million, declined 4% at constant currency.

Income-generating assets were down from last year, and financing originations were $5.3 billion in the quarter.

Now let's review gross profit margin, Chart 7.

Total gross profit margin for the 4th quarter was 38.3%, up a point from last year, and up 2 points from the 3rd quarter.

Gross margin improved in each revenue segment except hardware which declined by 4 points.

This decline in hardware was about the same as in the 3rd quarter, and for the same reason, low volumes in our technology group and pricing pressures in PCs and hard disk drives.

Global Services gross profit margin improved 1.2 points.

Maintenance improved, and Services was stable.

Software gross profit margin improved 1.8 points.

And our Global Financing gross profit margin improved 12 points, reflecting a downward trend in interest rates.

Now let's turn to Expense, Chart 8.

Total expense was $5.4 billion, down 6% from last year.

SG&A decreased 4%, and R&D decreased 13%, primarily driven by the integration of Lotus and Tivoli into our Software business.

> We continued to cut discretionary expense like travel and consulting.

> But also underneath this, is the billion-dollar reduction in infrastructure expenses we've made this year.

>> As we reduced these expenses, we continued to increase investments in key areas where we can leverage our leadership, like development and sales for Software, Services, Servers and Storage.

> Let me add that our intellectual property income and licensing royalties were flat in the quarter, which included the sale of our optical transceiver business to JDS Uniphase. For the year, IP was down about $200 million.

> And finally, we continue to invest in Information Technology to improve our own efficiency in procurement and customer support.

As you can see, we're watching expense carefully. But the strength of our business model is that we are not forced to eliminate important programs during a period of weak revenues.

Now before we move on, let me touch on some issues that have been raised for all companies in 2002 that are mainly noncash items, notably:

- Goodwill accounting changes
- Adjustments to pension accounting assumptions
- Equity investment write-downs, and
- Currency hedges.

> For IBM, based on what we know now, it's reasonable to assume that the net effect of these items on year-to-year earnings will not be material.

Now let's move to Cash Flow, Chart 9.

Cash flow was strong in 2001.

> We generated $7.4 billion of Free Cash Flow, slightly more that last year.

> Our ongoing focus on working capital management continued to yield results.

This continued strong cash flow, even in a difficult economic environment, gave us the flexibility to make necessary, appropriate investments for the future of our business or for share repurchases.

> $5.6 billion on gross capital expenditures, mainly for our Services and Financing businesses, as well as in selected hardware businesses, like Microelectronics.

> $5.6 billion in research and development investments, that contributed to the ninth year in a row of our leading the world in generating new patents.

> A billion dollars for acquisitions -- principally Informix.

> $1 billion in dividends to our shareholders.

> And $5.3 billion dollars in stock buyback.

> This is real cash flow.

Now let's look at the Balance Sheet, Chart 10.

The balance sheet remains very healthy.

> Cash on the balance sheet stands at $6.4 billion, $2.7 billion above last year's level.

> Total debt decreased $1.4 billion.

94% of our debt is for our Global Financing business, which was leveraged at a comfortable 6.8 to 1.

The remaining $1.6 billion of Core Debt stands at a conservative 7% debt-to-capital.

As I've said in previous quarters, this is not the environment to have growing inventories or accounts receivables.

Both are down year-to-year.

The management of our balance sheet and cash flow is taken very seriously and is a key focus. Our asset and debt levels demonstrate that we are executing well.

Now let me turn to a discussion of some of our individual businesses, starting with Global Services, Chart 11.

Global Services, at $9.1 billion, was up 1% at constant currency.

Signings were over $15 billion, up 22%. We had:

- 14 deals greater than $100 million,
- of which two were a billion dollars or more.
- We had over $600 million of web-hosting signings, up 45%, bringing our total web-hosting signings to $2.4 billion this year.

Our backlog now stands at $102 billion.

In revenue, Maintenance was up 2%, and Services was up 1%.

Services revenue growth slowed this quarter due to:
- A slowdown in Consulting and Systems Integration,
- Slower signings back in the middle of the year, and
- The timing of this quarter's signings.

Several large contracts closed late in the quarter, resulting in lower current-period revenue yield.

Customers wanted to sign the contracts to start realizing the benefits. But they are just being very careful in this environment.

An important note on signings: While a slowdown in signings in the middle of the year, particularly in short-term engagements, impacted our 4th-quarter revenue, the acceleration in signings in the 4th quarter will contribute to a pickup in 2002.

Now let me review the three major services segments.

First, Outsourcing and e-Sourcing, which is more than 40% of Global Services, grew 6% at constant currency.

- Our strong signings in the 4th quarter, and our strong pipeline of opportunity, demonstrate that customers recognize the need to improve their competitiveness, particularly in this economic environment. They want integrated IT solutions and fast cost savings.

- Outsourcing growth was again strongest in the Asia Pacific region, where our investment in services capabilities has really paid off.

- And Hosting became a billion dollar business for us in 2001.

Next, Integrated Technology Services, which includes product support services and maintenance, is a third of Global Services.

- IT Services, excluding maintenance, was up 4%.

- Services in support of server consolidation and business recovery continued to grow, but,

- Revenue growth has been moderating for services in support of non-IBM hardware deployment, as you would expect with the slowdowns in PCs, telecommunications, and networking equipment providers.

Finally, Business Innovation Services, which includes consulting and systems integration, is slightly less than a quarter of Global Services revenue.

This segment of Services, which is transaction-based, short-term contracts, has been most impacted by the economy.

And yet our B-I-S revenue declined only 6% year-to-year.

- The rate of slowdown varied across the geographies this quarter, but it was most predominant in the Americas.

  Customers were investing less in custom application development and e-business strategy consulting.

- Yet we did have successes. We continued to see year-to-year growth in key e-business areas:

  Supply chain and e-business integration grew significantly, while ERP was up moderately.

  Customers continued to spend on these deployments that yield significant cost savings.

We feel very good about IBM Global Services.

For the year:
- Services revenue grew 11% at constant currency.
- We gained share.
- Our profit margin increased.

We ended the year:
- with a $102 billion backlog
- a strong signings quarter
- solid gross profit margins.
- and a healthy pipeline going into 2002.
  In fact, we just signed a $1.2 billion CRM outsourcing agreement, and an alliance to deploy wireless services, with Nextel.

Looking forward:

- The 4th-quarter signings and converting the strong pipeline into contracts should have a positive impact on 2002 revenue growth.

- We've been through these dynamics before , a slowdown in signings and revenue, followed by a recovery, back with Y2K.  But with our skills and capabilities, we will continue to gain share.

- And we expect good growth in 2002

Now, Click on the NEXT button for Chart 12, and I'll discuss eServers and Storage.

In this tough environment, customers continued to be very cautious with their IT spending.  We did see continued server consolidation.

Our eServers and storage subsystems, we expect, gained roughly 4 points of market share last year.

zSeries mainframes had their fifth consecutive quarter of revenue growth, a momentum that began with the z900 announcement in October of 2000.

> For the year, zSeries revenue grew more than 15%,  the first full year of revenue growth since 1989, and a clear recognition of the unique advantages mainframes offer our customers.

> Against a very tough comparison, MIPS again grew by double digits, driven by a 35% increase in new application workload, by server consolidation and leveraging Linux.  11% of the MIPS shipped were for Linux.

> Later this year, we will bring mainframe functionality to the mid-market, offering our small and medium-sized customers the ability to run new workloads on a z-platform.

pSeries revenue was up more than 35% sequentially, but down nearly 20% when compared to last year's strong 4th quarter.

> At the high end, the p690 Regatta, which only began to ship in December, did even better than we expected and was sold out in the quarter.

Entry and mid-range pSeries servers were down significantly year-to-year, yet we still expect to gain share in both of these segments. And, we will further strengthen our technology leadership in these segments by bringing Regatta's Power4 technology to these product lines later this year.

Revenue for the iSeries servers declined, but again we expect to have gained share in the $10 thousand to $1 million server category.

Similar to zSeries, the iSeries benefited from server consolidation and Linux this quarter.

For example, in Japan, a subsidiary of NTT replaced Sun and Oracle with an iSeries model 820, running Linux in a dynamic partition.

ABN AMRO and Caterpillar are two customers who have consolidated multiple servers on iSeries.

xSeries revenue also declined, reflecting the extremely competitive environment in the low-end server market.

In a repeat of the strategy we used in the UNIX market, we are investing in game-changing technologies in IBM's Intel-based servers by adding some of the advanced functions previously available only on high-end servers.

One example is technology developed for mainframes that proactively corrects software and hardware failures before they occur. By reducing repair and downtime, the total cost of ownership is cut by as much as 50% over a five-year period.

Our disk and tape Storage had a good quarter with growth in revenue, margin and profit.

Growth in disk storage was 2% year-to-year, driven by our high-end Shark which grew 6%, in a market declining at approximately 20%.

I have previously spoken with you about our focus on reducing cost and expense, and it is paying off in storage.

Gross margins for Storage increased both sequentially and year-to-year in this fiercely competitive environment.

When I talk with customers, they tell me they're looking for networked storage solutions to help reduce cost. And we're seeing over 65% of Sharks being ordered with network-enabled features.

A recent IDC report shows IBM moving into the number-two position in SAN deployment. This success was driven by our end-to-end focus that includes software, services, interoperability with the leading providers of SAN components, and the strongest lineup of storage hardware we've ever had.

Now click on the NEXT button for Personal and Printing Systems, Chart 13.

Revenue in this Group was down 31% year-to-year at constant currency, although up 4% sequentially from 3rd quarter.

We lost $17 million in this segment in the 4th quarter as we continued to focus on cost, expense and our go-to-market model.

Last quarter 44% of the PC Division's worldwide sales were direct, with 66% in the U.S.

We have a target of 50% worldwide for this division in the 1st quarter.

The improving direct model, continued cost improvements, and initiatives like our recently announced outsourcing agreement with Sanmina-SCI should improve our results.

Now if you'll move to Chart 14, we'll cover Technology.

Revenue for our OEM microelectronics division was down 36% year-to-year, reflecting the continued severe downturn in the semiconductor industry.

We had a modest sequential up-tick from the 3rd quarter, suggesting we've hit the bottom.

Our customers' inventory of IBM components, which had been about $250 million at the end of both the 2nd and 3rd quarters, was down 50 million by the end of the 4th.

Revenue from Hard Disk Drives was also down year-to-year, yet up sequentially from the 3rd quarter.

As we look into the 1st quarter, we expect to start shipping our three new drives in volume:

- our Discovery II server drive

- Cascade, the new mobile drive we announced in November, the industry's highest-capacity 2.5-inch mobile drive. And,

- Vancouver, the new desktop drive also announced in November, the industry's most power-efficient 7200-RPM desktop drive.

Now click on the NEXT button for Software, Chart 15.

Our software business, at $3.8 billion, was up 8% year-to-year at constant currency.

- Middleware, the majority of our software revenue at more than 80% of the total, grew 10%.

- Operating system revenues declined 2%.

This was another excellent quarter for our software business, in a difficult economy, with broad-based market share gains at the expense of our competitors.

Strong momentum in middleware drove our growth. On a full-year basis, middleware was 11 billion of our $13 billion software business.

Data management, our database, tools, business intelligence and content management business, grew 48% this quarter.

- DB2 database grew 13% in head-to-head growth against our competition,
- And database tools were up 62%.
- Informix also contributed to our growth, and the acquisition is exceeding our expectations.  In the 4th quarter alone, 10,000 Informix customers recommitted to IBM, including Sears, Wal-Mart, MBNA and Motorola.

WebSphere, our e-infrastructure middleware, grew 43% this quarter.

- This was significantly faster than any of the competition.
- Giga estimated that, with our share gains in 2001, WebSphere is in a dead heat with BEA for the industry lead.
- We are winning market share through head-to-head benchmarks.
- 50,000 paying customers; 600,000 active developers; 9,000 applications; and 7,000 certified solution providers are driving this tremendous success.
- And our technology leadership will continue to advance with the acquisition of CrossWorlds that was successfully completed this month.

- Although 4th-quarter revenue was down year-to-year in our Tivoli and Lotus businesses, both units had strong growth sequentially.  And we are seeing benefits of our restructuring, with improved profitability in both units.

The strong sequential growth in these units was driven by our regenerated product portfolio.

In Tivoli:

- Security software revenue doubled sequentially.

- And storage management software revenue grew 60% sequentially.

In Lotus, we are leveraging an 85-million-seat Notes base to fuel growth in next generation collaboration.

- Advanced collaboration software, including Sametime and Quickplace, nearly doubled sequentially.

- And in eLearning, IBM delivered distance learning solutions to twice the number of customers as the nearest competitor.

We also had success across platforms:

- Middleware software grew 5% year-to-year on UNIX and NT, while many of our competitors experienced flat or declining revenues.

- Server consolidations for total cost of ownership savings, and our tools business, continue to be growth drivers on host platforms. Middleware on host platforms grew 16% this quarter.

    We continue to aggressively go after the tools market, notably data base and Application Development tools.

Finally, our Strategic ISV Alliance strategy continued to expand, driving more than $1.5 billion of total IBM revenue in the 4th quarter, all at the expense of our competitors.

- We signed four new alliances this quarter, with an increased focus on emerging areas such as Life Sciences.

- We now have a total of 74 alliances signed to date.

We are taking tremendous momentum in our software business into 2002, driven by:

- Best-of-breed technology,

- Our ability to deliver integrated e-business solutions across platforms,

- Share gains, and

- A 10,000-person dedicated software sales force, 56,000 business partners, and a Strategic Alliance Program that IDC calls an industry-leading best practice.

Now, if you'll hit the NEXT button, let me summarize my remarks.

For nearly all of our competitors, 2001 was a difficult year.

For IBM, it was a good year.

> Yes, the stock performed well.  But what's most important are the reasons behind this performance.

> What became more evident in 2001 was the financial strength and competitiveness of our business model, including these three key elements:

> - First, with the irrational exuberance associated with the dot-com phenomenon behind us, customers are really starting to expect more of their IT vendors.

>> They want real integrated business solutions.  And it is important to recognize that, when the economy turns, customers are not going to return to that roll-your-own-IT era.

>> Building integrated solutions is a unique core strength for IBM.

>> Many of our competitors are trying to find ways to emulate our capabilities, but it is not something that can be simply acquired.  It takes years of investment to build this capability.

> - Second, we've gained share in key business segments throughout 2001. We now offer better products and services because we exploit both our industry-leading technology and the knowledge that comes from our multi-platform integration experience.

> - And the third point that's become more evident is that having a financial core of annuity-like revenue and profit streams gives us more than just stable results.  Its associated real cash flow also enables us to continue investing in our growth businesses, further building our lead, while our more market-sensitive competitors must cut investments and overhaul their business models.

Each of these elements is going to serve us very well in 2002.

- The first half of this year, at a minimum, doesn't appear to have a much different economic look to it than what we've just come through.

  So our business model, with its large element of annuity-like profit, is going to retain its advantage.

- And last week, we announced that for the ninth year in a row, IBM was the top producer of patents, far exceeding any of our competitors.

  Using this intellectual property, combined with our ability to build integrated e-business solutions, we expect to gain more share in 2002.

- And most important of all, when the economy picks up, customers will reaccelerate their IT investments in the tough work of building resilient infrastructures and real e-business solutions.

  Our study of 33,000 companies showed that their CEOs and CIOs are going to want integration, not just pieceparts.

2002 is going to be another demanding year, and a tough one to forecast.

Strategists and security analysts are quite undecided about what to expect of earnings growth for the market as a whole, and for the technology sector in particular.

But I said in my opening remarks that we think the consensus for IBM's earnings per share is reasonable, despite the challenging environment. That view rests on three fundamentals:

- As we start the year, we've already got about half of our earnings under contract.

- And we expect that improving our cost structure in our technology group and our PC division can make significant contributions to growing earnings.

- Finally, we expect to gain share in key segments like Software, Services, Storage, and Servers, just as we did in 2001.

There's a notion out there that history will repeat itself, that high-beta stocks may come back when the economy turns. But there will be no telecoms or dot-coms with open checkbooks waiting for them, just traditional companies working hard to improve their competitiveness, our kind of customers.

So 2002 will be another good year to have:

- A strong business model
- Competitive products and services that can gain share, and
- A strong balance sheet and cash flow.

IBM's strategy, our focus and our value proposition are more relevant today than ever.


Now Hervey and I will take your questions.


Thanks, John.

Now, if you'll all go to the next chart, you'll find an index of all our slides that may be helpful during the Q&A.

Before I turn the call over to the operator to give you polling instructions, let me request that you refrain from multi-part questions, to give others some time. As always, we are on a tight schedule.

OK, Mandy -- let's get started.

# EXHIBIT D

 Is the current talent pool of IT professionals poised for leadership?
Register for our Webcast featuring **Thornton May**, IT futurist, and **Don Tennant**, editor-in-chief, *Computerworld*.

**COMPUTERWORLD** An IDG company      QuickLink ▶ Search  Computerworld ▶

| Home | News | Topics | Print Edition | Services | Subscribe | Events | In Depth | ☒☒☒ Feeds |

# IBM meets Q4 expectations, says forecasts look good

News Story by Clare Haney, IDG News Service

JANUARY 18, 2001

(IDG NEWS SERVICE) - Avoiding the revenue shortfalls that have been plaguing other computer vendors, IBM yesterday reported fourth-quarter financial results in line with expectations and said it also feels comfortable with the forecasts that are in place for this year.

IBM's net income for the quarter ended Dec. 31 was $2.7 billion, up 28% from $2.1 billion in the same period of 1999. The income figure was slightly above an average estimate from a group of 18 financial analysts who were polled by First Call/Thomson Financial. Fourth-quarter revenue totalled $25.6 billion, up 6% from the year-earlier figure of $24.2 billion.

The results from IBM come at a time when rival vendors are being hit by lower-than-expected sales. For example, Apple Computer Inc. yesterday reported a $195 million loss for the latest quarter on revenue that was $600 million below its original expectations (see story). And vendors such as Hewlett-Packard Co. and NCR Corp. have warned that their financial results will be below plan due to slowdowns in sales to corporate users (see story).

With that as a backdrop, John Joyce, IBM's chief financial officer, pronounced himself "pleased" with the company's fourth-quarter results during a conference call yesterday with financial analysts. Joyce said IBM's numbers were an indication that demand from users "has continued to shift in our favor" toward services and away from technology in and of itself.

IBM's services business showed double-digit growth across all of its operating segments in the fourth quarter, with revenue growth especially strong at its Japanese unit, Joyce said. He added that the company ended the quarter with a backlog of $85 billion in service contracts, up from $60 billion at the end of 1999.

Other IBM businesses that reported good revenue growth in the fourth quarter included its mainframe, server and middleware units, according to Joyce. Much of the increase in demand came from users who were installing e-business applications, he noted, saying that the sales growth "wasn't driven by dot-com mania but by serious companies building serious [Internet] infrastructures."

Joyce cautioned that it's too early to tell exactly how this year will shape up. "We don't have a better crystal ball than you do," he told the financial analysts who were listening to the call. But he said IBM is entering the new year with "a sense of confidence" about Wall Street's projections for its financial performance. The company hopes Europe and Asia will act as a "counterbalance" to any economic problems in the U.S., Joyce added.

In related news, subsidiary Lotus Development Corp. of Cambridge, Mass., yesterday said the number of Notes seats worldwide jumped from 56 million a year ago to 78 million today. The official numbers for the third quarter of 2000 had Lotus at 65 million users.

Though Lotus president and CEO Al Zollar has downplayed the competition with rival Microsoft Corp.'s Exchange messaging and collaboration products, he still was pleased to announce the numbers at the closing session of the company's annual user's conference, Lotusphere.

For last year as a whole, IBM reported a 16% increase in net income to $8.1 billion, while revenue grew by just 1% to $88.4 billion. In a statement, Louis V. Gerstner Jr., IBM's chairman and CEO, said he's "[looking] forward to another good year for IBM" during 2001.

Revenue from sales of IBM's hardware grew 10% in the fourth quarter, reaching $11.4 billion. In addition to the increased mainframe and server sales, Joyce said the company's PC unit reported revenue growth and was profitable -- a showing that contrasts with the weak results being reported by PC makers such as Apple and Gateway Inc.

But Joyce added that sales of desktop PCs dropped by about 4% year-to-year in the quarter, and he said IBM executives plan to keep a watchful eye on sales of those machines and demand for PC disk drives.

**Related stories:**

- Intel dubs 2000 a record year, but Q4, near-term future less bright, Jan. 17, 2001

- 3Com planning job cuts after bigger-than-expected loss, Jan. 16, 2001

- HP, Gateway hit by lower-than-expected sales, Jan. 11, 2001

*For more corporate news about technology vendors, head to our Financial News page.*

Reprinted with permission from

 For more news from IDG visit *IDG.net*
Story copyright 2005 International Data Group. All rights reserved.



Find out how fast, simple, consistent and
accurate reports can help you improve
your business performance.
**REGISTER FOR A FREE WEBCAST.**

Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.

# EXHIBIT E

FILED IN CLERK'S OFFICE 1
U.S.D.C. Atlanta

AUG 2 0 2003

LUTHER D THOMAS, Clerk
By: _Challucher_
Deputy Clerk

1

2  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF GEORGIA
3  - - - - - - - - - - - - - - x
   ROBERT L. HOWATT,                  :
4
                    Plaintiff,        :
5
        -against-                     :        Index No.
6                                              1:02/CV/2594
   INTERNATIONAL BUSINESS             :
7  MACHINES CORP. d/b/a
   TIVOLI SYSTEMS, INC.,              :
8
                    Defendant.        :
9  - - - - - - - - - - - - - - x

10

11

12

13

14

15          VIDEO DEPOSITION of Defendant, by STEVEN

16  MILLS, a Non-Party Witness taken by Plaintiff at the

17  offices of IBM, One Orchard Road, Armonk, New York, on

18  Friday, June 27, 2003, commencing at 9:06 a.m., before

19  Margaret Merek, a Certified Shorthand (Stenotype)

20  Reporter and Notary Public within and for the State of

21  New York.

22

23

24

25

Page 2

```
 1

 2   A P P E A R A N C E S:

 3

         Messrs. ANDERSON &  DAILEY LLP.
 4               Attorneys for Plaintiff
                 The Prominence Building
 5               3475 Piedmont Road, N.E.
                 Suite 1820
 6               Atlanta, Georgia, New York  30305

 7         BY:  MICHAEL ALAN DAILEY, Esq.

 8

 9

         Messrs. JONES DAY
10               Attorneys for Plaintiffs
                 3500 Sun Trust Plaza
11               303 Peach Street
                 Atlanta, Georgia, New York  30308-3242
12
           BY:  JANIE CONE METCALF, Esq., of Counsel
13
                      -and-
14
                JORDANA R. STERNBERG, Esq., of Counsel
15

16

17               THE CORPORATION COUNSEL OF IBM
                 Attorneys for Defendant
18               The IBM Building
                 1133 Westchester Avenue
19               White Plains, New York

20         BY:  ADAM POMERANTZ, Esq.

21

22

                 GENERAL COUNSEL SOFTWARE GROUP
23               Attorneys for Defendant
                 Route 100
24               P.O. Box 100
                 Somers, New York  10589

25
```

Page 3

1                       Mills

2           IT IS HEREBY STIPULATED AND

3     AGREED that the filing and sealing of

4     the within deposition be, and the

5     same are hereby waived;

6           IT IS FURTHER STIPULATED AND

7     AGREED that all objections, except as

8     to the form of the question, be and

9     the same are hereby reserved to the

10    time of the trial;

11          IT IS FURTHER STIPULATED AND

12    AGREED that the within deposition may

13    be sworn to before any Notary Public

14    with the same force and effect as if

15    sworn to before a Judge of this

16    Court;

17          IT IS FURTHER STIPULATED that

18    the transcript is to be certified by

19    the reporter.

20

21

22

23

24

25

Page 4

1              Mills

2          THE VIDEOGRAPHER:  We are now

3      on the record.  The time is 9:06 a.m.

4      on June 27th, 2003.

5          The this is the videotaped

6      deposition of Steven Mills in the

7      Matter of the Robert L. Howatt versus

8      International Business Machines

9      Corporation d/b/a Tivoli Systems, Inc.

10     under the jurisdiction of the United

11     States District Court, Northern

12     District of Georgia, Atlanta Division.

13          This deposition is being held

14     at One New Orchard Road in Armonk, New

15     York.

16          My name is Sammy Verni and I

17     am the Video Specialist.  The court

18     reporter is Margaret Merek.  We are

19     from Fink & Carney, with offices

20     located at 39 West 37th Street, New

21     York, New York.

22          Will counsel, please,

23     introduce themselves.

24          MR. DAILEY:  Michael Dailey of

25     Anderson Dailey in Atlanta for the

Page 5

```
 1                    Mills
 2     Plaintiff, Robert Howatt.
 3              MR. FORD:  Mark Ford of the
 4     law firm of Anderson Dailey, also, for
 5     the Plaintiff, Robert Howatt.
 6              MS. METCALF:  Janine Metcalf
 7     with Jones Day for Defendant IBM
 8     Corporation.
 9              MS. STERNBERG:  Jordana
10     Sternberg of Jones Day for IBM
11     Corporation.
12              MR. POMERANTZ:  Adam
13     Pomerantz, In-House Counsel for IBM.
14              MR. ANDEREGG:  Robert
15     Anderegg, Assistant General Counsel
16     with IBM.
17              MS. METCALF:  Before we start,
18     I just want to put on the record that
19     this is pursuant to the Federal Rules
20     of Civil Procedures, that all
21     objections except as to form are
22     preserved until the time of trial and
23     that this witness reserves the right
24     to read and sign the transcript.
25              MR. DAILEY:  Let me, also,
```

Page 6

1                      Mills

2       note that I have conferred with Mr.

3       Ford and I am informed that there was

4       a continuing stipulation for our

5       depositions so...

6               MS. METCALF:  Thank you.

7               THE VIDEOGRAPHER:  Would the

8       court reporter swear the witness?

9               THE REPORTER:  Would you raise

10      your right hand?

11              THE WITNESS:  (The Witness

12      complied with the request of the court

13      reporter.)

14              THE REPORTER:  Do you solemnly

15      swear to tell the truth so help you

16      God?

17              THE WITNESS:  I do.

18  EXAMINATION BY MR. DAILEY:

19      Q    Mr. Mills, my name is Michael

20  Dailey.  I represent, together with my partner,

21  Mark Ford, Robert Howatt, in an action that has

22  been brought against IBM Corporation.

23          I am here to ask you some questions

24  today, about any knowledge and information you may

25  have, in connection with the claims and defences

Page 7

1                           Mills

2   that have been raised in that case.

3               If, at any time, sir, the question

4   that I ask of you is not clear, please, do not

5   hesitated to interrupt me and let me know of that

6   fact so I can endeavor to restate and rephrase

7   that question so that it is clear for you and we

8   will proceed in that fashion?

9         A     Okay.

10        Q     Let me, also, just state that if I

11  don't hear from you, that if my question has

12  somehow been unclear to your comprehension or it

13  was confusing or garbled in its delivery, then, I

14  will assume that you've understood the question;

15  is that fair way to proceed?

16        A     (No response)

17              MS. METCALF:  Well, you can

18              assume what you want to assume, I

19              don't know that he can understand what

20              your mind set is.

21              MR. DAILEY:  I am asking the

22              witness to let me know and that if he

23              doesn't tell me, then, I will proceed

24              as if you did understand.

25        Q     Is that a fair way to proceed, Mr.

Page 8

```
 1                      Mills
 2   Mills?
 3          A      (No response)
 4                 MS. METCALF:  I object because
 5          he can't read your mind, you are
 6          calling for speculator.
 7                 MR. DAILEY:  I am not asking
 8          him to read my mind, I'm asking him to
 9          volunteer, during the --
10                 MS. METCALF:  All right.  He
11          will --
12                 MR. DAILEY:  -- course of this
13          deposition, whether he has any
14          difficulty understanding the question.
15                 He has indicated that --
16                 MS. METCALF:  And you've
17          already asked him that and he has
18          indicated so let him (lowers voice).
19                 MR. DAILEY:  He has indicated
20          that he will do that.
21          Q      And, Mr. Mills, I, also, --
22          A      Um-hmm.
23          Q      -- want to understand, from you,
24   that if you do not tell me that you don't
25   understand, is it fair for me to assume that you
```

                         Mills

1

2  did understand the question?

3       A      (No response)

4                 MS. METCALF:  He can't read

5             your mind so I object to the extent

6             that your instruction calls for him to

7             speculate.

8       Q      You may answer, Mr. Mills.

9       A      My intent is to ask you to restate

10  the question.

11      Q      If you don't understand?

12      A      If I don't understand the question,

13  I will ask you to restate the question.

14      Q      Thank you, sir.

15             Have you ever given a deposition

16  before, Mr. Mills?

17      A      No.

18      Q      All right.  The process is fairly

19  straightforward, I will ask the questions and you

20  will endeavor to make the responses.

21             As we have done here, if you will

22  continue to make the responses you offer verbally,

23  that will be best, because the court reporter can

24  make certain that she records the answer you

25  desire accurately.

Page 10

                              Mills
1                   We all have a habit of shaking our
2      heads or nodding or saying uh-huh or uh-uh and
3      sometime that's confusing for the court reporter
4      so would you, please, agree, in this deposition,
5      that you will respond audibly, to the questions?
6
7               A     I will.
8               Q     Just for the benefit of our record,
9      if you could state your full, given name?
10              A     Steven Alan Mills.
11              Q     Okay.  And because our action is
12     pending in the United States District Court for
13     the Northern District of George, I just have a
14     housekeeping detail to ask of you:  Do you have
15     any relatives who reside in the metropolitan
16     Atlanta area, sir?
17              A     I have a cousin.
18              Q     Okay.  And what is that person's
19     name?
20              A     It's Ann Rizzo.
21              Q     And how do you spell Ms. Rizzo's --
22              A     (Continuing)  Actually, that's her
23     maiden name, I forget what her husband's name is.
24                    It will, probably, come back to me,
25     as to what her husband's name is.  I know her as

Page 11

```
1                       Mills
2    my cousin.
3           Q      Okay.  And her maiden name was
4    Rizzo?
5           A      Rizzo, yes.
6           Q      And how do you spell Rizzo?
7           A      R-I-Z-Z-O.
8           Q      And she is married to a gentleman
9    living in Atlanta?
10          A      Yes.
11          Q      And what is his first name?
12          A      Joe.
13          Q      Joe?
14          A      (No further response.)
15          Q      Okay.  Any other relatives?
16          A      Let's see, I've got an uncle.
17          Q      Okay.  And what's his name?
18          A      Donald Rizzo.
19          Q      Also living in Atlanta?
20          A      The Atlanta area, yes.
21          Q      Okay.  What town is he in?
22          A      He is somewhere directly in Atlanta,
23   in one of the suburbs.
24          Q      All right.  And anyone else?
25          A      That's it.
```

Page 12

                              Mills

1

2        Q     Okay.  Are you employed, sir?

3        A     I am.

4        Q     And by whom are you employed?

5        A     IBM.

6        Q     What position do you have with the

7   IBM company?

8        A     I am the Senior Vice President and

9   Group Executive for IBM Software Group.

10       Q     How long have you held that

11  position?

12       A     August of 2000.

13       Q     How long have you been employed by

14  the IBM Corporation?

15       A     For 29 and a half years.

16       Q     During that 29 and half year tenure

17  with the company, is it fair to say that you have

18  held several positions in the company?

19       A     Yes.

20       Q     Okay.  Have the positions that

21  you've held, sir, been in the field of sales?

22       A     Sales was one of them.

23       Q     And, if we may, can we enumerated

24  the various areas of the corporation in which you

25  have held positions?

Page 13

```
 1                        Mills
 2         A      In sales, in planning, in finance,
 3  in development.
 4         Q      Of those 29 and half years,
 5  approximately, how many years were in positions
 6  related to sales?
 7         A      Officially, my sales job was in the
 8  field in New York City from 1974 through 1981.
 9         Q      Okay.  At that time, were you
10  involved in the actual sale and marketing of IBM
11  products?
12         A      Yes.
13         Q      Were these hardware systems that you
14  were selling, at that particular time?
15         A      Hardware and software.
16         Q      What kind of software systems were
17  you engaged in selling, at that time?
18         A      The software that we had running on
19  the hardware, at that particular point in time.
20         Q      And the hardware that you were
21  selling, was this large mainframe computer
22  hardware?
23         A      Both large mainframe computer
24  hardware as well as peripheral devices and other
25  systems, that we were selling during that period
```

Page 14

                              Mills

1

2  of time.

3          Q      All right.  Sir, when you were

4  engaged in holding positions having to do with

5  planning, approximately, what period of time was

6  that?

7          A      1981 through 1987.

8          Q      All right.  Can you describe, for

9  the ladies and gentlemen of the jury, briefly, the

10 work that you were engaged in, in your various

11 planning positions?

12         A      Generally, related to market

13 analysis, product line planning, volume planning,

14 business projections.

15         Q      In working on the business

16 projections, were you, actually, yourself,

17 personally responsible for delving any of those

18 projections?

19         A      Yes.

20         Q      Do you have any background or

21 training in financial planning and in business

22 projection work?

23         A      No.

24         Q      I didn't ask you but do you have any

25 advanced degrees?

Page 15

1                              Mills

2          A      No.

3          Q      Did you attend any university or

4     college?

5          A      I did.

6          Q      Where was your education?

7          A      Union College, Schenectady, New

8     York.

9          Q      And when you attended Union College

10    in Schenectady, what course of study did you

11    pursue?

12         A      Psychology.

13         Q      What kinds of business projections

14    were you engaged in working on, during your

15    various planning positions?

16         A      Projecting the market

17    characteristics the sales prospects against those

18    markets, for the different types of products that

19    we were producing, at that time.

20         Q      All right.  Did you work with other

21    IBM employees in developing these projections?

22         A      Yes.

23         Q      And where any of these individuals

24    trained in statistics or business forecasting?

25         A      It's possible that some were, --

Page 16

Mills

1
2      Q      Was there an organization --

3      A      -- I don't recall.

4      Q      -- or a department that was

5  principally responsible for generation of business

6  projections for the company, at or about this

7  time?

8      A      (No response)

9                  MS. METCALF:  And this time

10              meaning 1981 to 1987?

11                  MR. DAILEY:  That's correct.

12                  THE WITNESS:  (Responding)

13          Yes, there were multiples.

14      Q      And which were those?

15      A      Each one of the functional units in

16  the company would do this type of work and, then,

17  corporate would, also, do work of a related

18  nature.

19      Q      How often were these projections

20  prepared, during the 1981 to 1987 period?

21      A      Constantly.

22      Q      Did the company prepare annual

23  projections?

24      A      Yes.

25      Q      And would it, then, revise those

Page 17

```
1                    Mills
2    projections, as a particular fiscal year was --
3         A    We would revise --
4         Q    -- (Undiscernible)?
5         A    -- them throughout the year.
6         Q    And, I believe, you told me you held
7    positions in the area of financial; is that
8    correct?
9         A    Um-hmm.
10        Q    And what period of time was that?
11        A    1989 through 1992.
12        Q    What were you doing between 1987 and
13   1989?
14        A    (Pause)  It was planning related
15   jobs, involved with parts of the company putting
16   out product, --
17        Q    Who --
18        A    -- product planning, product
19   marketing.
20        Q    It was, also, an IBM position?
21        A    Yes.
22        Q    Okay.  In finance, what were your
23   basic responsibilities and duties?
24        A    I had multiple jobs during that time
25   period.  And, again, it's financial analysis,
```

```
 1                        Mills
 2   budgeting, budget planning, standard controller
 3   types of activities, investment planning.
 4           Q     In the course of performing your
 5   work, in the finance section of the company or in
 6   positions that had to do with finance, were you
 7   offered the opportunity to undergo any additional
 8   training at IBM, in this, particular, area?
 9           A     No.
10           Q     Have you attended any IBM training
11   during the course of your career?
12           A     Yes.
13           Q     And what general areas has such
14   training encompassed?
15           A     Sales training and product training.
16           Q     Okay.  All right.  From 1992 on, did
17   you move to positions that had to do with
18   development?
19           A     Yes.
20           Q     Okay.  And what kind of positions
21   were you performing there?
22           A     In 1993 I ran one of our development
23   laboratories.
24           Q     What was the name of that
25   laboratory?
```

Page 19

                              Mills

1

2          A       That's our Santa Teresa, Silicon

3    Valley laboratory.

4          Q       And how long did you serve in that

5    position?

6          A       For about nine months.

7          Q       Okay.   Did you have other

8    development positions?

9          A       No.

10         Q       While you were serving as a sales

11   representative for the company in New York City,

12   were you ever the recipient of any sales awards or

13   designations, by virtue of your sales performance?

14         A       I received normal sales

15   compensation.

16         Q       Does IBM -- did IBM, at that time,

17   offer any awards in addition to sales

18   compensation, to its sales --

19         A       Yes.

20         Q       -- representatives?

21         A       Yes.

22         Q       What kinds of awards were those?

23         A       They were cash awards.

24         Q       All right.   If I follow the

25   chronology correctly, from, approximately, 1993 on

Page 20

```
 1                        Mills
 2  you've held other positions within the company,
 3  that fall outside --
 4          A     Um-hmm.
 5          Q     -- these various sales planning,
 6  finance and development domains; is that right?
 7          A     Not exactly.  In 1993 I became
 8  Division General Manager, which includes all of
 9  the above.
10          Q     Meaning you were responsible for all
11  of those --
12          A     Right.  Activities, --
13          Q     -- areas of operations?
14          A     -- yes.
15                (Pause)  All of the various tasks
16  were part of my general manager assignment.
17          Q     And how long did you serve as
18  Division General Manager, sir?
19          A     1993 until -- this was two -- 1999.
20          Q     All right.  And, then, in 1999 did
21  you move to a difference position?
22          A     I took over as the head of Strategy
23  Planning for the Software Group.
24          Q     How long did you serve in that
25  position?
```

Page 21

1                          Mills
2          A      Until August of 2000.
3          Q      When you accepted your current
4   position?
5          A      Um-hmm.
6          Q      As head of the Strategy Planning for
7   the Software Group, what kind of projects were you
8   engaged in?
9          A      Market analysis, portfolio
10  management, investment decision-making.
11         Q      At any time during your career,
12  Mr. Mills, have you been responsible for the
13  development of sales plans that would be
14  applicable to IBM salespersons in the field?
15         A      Yes.
16         Q      At what periods of time were you
17  engaged in that kind of activity?
18         A      From August of 2000 forward.
19         Q      Okay.  Could you describe for us,
20  please, the nature of your involvement in the
21  development of those sales plans?
22         A      What I do is, I look at the
23  structure of the sales plan and review the
24  competitiveness of the sales plan versus other
25  companies in the industry.

Page 22

1                         Mills

2          Q      Do you have a member of your staff

3   who, actually, creates a working document, from

4   which you can, then, evaluate its structure?

5          A      Yes.

6          Q      Who are those persons on your staff,

7   that are engaged in that activity?

8          A      Those people keep changing over a

9   period of time and the most recent person doing

10  that has left to move on to a different job and

11  we're moving a new person in.  It changes every

12  year.

13         Q      In 2001 do you know who was

14  performing that work?

15         A      No, I can't remember.

16         Q      When you came in August of 2000, do

17  you know who was doing that work for you, as you

18  assumed your position then?

19         A      No.

20         Q      Was this one individual or were

21  there a series of individuals working on the

22  document?

23         A      A series of.

24         Q      All right.  And, typically, would

25  you try to have this sales plan review process

1                          Mills

2    completed by a date preceding the next fiscal

3    year?

4          A      Before year end.

5          Q      Okay.  Does IBM maintain its fiscal

6    year corresponding to the calendar year?

7          A      Yes.

8          Q      So it began its fiscal year on

9    January 1 of each year and ends on December 31 of

10   each year?

11         A      Right.

12         Q      So would the sales plan go through

13   it's various iterations and review by you and

14   approval by, what, sometime in December, of the

15   year preceding?

16         A      (No response)

17               MS. METCALF:  Objection to

18         form.

19         Q      You can answer.

20         A      I'd finish up within the current

21   year, for the year yet to begin.

22         Q      Well, for example, we're in 2003

23   today, has your staff begun work yet on the 2004

24   sales plan?

25         A      No.

1                        Mills

2        Q      When will they commence that work?

3        A      Late August/September.

4        Q      And when will you endeavor to have

5   that process of development and review and

6   approval completed?

7        A      Late November, December.

8        Q      Is that, typically, the time line

9   you follow for each year?

10       A      Yes.

11       Q      All right.  So for the sales plan

12  that would have been in effect for 2001, in the

13  IBM Software Group, you would have endeavored to

14  have completed your review in the

15  November/December 2000 period; is that right?

16       A      Right.

17               MS. METCALF:  Objection to the

18          form.

19               MR. DAILEY:  What's your

20          objection?

21               MS. METCALF:  You've got to

22          give me a second to get it.

23               MR. DAILEY:  I'm sorry, what

24          was it?

25               MS. METCALF:  I believe, he

Page 25

```
 1                    Mills
 2          said he couldn't remember,
 3          specifically, so you are asking him
 4          hypothetically, at this point.
 5                    MR. DAILEY:  I don't think so
 6          but let me go back and make sure that
 7          we have that clear.
 8      Q     Mr. Mills, would, for fiscal year
 9  2001, the development of the software sales plan
10  process have begun and concluded in the
11  November/December 2000 period?
12      A     (No response)
13                    MS. METCALF:  Objection to
14          form.
15                    Also, to the extent that
16          you're referring to his piece of it.
17          You're asking about the whole plan, he
18          says he is involved in development, he
19          didn't say he is the one who,
20          actually, finalizes and puts it out.
21      Q     Mr. Mills, are you responsible for
22  approving of the sales plan?
23      A     I am one of the approvers of the
24  sales plan.
25      Q     Who are the approvers, in addition
```

Page 26

Mills

1 to yourself?

2

3          A     Myself, Mike Lowry (Phonetic).

4          Q     What position does Mr. Lowry hold?

5          A     And that's in the current period,

6  back in that timeframe, he was in a different

7  assignment.

8          Q     In the calendar Year 2000 who else,

9  in addition to yourself, would have had the

10 responsibility for approving the sales plan?

11         A     That would have been Bill

12 Etherington (Phonetic).

13         Q     Okay.  And what position did Mr.

14 Etherington have, at that time?

15         A     Sales responsibility for geographic

16 sales structures.

17         Q     Anyone else, besides yourself and

18 Mr. Etherington?

19         A     No.

20         Q     So, returning to my original

21 question:  Would you and Mr. Etherington endeavor

22 to have completed the development review and

23 approval of the 2001 sales plan by November or

24 December of 2000?

25         A     (No response)

Page 27

```
 1                         Mills
 2                 MS. METCALF:  Same objection.
 3                 You can answer.
 4      Q     You may answer.
 5      A     (No response)
 6                 MS. METCALF:  You may answer.
 7                 THE WITNESS:  (Responding)
 8          Yes.
 9                 MR. DAILEY:  Okay.
10      Q     When you undertake a review of the
11 sales plan, I believe, you testified, previously,
12 that you examine it for structure and you are
13 interested in review of it for its
14 competitiveness; is that correct?
15      A     Yes.
16      Q     When you say "structure," can you
17 elaborate what it is you are referring to?
18      A     There is a whole series of things
19 you look at in a sales plan, as to the different
20 categories of jobs that people hold and what the
21 leveraged compensation would look like, within
22 those job categories, so the plan is a above their
23 salary, it's the leveraged part of their
24 compensation.
25      Q     Is this the incentive based --
```

Page 28

Mills

1

2   A    Incentive.

3   Q    -- portion?

4   A    Yes.

5   Q    All right.  And when you look at the

6   plan, for purposes offer evaluating its

7   competitiveness, could you assist us in

8   understanding what that process involves?

9   A    We try to understand what the

10  conditions of the market are, at that point in

11  time, and how our sales plan compares to the best

12  information we can gather, on the way other

13  companies are constructing sales plans.

14  Q    Okay.  Do you employ or utilize the

15  service of outside consultants, in making that

16  kind of review?

17  A    IBM does.

18  Q    Okay.  Does IBM utilize any

19  internally employed plan consultants, in that

20  review process?

21  A    All people are employees that work

22  on this.

23  Q    But are there any of those employees

24  who are dedicated to the task of being as

25  conversant and as well inform as they can, about

Page 29

1                          Mills
2     sales plans, --
3          A     No.
4          Q     -- generally?
5          A     (No further response.)
6          Q     In addition to Mr. Etherington and
7     yourself, in this Year 2000 period, which
8     individuals would have been assisting you, in
9     working on the sales plan, from a staffing
10    standpoint?
11         A     My head of sales at the time.
12         Q     Who was that person, please?
13         A     Daniel Lautenbach.
14         Q     Okay.  Was Mr. Lautenbach
15    responsible for world-wide sales, at that,
16    particular, time?
17         A     For software.
18         Q     For software?
19         A     (No further response.)
20         Q     Anyone else, in addition to Mr.
21    Lautenbach?
22         A     The staff people that work on these
23    things.
24         Q     When approval is, actually,
25    effectuated for a sales plan, is there a formal

Mills

1
2  document that you and Mr. Etherington, at that
3  time, execute or did execute, to indicate your
4  approval?
5       A     No.
6       Q     How would the approval be, in
7  effect, implemented?
8       A     We review the plan, as it has been
9  constructed, and agree it's the one we want to go
10 ahead with.
11      Q     Okay.  And at that point in time, do
12 you proceed to prepare for it's dissemination and
13 publication to the sales field?
14      A     I don't.
15      Q     Who does that work, please?
16      A     The staff people.
17      Q     Okay.  And who, on your staff, is
18 responsible for executing that, particular, piece?
19      A     I don't know.
20      Q     Once the sales plan is completed and
21 disseminated to the sales field, do you have
22 any -- did you, for example, in the end of Year
23 2000/beginning of 2001, have any role in
24 describing its particulars, to members of the IBM
25 Software Group sales force?

1                        Mills

2        A     No.

3        Q     Do you deliver any speeches or any

4  addresses, that are to IBM salespersons, that

5  have, as either its single focus or part of a

6  general topic focus, the description of the sales

7  plan?

8        A     I do but that's not the purpose of

9  the speech.

10       Q     Okay.  Do you give an annual speech

11  to the sales team?

12       A     Yes.

13       Q     Is this in conjunction with a

14  Kick-Off sales event?

15       A     Yes, it is.

16       Q     Does IBM, typically, host a Kick-Off

17  sales event on an annual basis?

18       A     Yes.

19       Q     And when is that Kick-Off event,

20  typically, scheduled?

21       A     January.

22       Q     So for the 2001 sales plan, would

23  that have been in January 2001, that there would

24  have been a Kick-Off event?

25       A     Yes.

Page 32

                              Mills

1

2        Q      Do you recall where the Kick-Off

3   event for 2001 was conducted?

4        A      There are three of them.

5        Q      There are three?

6        A      Um-hmm.

7        Q      And they are all -- do they all

8   occur during the month of January?

9        A      January, early February.

10       Q      Okay.  Where were those three event

11  conducted?

12       A      The Americas event was in Orlando,

13  Florida.

14       Q      All right.  Was that on or about

15  January 20, 2001?

16       A      I don't know what the date is.

17       Q      Okay.  And, then, --

18       A      (Continuing)  Other geographies are

19  different places.

20       Q      And the other two events, where were

21  they held?

22       A      The European event was Dubai and I

23  can't recall where the Asian event was.

24       Q      Was it held outside the United

25  States?

Page 33

Mills

1

2      A      Yes.

3      Q      Okay.  Do you appear at each of the

4   three events?

5      A      I try to.

6      Q      In 2001, do you know if you appear

7   at all three?

8      A      I can't remember.

9      Q      Did you appear at the Orlando event,

10  --

11     A      Yes.

12     Q      -- Kick-Off for the Americas?

13     A      (No further response.)

14     Q      Did you deliver --

15     A      Yes.

16             MS. METCALF:  You have to let

17         him answer -- finish the question and

18         you need to let him finish his answers

19         or we're going to have a hard time

20         with our court reporter.

21     Q      Did you attend the North -- the

22  Americas Kick-Off event in Orlando, Florida, in

23  January of 2001?

24     A      Yes.

25     Q      Okay.  Did you deliver an address,

Page 34

                              Mills
 1
 2    at that time?
 3          A     Yes.
 4          Q     And who was the audience to whom you
 5    were speaking, at that event?
 6          A     The Americas Sales Team.
 7          Q     Approximately, how many were in
 8    attendance?
 9          A     5,000.
10          Q     And that sales team, did it include
11    direct sales representatives?
12          A     Yes.
13          Q     Did it include any managers for
14    those sales representatives?
15          A     Yes.
16          Q     Did it include any other categories
17    of employees?
18          A     No.
19          Q     How long did the meeting in Orlando,
20    Florida last?
21          A     Four days.
22          Q     And during that four day period,
23    what kind of information is communicated, to those
24    in attendance?
25          A     (No response)

1    Mills

2    MS. METCALF:  Objection to

3    form and foundation.

4    You can answer.

5    MR. DAILEY:  Just so there is

6    --

7    THE WITNESS:  (Responding)

8    Training.

9    Q    Just so that there is no technical

10   objection left on the record:  Is there

11   information communicated, over the four day

12   period, to the attendees?

13   A    Yes.

14   Q    Okay.  And if you would, please,

15   tell me what that information is?

16   A    Training.

17   Q    And what kind of training, sir, is

18   that?

19   A    Technical training.

20   Q    Is this in terms of how to perform

21   sales functions?

22   A    Yes.

23   Q    Anything else, besides the technical

24   training information?

25   A    How the products work.

Page 36

                                    Mills

1

2          Q      Okay.  Anything else?

3          A      The sales process, people are

4   trained on.

5          Q      And by "sales process," what are you

6   referring to?

7          A      The process by which you identify

8   opportunity, record the opportunity, manage the

9   opportunity.

10         Q      And does IBM have a system whereby

11  sales representatives are able to record sales

12  opportunities?

13         A      Yes.

14         Q      And what is that mechanism?

15         A      Something called OMSYS (Phonetic).

16         Q      Is that an acronym that you're

17  referring to?

18         A      System acronym for where you enter

19  the data.

20         Q      Is this a software application?

21         A      Yes.

22         Q      Is this developed internally, at

23  IBM?

24         A      Yes.

25         Q      And, basically, does it permit the

Mills

1

2  sales representative to utilize a computer to

3  input information regarding sales prospects and

4  what they may project to be the potential of that

5  sales opportunity?

6          A    Yes.

7          Q    Is that information, then, made

8  available to other employees and managers in the

9  IBM Software Group?

10         A    Managers.

11         Q    Are they the only persons who can

12  access the database?

13         A    Yes.

14         Q    And do I understand, then, sir,

15  it's, basically, part of their sales

16  representatives required way of conducting

17  business, that once such an opportunity is

18  identified, they must input that information into

19  system?

20         A    (No response)

21              MS. METCALF:  Objection to

22        form and foundation.

23              You can answer.

24              MR. DAILEY:  I'll repeat --

25              THE WITNESS:  (Pause)

Page 38

                              Mills

1

2              (Responding)  We --

3                    MR. DAILEY:  -- the --

4              THE WITNESS:  Go ahead.

5                    MR. DAILEY:  I'll repeat the

6        question.

7              Q      Is it a requirement of the sales

8   representative, that once an opportunity is

9   identified, that they input this information into

10  the application you've just described?

11             A      They are asked to.

12             Q      Do you, generally, get compliance

13  from the sales field, in that respect?

14             A      Generally.

15             Q      Does the managerial group use this

16  database information for any particular purposes?

17             A      Yes.

18             Q      What purposes are those?

19             A      To understand what the field is

20  working on.

21             Q      All right.  Is any of that

22  information used to revise any of the business

23  projections that you were making reference to, in

24  an earlier part of your testimony this morning?

25             A      (No response)

Page 39

```
1                      Mills
2             MS. METCALF:  Objection to
3         form.
4             THE WITNESS:  (Responding)
5         Well, I can't, really, answer the way
6         you're asking it.
7     Q     Well, let me ask it this way, if I
8  may:  Does the IBM Software Group construct
9  forecasts of sales for a given fiscal year?
10    A     Yes.
11    Q     And who has responsibility for the
12 construction of those forecasts?
13    A     Staff does.
14    Q     Okay.  Do you have responsibility
15 for overseeing and managing that process?
16    A     Yes, eventually, since everybody
17 reports to me.
18    Q     I understand that.
19          And are those forecast numbers
20 provided to you, for final review?
21    A     Yes.
22    Q     And when you undertake your final
23 review, do you, then, render an approval that this
24 is our official forecast, for the upcoming fiscal
25 year?
```

Page 40

Mills

1

2       A       Yes.

3       Q       And do you communicate that forecast

4  information to managers in the IBM Software Group?

5       A       Yes.

6       Q       Okay.  Now, returning to my earlier

7  question:  When you have your managers review the

8  application, by which the salesperson's input

9  information concerning sales prospects and

10 potential, is that information used by your staff

11 or yourself to revise any of the forecasts that

12 you've, previously, developed and approved?

13      A       Yes.

14      Q       Okay.  How often does that revision

15 or revising process take place?

16      A       Every month.

17      Q       Every month?

18      A       (No further response.)

19      Q       Okay.  Now, in addition to utilizing

20 that information for purposes of revising business

21 forecasts, is that information used for any other

22 purpose, of which you're aware?

23      A       No.

24      Q       Okay.  Do managers use that

25 information, in your experience, to assist

Page 41

```
                           Mills
1
2    salespersons who are either having difficulties
3    with a particular sales prospect or have
4    identified a particularly large opportunity, that
5    a sales transaction might yield?
6           A    (No response)
7                     MS. METCALF:  Objection to
8                form.
9                     Lack of foundation.
10                    You can answer.
11                    THE WITNESS:  (Responding)
12               Yes.
13          Q    So, then, it's both a tool for
14   assembling information and a tool for managers to
15   use, in identifying where problems may exist, so
16   that they can, then, address them?
17          A    Yes.
18          Q    While we're talking about the
19   subject of forecasting, Mr. Mills, does the IBM
20   Software Group construct forecasts regarding the
21   commissions that would be payable, in a given
22   fiscal year, to members of the sales force?
23          A    No.
24          Q    Does it establish anything that are
25   referred to as commission budgets?
```

```
 1                        Mills
 2        A     Yes.
 3        Q     Okay.  And are these budgets, then,
 4  not viewed as forecasts, in any way?
 5        A     No.
 6        Q     What are the budgets meant to
 7  represent?
 8        A     They are a planning mechanism.
 9        Q     And by "a planning mechanism," is
10  that so that the IBM Software Group can have some
11  compensation, about what kinds of expenses it will
12  be paying, by way of earnings, in the given fiscal
13  year?
14        A     Standard budgeting.
15        Q     How is the commission budget
16  constructed?
17        A     The same way all budgets are
18  constructed.
19        Q     What factors go into yielding the
20  numbers that comprise the commission budget?
21        A     We have number of people and you
22  have a plan for the year and you look at the
23  number of people and what business plan you have
24  and you, then, construct a budget from that number
25  of people and from that business plan, as you do
```

Page 43

1                          Mills

2     for all elements of the budgeting process.  It's a

3     people-based organization.

4              Q     Now, when you are constructing the

5     budget, are you attempting to forecast what you

6     will be paying to those individuals, as

7     commissions?

8              A     (No response)

9                         MS. METCALF:  Objection to

10              form.

11                        THE WITNESS:  (Responding)

12              No.  No, you're constructing the

13              budget so that you have an

14              understanding of where you think

15              you're going to be spending your

16              money, in a given year.

17              Q     And one of the areas in which you

18     are trying to ascertain where you think you will

19     be spending your money would be commissions

20     payable --

21              A     People.

22              Q     -- to sales --

23              A     Yes.

24              Q     -- representatives?

25              A     People.

Mills

1

2      Q     Does the IBM Software Group make any

3  assumptions, when constructing the commission

4  budget, about what percentage of its sales force

5  will be successful in meeting sales quotas

6  assigned to them?

7      A     Yes.

8      Q     Is there any working rule of thumb

9  that the IBM Software Group utilizes, in terms of

10  what it anticipates will be that percentages of

11  its sales force who will attain their quota?

12      A     There is always a methodology by

13  which you try to figure out who will to better,

14  who will do equal, who will do worse.

15      Q     Okay.  And what methodology does the

16  IBM Software Group employ?

17      A     History.

18      Q     Based on the history, what

19  percentage of your sales force do you, generally,

20  anticipate will do better than the quotes that

21  they are assigned?

22      A     I don't know.

23      Q     You do not know?

24      A     I do not know.

25      Q     Have you seen this information?

Page 45

1                         Mills

2          A    Yes.

3          Q    And when it's presented to you, is

4    it presented in some sort of document recap?

5          A    I'm not sure I can answer that --

6          Q    In a writing --

7          A    -- question.

8          Q    Is it in a writing of some kind?

9          A    No.

10         Q    Okay.  And you've seen this

11   information or confronted this information; in

12   what format have you seen it or confronted it?

13         A    On a chart.

14         Q    And who is preparing such a chart?

15         A    The staff.

16         Q    Is this a chart that's presented to

17   you, in the course of a meeting, in a conference

18   room, for example?

19         A    Yes.

20         Q    Is it a chart that's presented as an

21   appendance, appendix to a written report or --

22         A    No.

23         Q    -- memorandum?

24         A    (No further response.)

25         Q    Is it reduced to paper format?

Page 46

Mills

1

2       A     No.

3       Q     Is written on a white board?

4       A     Yes.

5       Q     Okay.  And is there ever any final

6  record of that white-board presentation or chart

7  maintained?

8       A     I don't know.

9       Q     When -- obviously, you're referring

10  to some personal experience, when have you seen

11  such a white-board presentation?

12      A     When we lay out the sales plan, in

13  the fall.

14      Q     Do you have any, based on your own

15  experience as a sales representative and as an,

16  ultimate, executive in the IBM Software Group, do

17  you have any experience and understanding as to

18  what percentage of your sales force is not

19  successful in obtaining its sales quota?

20      A     (No response)

21             MS. METCALF:  Objection to

22        form.

23             Vague.

24             THE WITNESS:  (Responding)

25        What year?

1                          Mills

2        Q     Let's go back to 2001; how's that?

3        A     Don't know the answer.

4        Q     How about 2002?

5        A     Don't know the answer.

6        Q     Do you have any estimates, based on

7    the experience you've had and in your position in

8    the last 2 --

9        A     It varies --

10       Q     -- 1/2 years?

11       A     -- widely, by year.

12       Q     And what percentage variance have

13   you experienced?

14       A     I can't give you an exact number.

15       Q     I'm not asking for an exact number,

16   I'm asking for your best information.

17       A     (No response)

18                  MS. METCALF:  Objection.

19                  Calls for speculation.

20                  You can answer.

21                  THE WITNESS:  (Responding)

22             You can have, it's all over the lot,

23             in terms of what happens.  There is no

24             exact science to any of this.

25       Q     All right.  I'm just asking you to

Page 48

```
                          Mills
 1
 2    share with me what you do know.
 3         A     (No response)
 4                   MS. METCALF:  Objection.
 5               Calls for speculation.
 6               THE WITNESS:  (Responding)
 7           You could have 10 percent over, you
 8           could have 20 percent over.
 9         Q     Have you had such figures, in your
10    own experience, while working here, at the IBM
11    Software Group?
12         A     Yes.
13         Q     Return, for a moment, if we may, to
14    the Kick-Off sales event for the Americas in
15    January of 2001:  You've testified, previously,
16    that you gave an address at that, particular,
17    event; is that right?
18         A     Yes.
19         Q     And what did you communicate to the
20    members of the sales force and their managers, in
21    your address that year?
22         A     I spoke about what we were trying to
23    accomplish, as an organization.
24         Q     And were there some specific
25    business objectives, for 2001, that had been
```

Mills

1
2   detailed?

3       A       Not in my -- no.

4       Q       You didn't speak about those in your
5   presentation?

6       A       No.

7       Q       Okay.  But I thought you said, just
8   a moment ago, that you talked to them about what
9   business objectives you hoped to accomplish?

10      A       Winning.

11      Q       Winning?

12      A       We talked about winning.

13      Q       Okay.  And when you spoke to them
14  about winning, precisely or generally, what was it
15  that you were sharing with them?

16      A       I talked to them about beating our
17  competitors.

18      Q       Was your address designed to be
19  inspirational to the sales team?

20      A       That was my hope.

21      Q       Were you hoping to motivate them to
22  generation revenue for the company?

23      A       Yes.

24      Q       Had the company established a
25  business plan for 2001, by the time --

Page 50

Mills

1

2       A      Yes.

3       Q      -- you addressed the group in

4   January?

5       A      (No further response.)

6              MS. METCALF:   Objection to

7          form.

8              You can answer.

9              THE WITNESS:   (Repeating)

10         Yes.

11      Q      Did the business plan, that had been

12  established for the IBM Software Group for 2001,

13  contain revenue objectives?

14      A      Yes.

15      Q      Did you consider those revenue

16  objectives to be aggressive ones?

17      A      Yes.

18      Q      Okay.  So does that account for the

19  fact that you were hoping to deliver a message

20  that would be inspirational to your sales team and

21  encourage them to go out and win that revenue, for

22  the company?

23      A      Why would a business set an

24  unaggressive plan?

25      Q      I think, that's a point well taken,

1                    Mills

2  sir.

3             Now, in you're remarks, were you

4  describing to the sales representatives in

5  attendance and their managers, anything about the

6  sales plan that had been developed for them, as

7  they pursued their work?

8        A     No.

9        Q     Did you make any comments regarding

10  the nature of the plan?

11        A     Yes.

12        Q     And what were the comments that you

13  delivered?

14        A     That we had a better plan in 2001

15  than we had in 2000.

16        Q     And by "better," do you mean that

17  you felt it contained greater incentives to the

18  sales force?

19        A     Yes.

20        Q     What kinds of incentives did you

21  think the 2001 plan encompassed, that the 2000

22  plan had not?

23        A     I didn't share any detail.

24        Q     But I'm just asking you, as we sit

25  here today, even though you may not have shared

Page 52

                              Mills

1

2    that detail, what were the differences?

3         A     The plan offered leverage

4    opportunities.

5         Q     And by "leverage opportunities,"

6    what do you mean?

7         A     Meaning that the sales force would

8    see the plan as one that delivered good earnings

9    to them.

10        Q     Did the sales plan contain a

11   commission feature, as sales plan may have done in

12   past years with IBM?

13        A     They are a commission plan, --

14        Q     All right.

15        A     -- those words are interchangeable.

16        Q     Okay.  At IBM Software Group do most

17   of the salespersons have any kind of base salary

18   compensation, that they receive?

19        A     Yes.

20        Q     And is that, generally, true, in all

21   instances?

22        A     Yes.

23        Q     And, then, in addition to that, do

24   they have a sales plan that allows them to earn

25   additional income, based upon their performance?

                          Mills
1

2       A    Yes.

3       Q    Okay.  And is that additional income

4  that they earn, under the sales plan, calculated,

5  with reference to sales transactions, for which

6  they are transaction responsible, either in

7  attracting or closing?

8       A    (No response)

9              MS. METCALF:  Objection --

10             THE WITNESS:  (Responding)

11        Yes.

12             MS. METCALF:  -- to form.

13             MR. DAILEY:  I'm sorry, what

14        was your objection?

15             MS. METCALF:  I said:

16        "Objection to form."

17              You are talking, generally,

18        the sales plan and, as you know, there

19        is different components for different

20        types of salespeople and so it's hard,

21        when you're asking him about it, it

22        was unclear if you are asking about a

23        specific type of salesperson or not.

24             MR. DAILEY:  I think, it was

25        clear, to Mr. Mills.

Page 54

```
                          Mills
 1
 2            Q      My question was clear to you; wasn't
 3   it, sir?
 4            A      Yes.
 5            Q      All right.  Were there any
 6   particular accelerator provisions contained in the
 7   2001 sales plan?
 8            A      I can't answer that.
 9            Q      Is that because you --
10            A      Don't know.
11            Q      -- don't know?
12            A      (No further response.)
13            Q      Well, when you made reference, in
14   your remarks, to the fact that the sales plan for
15   2001 contained leverage opportunities, did you
16   mean or make reference, in so stating, to any
17   mechanisms in the plan that would increase the
18   totality of their compensation?
19            A      I don't recall.
20            Q      Were there any videographers in
21   attendance, like here, today, recording your
22   remarks, in January 2001?
23            A      Yes.
24            Q      Do you know if there was a written
25   statement of your remarks made?
```

Page 55

Mills

1

2          A      I don't know.

3          Q      Have you seen one?

4          A      No.

5          Q      Have you seen the videotape of your

6    remarks?

7          A      No.

8          Q      Do you know -- do you know who was

9    responsible for recording the video?

10         A      No.

11         Q      Was it someone internally at IBM?

12         A      Staff people.

13         Q      Well, I ask that question, sir,

14   because I -- we had requested a copy of your

15   speech and we were provided a copy a your Year

16   2000 speech and video so...

17                    MS. METCALF:  I think, you

18              said 2002, he didn't give me 2000

19              (lowers voice).

20   (RQ)

21                    (Copy of the videotape of Mr.

22              Wroblewski's address at the 2001

23              Kick-Off event 1)

24

25                    MR. DAILEY:  I'm sorry, we got

Mills

1
2      the 2002 and it was the 2001 speech
3      that we're interested in obtaining a
4      copy of so we would like to ask that
5      that be supplied to us.
6           Q      Speaking about the sales plan, Mr.
7   Mills, what do you understand to be the documents
8   that constitute or comprise the sales plan?
9           A      It is the sales plan document.
10          Q      Is it a single document?
11          A      I don't know.
12          Q      Well, --
13          A      (Continuing)  It is referred to as
14   "The Sales Plan."
15          Q      If I understood your -- do you have
16   any involvement in the approval of the sales plan?
17          A      (No response)
18                      MS. METCALF:  Asked and
19               answered.
20          Q      Didn't you tell me, earlier, that
21   you do approve the sales plan?
22          A      The structure.
23          Q      Okay.  Then, you and Mr. Etherington
24   both looked at the structure, as to effectiveness?
25          A      (No response)

1              Mills

2              MS. METCALF:  Objection.

3         Asked and answered.

4              THE WITNESS:  (Responding)

5         Yes.

6         Q    Now, since you are the person, along

7    with Mr. Etherington, at that time, who was

8    responsible for approving the sales plan, I'm

9    asking you:  Is there a single document that

10   constitutes the sales plan?

11        A    (No response)

12              MS. METCALF:  Objection.

13              Asked and answered.

14              MR. DAILEY:  No, he hasn't

15        answered the question.

16              MS. METCALF:  He said he

17        didn't know.

18              THE WITNESS:  (Responding)

19        And the answer is, I don't know.

20        Q    You don't know?

21        A    (No further response.)

22        Q    Is there some reason why you

23   wouldn't know, since you're the one that's doing

24   the approval?

25        A    I approve the structure, I do not

Page 58

```
 1                        Mills
 2    approve the literal printing of pages.
 3          Q     When you make your approval of the
 4    structure, Mr. Mills, is a document or documents
 5    submitted to you, for final review?
 6          A     No.
 7          Q     So you're being provided,
 8    essentially, a piece of that document that has to
 9    do with its structure and its competitiveness?
10          A     Review of structure not of
11    documents.
12          Q     Okay.  And once the approval is made
13    of the structure, then, you direct your staff to
14    include, in the sales plan document or documents,
15    the information that reflects and exemplifies that
16    structure?
17          A     Yes.
18          Q     Okay.  Do you ever get an
19    opportunity, in your position, to see any of the
20    sales plan documents?
21          A     Could I look -- I can't answer your
22    question, the way you're asking it.
23          Q     Well, let's take 2001:  Did you
24    ever --
25          A     Okay.
```

Page 59

                              Mills

1

2        Q      -- look at the sales plan documents?

3        A      No.

4        Q      So you never made a personal

5    investigation to ascertain if the structure you

6    had directed actually appeared in the sales plan

7    documents, that were disseminated to the field

8    staff?

9        A      As I said, I don't read the

10   document, I review the structure and approve the

11   structure.

12       Q      And I did, I hear that, --

13       A      Yes.

14       Q      -- and I just need you to answer my

15   question:  You never did undertake a check or a

16   review of your own, of the sales documents, to

17   make sure that the structure you had approved

18   appeared, as you intended it, in the sales plan?

19       A      No.

20       Q      Is there anyone on your staff who,

21   apart from those who implement your instructions,

22   is there anyone else who has a responsibility to

23   check to make sure that that's reflected

24   accurately?

25       A      Staff people.

Page 60

1                          Mills
2          Q       These are the staff people who,
3   actually, insert the information?
4          A       Yes.
5          Q       Okay.  And which staff people are
6   those, in 2000, this would be the end of 2000 --
7          A       Yes.
8          Q       -- for the 2001 --
9          A       If you will recall, I referenced Dan
10  Lautenbach, who was my World-Wide Sales Leader,
11  and that staff was part of his organization.
12         Q       Is it your understanding, Mr. Mills,
13  that the sales plan documents are provided to the
14  sales force at the Kick-Off sales event meeting?
15         A       No.
16         Q       What understanding, if any, do you
17  have, about at what time the sales staff receives
18  copies of the sales plan documents?
19         A       The sales team is -- has the
20  documents available to them by the time they get
21  there quotas for that year, on whatever date that
22  occurs, which is not always the same date every
23  year.
24         Q       Is there sort of a range of dates,
25  during which quotas are communicated to the

Page 61

                              Mills

1

2    individual salespersons?

3          A      Typically, before the month of

4    February ends.

5          Q      And do the salespersons, themselves,

6    have any involvement in the creation of the quotas

7    or are they assigned quotas?

8          A      They are assigned quotas.

9          Q      The person who are responsible for

10   assigning the quotas, would they be their direct

11   manager?

12         A      It cascades through the management

13   system.

14         Q      Who, actually, creates the quota,

15   that's applicable to a given sales representative?

16         A      Local management.

17         Q      But, I mean, could it be several

18   levels above that sales representatives, in the

19   managerial staff?

20         A      The local management is responsible

21   for the final quota.

22         Q      And by "local management," are you

23   talking about the person to whom the sales

24   representative reports?

25         A      Yes.

1                        Mills

2          Q      Does IBM endeavor to make sure that

3    it gets this quota information to the sales field

4    before the end of February, in a given fiscal

5    year, so that it's delivered to them as early as

6    possible?

7          A      (No response)

8                 MS. METCALF:  Objection.

9                 Mischaracterize former

10         testimony.

11                MR. DAILEY:  I haven't made

12         reference to former testimony.

13                MS. METCALF:  Well, you've --

14         he testified that they -- it varies,

15         they tend to be before the end the of

16         February, it's not always before the

17         end of the month of February.

18                You built into your question

19         an assumption that it's always the

20         month, before the end of --

21         Q      Well, let's examine --

22                MS. METCALF:  -- February.

23         Q      -- my assumption, I want to make

24   sure we're on the same page:  Mr. Mills, did I

25   understand you to say that the company tries its

Page 63

Mills

1
2  best to make sure that the quota information is
3  delivered to a salesperson before the end of
4  February, in a given year?
5         A     Yes.
6         Q     Okay.  Are there some rare instances
7  where it may go beyond the end of February?
8         A     It could.
9         Q     Okay.  Do you communicate, to those
10 who report to you, that the managers are supposed
11 to try to complete that task before the end of
12 February, in a given fiscal year?
13        A     Yes.
14        Q     Okay.  And based on your own
15 experience, do you find that most sales managers
16 have successfully communicated that information,
17 by the end of February, in a given physical year?
18        A     Yes.
19        Q     Is the reason that that's done by
20 that time because the company is interested in
21 getting that information to the sales field as
22 early in a given fiscal year as possible?
23        A     Yes.
24        Q     And why does the company view that
25 as desirable?

Page 64

Mills

1

2         A      People like to know what their

3  objectives are.

4         Q      Okay.  Do the managers also

5  communicate information having to do with

6  territory definitions to the sales field, in a

7  given fiscal year?

8         A      Yes.

9         Q      Has that changed sometimes, from

10 year-to-year, for sales representatives?

11        A      In some cases.

12        Q      And when any of those changes are

13 made, is there a benchmark date by which the

14 company endeavors to get that information out,

15 into the hands of the sales persons?

16        A      They can change during the year, but

17 we try to make the changes as early in the year as

18 possible.

19        Q      All right.  And if a change does

20 happen to occur, during the course of a year, does

21 the written information reflecting that change get

22 communicated to the salesperson as soon as

23 possible?

24        A      Yes.

25        Q      And, again, is the same -- is it the

Page 65

Mills

1
2  same objective that's in mind, that the company

3  believes that because people want to know what

4  their objectives are, they should have that

5  information as soon as possible?

6        A    Yes.

7        Q    Mr. Mills, do you know if in Fiscal

8  Year 2001, whether the IBM Software Group

9  disseminated any written information to the sales

10  team, that endeavored to summarize or highlight

11  aspects of the sales plan?

12        A    I don't know.

13        Q    Let me show you, if I may, a

14  document that was previously identified.

15                  MR. DAILEY:  The court

16              reporter, Ms. Metcalf, has the actual

17              Exhibit, because she is preparing the

18              transcript to Mr. Hubler, but what I'm

19              showing to the witness is what has

20              been previously identified, in the

21              deposition of Hubler, is Hubler

22              Exhibit No. 7.

23        Q    And let me, if I could ask you, Mr.

24  Mills, to just take a moment to look at that

25  document?

1                      Mills

2          A     (Witness perusing documents.)

3                 MS. METCALF:  This is a

4      document that was produced by

5      Mr. Howatt; is that correct?

6                 MR. DAILEY:  It does appear

7      that.

8                 And if you would like, when

9      the court reporter makes her copy

10     available, from the Hubler deposition,

11     we can substitute a copy from her for

12     this one.

13                I mean, I will represent, to

14     you, that they are the same.

15                MS. METCALF:  Well, there is

16     some handwriting on the bottom that

17     I'm not sure was on --

18                MR. DAILEY:  Well, --

19                MS. METCALF:  That might be --

20     is that yours or what is that?

21                MR. DAILEY:  That, I cannot

22     attest to.

23                MS. METCALF:  Because I don't

24     remember it because --

25                MR. DAILEY:  That's why I --

Page 67

                        Mills

1

2          MS. METCALF:  This document

3     did not come from IBM it came from

4     Howatt but I don't remember that being

5     on the document, as it was produced to

6     us by Howatt.

7                It's not a big deal, I just

8     want to make sure that's not a note

9     that you want to keep confidential.

10         MR. DAILEY:  It's not and

11    that's why I'm suggesting that we

12    substitute the court reporter's copy

13    so that there is no question.

14    Q     Have you had a chance to look at it,

15 Mr. Mills?

16    A     I have flipped the pages.

17    Q     Okay.  Have you ever seen the

18 document previously?

19    A     Yes.

20    Q     It's a document that is entitled:

21 "Welcome to the Fabulous World of Your 2001

22 Software Sales Incentive Plan;" have I read that

23 correctly?

24    A     Yes.

25    Q     Okay.  And if we look inside, on the

Page 68

1                         Mills
2   second page, bearing Bates Stamp No. H73, there is
3   a letter --
4                    MS. METCALF:  Bates No. means
5             Mr. Howatt produced it and they
6             numbered it so the numbers --
7                    THE WITNESS:  Um-hmm.
8                    MS. METCALF:  -- are at the
9             bottom.
10                    THE WITNESS:  Um-hmm.
11       Q      Have you found that page?
12       A      Um-hmm.
13       Q      At the top, sir, there is wording
14   that reads:  "Letter from the desk of Dan
15   Lautenbach, vice president -- VP," I should say,
16   "World-Wide Software Sales;" is this the same Dan
17   Laudenbach that you made reference to earlier?
18       A      Um-hmm.
19                    MS. METCALF:  You have to
20             answer audibly.
21                    THE WITNESS:  Yes.
22       Q      In it he says to the -- in the
23   opening paragraph:  "You should be very excited
24   about the unique software sales incentive plan
25   that coverers our sales representatives and sales

Page 69

```
                          Mills
 1
 2   managers for 2001, it's better than both the 2000
 3   and 1999 plans;" do you see where he has written
 4   that?
 5          A      Yes.
 6          Q      Okay.  And he writes:  "Compensation
 7   consultants who specialize in the Software
 8   Industry tell us it is pushing the edge when it
 9   comes to rewarding over achievement;" do you see
10   that sentence?
11          A      I do.
12          Q      Do you agree with Mr. Lautenbach's
13   characterization of the 2001 sales plan?
14          A      (No response)
15                 MS. METCALF:  I object to the
16             extent documents speaks for itself and
17             lack of foundation because he has not
18             seen it.
19                 You can answer it.
20                 THE WITNESS:  (Pause)
21             (Responding)  I mean, this is
22             something that is designed to get the
23             attention of the sales force, it's,
24             obviously, written to get their
25             attention, to tell them this is a good
```

```
 1              Mills
 2      plan.  Now, beyond that, one can't
 3      judge, statistically, whether there is
 4      any validity to that statement.
 5      Q    Well, I was just asking you, you
 6 know.
 7      A    It was a good plan.
 8      Q    Did you believe that it was pushing
 9 the edge, when it came to rewarding over
10 achievement in your industry?
11      A    (No response)
12              MS. METCALF:  Objection.
13              The document speaks for
14      itself.  Lack of foundation, since he
15      has testified he has never seen it and
16      we don't even know if it's as
17      authentic document.
18              You can answer the question
19      independent of the document, if the
20      question is:  Does he believe this,
21      taken out of context of the document?
22              THE WITNESS:  (Responding)
23      The -- this is not relevant to what
24      you do to approve a sales plan, during
25      the sales plan construction and
```

Mills

1

2     approval process.

3               You look for what is happening

4     in the industry and you want to pay

5     competitively, that's the methodology

6     that's applied.

7               Then, how Dan, as the sales

8     leader, tries to excite his team, by

9     writing them a letter, is, yet,

10     something else, completely different.

11          Q     I understand that, sir, and I was

12     just, simply, asking you:  He has offered a

13     characterization --

14          A     His own characterization of this,

15     yes.

16          Q     And my question was, simply:  Do you

17     agree with the characterization that he offered?

18          A     (No response)

19               MS. METCALF:  I object to the

20     extent that we don't even know if this

21     is an authentic document, he hasn't

22     seen the document before, it was not

23     produced by IBM Corporation but if you

24     ask him in he agrees with a statement,

25     without confirming the document,

Page 72

                              Mills

1

2    itself, you can ask him that question.

3                    MR. DAILEY:  I think, that's

4    what my question did so...

5                    THE WITNESS:  (Responding)

6    And my answer is that I believed we

7    were delivering a very good plan to

8    the field.

9        Q    Okay.

10       A    (Continuing)  The rest is Dan's

11   editorial commenting.

12       Q    Fine.  And I would accept that

13   statement from you but I, also, want to know:  Did

14   you agree with his editorial commenting?

15       A    (No response)

16                   MS. METCALF:  Same objection

17   as to authenticity and lack of

18   foundation.

19                   MR. DAILEY:  If you'd like,

20   I'll grant you a continuing objection,

21   Ms. Metcalf.

22       Q    Did you agree with his editorial

23   commenting?

24       A    (No response)

25                   MS. METCALF:  Why don't you

1           Mills

2    ask him what, specific, editorial

3    commenting you're talking about?

4            MR. DAILEY:  I have.  I have

5    asked him:  Does he agree with

6    Mr. Lautenbac's --

7            THE WITNESS:  Um-hmm.

8            MR. DAILEY:  -- statement that

9    "this 2001 plan is really pushing the

10   edge when it comes to rewarding off

11   achievement?"

12           MS. METCALF:  And, again, I

13   object.

14           We're not even sure that's an

15   authentic statement with Mr.

16   Lautenbach's wording but you can

17   answer the question, if you agree with

18   that statement.

19           THE WITNESS:  (Responding)

20   You're asking the question:  Do I

21   agree with the words as explicitly

22   written, pushing the edge, whatever

23   that means, pushing the edge?

24           The plan was a very good plan

25   for the field, now, if pushing the

Page 74

1                        Mills

2          edge implies some, you know, extreme

3          limit, no; all right?

4               However, one could interpret

5          this in a variety of ways, in terms of

6          what Dan intended to say, as far as

7          "incenting" the field force to

8          perceive this to be a stronger plan

9          than the one they had seen before,

10         meaning the previous years.

11     Q     In an earlier point in your

12  testimony, today, you told me that in addition to

13  analyzing a plan structure, one of the things that

14  you were most focused on was its competitiveness

15  --

16     A     Yes.

17     Q     -- so that is what, basically,

18  motivates my question right now:  Since you've

19  gone through the process of evaluating the 2001

20  plan competitiveness versus your competitors in

21  the industry, do you agree with the particular

22  editorial commentary Mr. Lautenbach offers here?

23     A     (No response)

24               MS. METCALF:  Objection.

25               Asked and answered.  He has

1                    Mills

2          already provided you an answer to that

3          question.

4                    THE WITNESS:  (Responding)  I

5          can't answer it differently than I

6          answered it before.

7          Q      And your testimony is that you

8   thought it was a very good plan but you don't know

9   if you can agree with Mr. Lautenbach's statement

10  that it is really pushing it's edge?

11         A      That's correct.

12                 MS. METCALF:  Objection.

13                 Asked and answered.

14                 MR. DAILEY:  Okay.

15         Q      Look down, if you would, Mr. Mills,

16  to the fourth full paragraph on the same page.

17         A      (Witness perusing documents.)

18         Q      It reads as follows, does it not:

19  "The software sales incentive plan recognizes the

20  unique opportunities our sales force can identify

21  and close this year.  It is characterized by

22  extremely high payouts rates for business you

23  close, in excess of your assigned full year

24  quota;" did I read that correctly?

25         A      Yes.

Page 76

                              Mills

1

2      Q     Do you agree with this description

3   that Mr. Lautenbach has provided and which I've

4   just read?

5      A     (No response)

6                  MS. METCALF:  Same objections.

7                  Lack of foundation.  The

8              document speaks for itself.  And

9              authenticity of the document at issue.

10                 You can answer the question,

11             if you understand the -- answer the

12             question in terms of the words on the

13             page, independent of the document,

14             then, you can answer it.

15                 THE WITNESS:  (Responding)

16             We're back to the same question again,

17             which is, it's a very good plan, it's

18             a competitive plan and it has good

19             payout rates, which is a wording or a

20             characteristic of a plan that sales

21             representatives look for.

22      Q     Would you agree, based on the

23   competitive analysis that you had previously

24   undertaken of the plan, that it is characterized

25   by extremely high out payout rates for business

```
 1                        Mills
 2   that's closed?
 3           A      I would characterize it as being
 4   competitive to what other companies in the
 5   marketplace, that we gathered data on, were doing,
 6   in terms of sales plans, during that year.
 7           Q      Okay.  The next paragraph, if you
 8   will look, please, read as follows, does it not:
 9   "And because your sales plan is based on a
10   self-funding model, there are no caps to your
11   earnings, the more you sell the more revenue and
12   incremental profit for IBM and the more earnings
13   for," did I read that correctly, sir?
14           A      Yes.
15           Q      Do you agree with the statements
16   that Mr. Lautenbach has included here?
17           A      (No response)
18                    MS. METCALF:  Same objection.
19                    Lack of foundation, the
20                 document speaks for itself and
21                 authenticity.
22                    If you can answer the question
23                 based on the words, as opposed to
24                 affirming that that was, in fact, in
25                 the document, then, you can answer.
```

Page 78

1                          Mills

2                    THE WITNESS:   (Responding)   I

3            agree with the words.

4        Q     Is there any part of it that you

5    disagree with?

6        A     No.

7        Q     What do you understand a "cap" to

8    be, Mr. Mills?

9        A     A capping, in the context of a sales

10   plan, is a verb, not a noun.  Capping is all

11   between whether or not a sales rep can continue to

12   earn more as they sell more or whether they can't

13   earn more as they sell more.

14       Q     Does IBM provide any definitional

15   language for the term "cap," of which you are

16   aware?

17       A     No.

18       Q     Have you ever seen any, in your

19   career?

20       A     No.

21       Q     In the speech that you delivered in

22   January 2001, to the assembled sales team and

23   sales managers, did you include any statements in

24   your remarks that the compensation that the sales

25   members -- sales team would receive wouldn't be

```
                              Mills
 1
 2   capped?
 3          A      That year I emphasized to them that
 4   if they sold more they would earn more.
 5          Q      Okay.  And I appreciate that
 6   response.
 7                 Did you, explicitly, use the words,
 8   in you're remarks, in January 2001, that your
 9   compensation or your earnings would not be capped?
10          A      I don't know.
11          Q      Have you ever had anyone remark to
12   you that they had heard you say that, in your
13   January 2001 statement?
14          A      No.
15          Q      All right.  In the IBM Software
16   Group is there a particular provision in the sales
17   plan that is referred to as the 200 Percent Rule?
18          A      I don't know.
19          Q      Are you familiar with any language
20   in the sales plan that makes reference to large
21   opportunity commissions?
22          A      Sales plans, in a broad sense,
23   usually address different characteristics of the
24   plan, including people that highly overachieve.
25          Q      But I'm just trying to hone in on
```

Mills

1

2  your particular knowledge:  Do you have any direct

3  knowledge about the particulars of that large

4  opportunity commission language?

5        A     Again, back in the context of my

6  earlier answers about plan structure, in the

7  broader discussion of how plans get structured, we

8  always talk about what the upper end potential is,

9  for sales reps that have a strong year.

10       Q     Okay.  And did you direct, for the

11  sales plan of 2001, that there be some specific

12  provisions that addressed those salespersons at

13  the upper end?

14       A     I address that people should be able

15  to continue to earn, as they kept selling more

16  they could continue to earn more.

17       Q     Okay.  Did you make any particular

18  instructions with respect to large transactions?

19       A     Not that I recall.

20       Q     And just so I can clarify your

21  earlier response:  When I asked you about the

22  200 Percent Rule, you said you weren't familiar

23  with it, you've never heard any reference to a

24  200 Percent Rule?

25       A     (No response)

Page 81

1                          Mills

2              MS. METCALF:  Objection.

3              Asked and answered and

4        mischaracterizing the testimony.

5              You can answer.

6        Q     You can answer.

7        A     Same answer, no.

8        Q     You have not?

9        A     No.

10       Q     In the remarks that you delivered at

11  the Americas Kick-Off event, in January 2001, did

12  you make any specific description, in that,

13  particular, address to the sales members, sales

14  team members, about any large opportunity

15  transactions?

16       A     Not that I can recall.

17       Q     Did you stay for any part of the

18  presentation at the Kick-Off meeting, other than

19  the speech that you gave?

20       A     I, usually, do some meetings with

21  people, while I'm there, but I'm, generally, only

22  there for, roughly, a day.

23       Q     I see.  Is it a fair statement you

24  would not be sitting in and listening to other

25  presentations --

Page 82

1                         Mills
2         A     No.
3         Q     -- that might have taken place?
4         A     (No further response.)
5         Q     You were not sitting in on any of
6    the training sessions that were presented?
7         A     No.
8                   MS. METCALF:  Are you about to
9              turn to a new topic, we have been
10             going for a bit more than an hour.
11                  MR. DAILEY:  Would you like to
12             take a break, that would be better?
13                  MS. METCALF:  Sure.
14                  THE VIDEOGRAPHER:  10:15 a.m.,
15             off the record.
16                  (Whereupon, at 10:15 o'clock
17             a.m., a recess was taken to 10:31
18             o'clock a.m.)
19                  (The deposition resumed with
20             all parties present.)
21   S T E V E N    M I L L S, resumed and testified
22        further as follows:
23                  THE VIDEOGRAPHER:  10:31 a.m.,
24             on the record.
25   EXAMINATION BY MR. DAILEY:

                              Mills

1
2         Q      Mr. Mills, could you tell me,
3    please, what are the costs that the IBM Software
4    Group incurs, in the sale of software?
5         A      The elements of cost?
6         Q      Yes, sir.
7         A      You have to build it, you have to
8    distribute it, physically, you have to be able to
9    sell it and maintain it and support it.
10        Q      With respect to the sale of
11   software, what costs are incurred?
12        A      Software, as a business, tends to
13   have a relatively high cost of sales versus the
14   revenue.  Software, as a business, has a
15   relatively low cost of distribution because it's
16   not a physical, really, a physical thing, it's a
17   CD or tape or something.
18        Q      Would you agree it has a low cost of
19   reproduction?
20        A      Certainly, not of development but, I
21   mean, the physical reproduction is very
22   inexpensive.
23        Q      Okay.  In terms of the sales force,
24   what kind of costs are in occurred in the sales
25   process?

1                          Mills

2          A      The salary, the commission, travel.

3          Q      Are there marketing expenditures

4   that are incurred?

5          A      There are marketing expenses and

6   promotion material.

7          Q      You have promotional material, are

8   there other marketing ---

9          A      Advertising.

10         Q      Do you, does your company sponsor

11  direct marketing events?

12         A      Yes.

13         Q      And what kinds of events are those?

14         A      Customer seminars.

15         Q      Does the company engage in any

16  relationship building events?

17         A      With other companies?

18         Q      No, with customers?

19         A      With customers, yes.

20         Q      And are these relationship events

21  part of the marketing and promotion costs?

22         A      Yes.

23         Q      Do you attempt, on a -- from a

24  budgetary standpoint, to forecast costs, in a

25  given fiscal year?

Page 85

                            Mills

1

2          A      Yes.

3          Q      And in what format are these costs

4    depicted and described?

5          A      In the categories that we just laid

6    out.

7          Q      And in those categories, are they

8    folded into what is an overall budget for the IBM

9    Software Group?

10         A      Yes.

11         Q      Who is responsible for developing

12   that budget?

13         A      The financial organization.

14         Q      Within IBM Software Group?

15         A      Yes.

16         Q      Okay.  In 2001, who was the

17   individual responsible for that budget?

18         A      Jim Bryant.

19         Q      What position did Mr. Bryant hold?

20         A      He was my Vice President of Finance.

21         Q      Was he, also, holding that position

22   in the Year 2000, when you came on board?

23         A      Yes.

24         Q      Do you have responsibility for

25   approving the budget of the IBM Software Group?

Page 86

                            Mills

1

2      A    Yes.

3      Q    Is there anyone, in addition to

4  yourself, who makes that approval?

5      A    No.

6      Q    Does IBM endeavor to identify

7  profit, in conjunction with particular software

8  sale transactions?

9      A    No.

10     Q    Does it identify costs associated

11  with individual software sale transactions?

12     A    No.

13     Q    If you are interested in identifying

14  that information, how would you go about

15  retrieving it?

16     A    (No response)

17              MS. METCALF:  Objection.

18              Foundation.

19              You can answer, if you know.

20              THE WITNESS:  (Responding)  We

21         don't track it, it doesn't exist as

22         data.

23     Q    So when you say you "don't track

24  it," you don't track cost per transaction?

25     A    Right.

Page 87

                          Mills
1
2          Q      You only track it per operating
3    group or geographies?
4          A      Per -- we track it at the Software
5    Group level.
6          Q      Which is a total organizational
7    level?
8          A      At my level, um-hmm.
9          Q      Okay.  And are there any levels
10   below yours, that it's tracked out of, within this
11   IBM Software Group?
12         A      I do monitor the performance of the
13   individual units that report in to me.
14         Q      Did, in calendar year -- in Fiscal
15   Year 2001, for that matter, as well, did you have
16   personal oversight, with regard to the Bank of
17   America Enterprise License Agreement transaction?
18         A      I called on the Bank of America that
19   year.
20         Q      Who did you call on there?
21         A      Don Ulbert (Phonetic).
22         Q      And what position did Mr. Ulbert
23   have?
24         A      He is one of the CIOs.
25         Q      Can you remember when it was that

Page 88

1                        Mills
2    you visited with Mr. Ulbert in 2001?
3            A      It was in the fall of 2001.
4            Q      Where did you meet with Mr. Ulbert?
5            A      In Texas.
6            Q      Is that where he maintains his
7    office with Bank of America?
8            A      I believe so, don't ask me to
9    explain their organizational structure.
10           Q      I shall not.  How long did you meet
11   with Mr. Ulbert?
12           A      A few hours.
13           Q      And what did you discuss with him?
14           A      We discussed what he was trying to
15   accomplish, in the way in which he laid out his
16   computing environment for the enterprise, and how
17   he wanted to deal with his satellite computing
18   location and how we might construct a new set of
19   terms and conditions that would match the way Bank
20   of America was going to be operating its
21   environment.
22           Q      Okay.  Was there any written
23   documentation that Mr. Ulbert shared with you, as
24   a result of that meeting?
25           A      No.

Page 89

1                               Mills
2              Q     Was there any written documentation
3     that you delivered to him?
4              A     No.
5              Q     Did you take any actions, based on
6     the meeting that you had with Mr. Ulbert?
7              A     Yes.
8              Q     And what actions were those?
9              A     Well, in the meeting I constructed a
10    methodology for how we would charge them, going
11    forward, based upon the structure he and I agreed
12    to and, then, that was the basis for the
13    Enterprise License Agreement that we, then, signed
14    with Bank of America that year.
15             Q     The methodology that you make
16    reference to here, did you present that to him, in
17    a written format?
18             A     No.
19             Q     Was this something that you
20    discussed as you spoke with him?
21             A     It's something that we drew on a
22    blackboard.
23             Q     Was there any written
24    memorialization of that, other than the
25    blackboard, of which you are aware of?

1                          Mills

2          A      Not that I'm aware of, people went

3    off and acted on it.

4          Q      Within your organization?

5          A      Within my organization and within

6    the sales -- the client rep for the account, as

7    well, was involved in acting on it.

8          Q      Okay.  When you met with Mr. Ulbert,

9    was anyone else present from IBM, with you?

10         A      Lee Torrence (Phonetic), who was the

11   Managing Director at the time, was there.

12         Q      And anyone besides Mr. Torrence and

13   yourself?

14         A      I can't remember.

15         Q      Who was the client representative to

16   the Bank of America?

17         A      Lee Torrence.

18         Q      The Tivoli Group, did you understand

19   that they had independently secured an Enterprise

20   License Agreement with Bank of America prior to

21   2001?

22         A      There is no such thing.

23         Q      No such thing as an Enterprise

24   License Agreement?

25         A      No such thing as a Tivoli Enterprise

1                      Mills

2    License Agreement.

3          Q     Okay.  Well, was there any kind of

4    separate transaction, that Tivoli had been a party

5    to, with Bank of America, of which you are aware

6    of?

7          A     Not in 2001.

8          Q     No, I don't mean in 2001, I mean

9    prior to 2001.

10         A     Bank of America uses a broad range

11   of products so they were using a whole range of

12   IBM Portfolio products that fall under different

13   brand names and Tivoli is a brand name, it's not a

14   point of transaction, it's a point of brand.

15         Q     At the time that you were meeting

16   with Mr. Ulbert, did IBM already have an ELA in

17   place with the Bank of America?

18         A     We, clearly, had a set of

19   preexisting agreements with them.  We do business

20   with this company for decades so I could not

21   describe all of the different contracts that we

22   would have had.

23         Q     All right.  But I am just trying to

24   focus in:  Do you know if, at that time, there was

25   an agreement in effect, between IBM and the Bank

```
 1                    Mills
 2   of America?
 3            A     (No response)
 4                       MS. METCALF:  Objection.
 5                       Asked and answered.
 6                       THE WITNESS:  (Responding)   I
 7               can't answer it different than I
 8               answered it.
 9            Q     You said, you said in your response,
10   that there was a set of preexisting agreements;
11   was there a particular timeframe that you were
12   referring to, when you made that statement?
13            A     No.
14            Q     Okay.
15            A     (Continuing)  When you do business
16   with a company for decades, you have a lot of
17   agreements.
18            Q     Right.  And, of course, there could
19   be some period of time when you didn't have an
20   agreement in effect; is that right?
21            A     I can't answer that.
22            Q     Okay.  So that's what I'm, really,
23   trying to hone in on here, Mr. Mills, --
24            A     Um-hmm.
25            Q     -- is if in 2001, when you met with
```

```
 1                       Mills
 2  Mr. Ulbert, do you know if there was, in effect,
 3  at that time, already an Enterprise License
 4  Agreement between IBM and the Bank of America?
 5           A       (No response)
 6                   MS. METCALF:  Objection.
 7                   Asked and answered.
 8                   You can answer, if you know.
 9                   THE WITNESS:  No.
10           Q       You don't know?
11           A       I don't know.
12           Q       Okay.  And do you know -- Tivoli was
13  a separate company, prior to its acquisition by
14  IBM; was it not?
15           A       Prior to the 1996 acquisition.
16           Q       And in 1990 -- where was Tivoli
17  based, prior to 1996?
18           A       In Austin, Texas.
19           Q       And prior to 1996, what was your
20  understanding of Tivoli's range of products, what
21  was its business dedicated or devoted to?
22           A       (No response)
23                   MS. METCALF:  Objection.
24                   Lack of foundation.
25                   You can answer, if you have an
```

Page 94

1                       Mills

2            understanding.

3                  THE WITNESS:   (Responding)

4            The category is called Systems

5            Management.

6                  MR. DAILEY:  All right.

7       Q     And IBM acquired Tivoli in 1996

8  because it was interested in bringing those system

9  management product into its organization?

10       A     Adding those products.

11       Q     Okay.  Did you have any role in the

12  transaction involving bringing Tivoli into IBM?

13       A     No.

14       Q     Had you had any prior contact with

15  Tivoli, prior to that transaction?

16       A     No.

17       Q     As the General Manager of the IBM

18  Software Group, beginning in 2000, was there a

19  Tivoli Group within your IBM Software Group?

20       A     A division, I manage divisions and

21  Tivoli is a division unit.

22       Q     Okay.  And Tivoli was one unit among

23  how many divisions, that you were managing?

24       A     At that point in time, four.

25       Q     Okay.  Can you enumerate the other

Page 95

                              Mills
 1
 2  three for us?
 3        A      Lotus, our Data Management Unit,
 4  and, then, what we call our Application
 5  Integration and Middleware Unit.
 6        Q      Application Integration and Middle
 7  --
 8        A      And Middleware.
 9        Q      And Middleware.
10        A      Um-hmm.
11        Q      So Tivoli, Lotus, Data Management,
12  and Application Integration Middleware?
13        A      Um-hmm.
14        Q      All right.  What is meant by
15  "middleware," in 25 words or less, if you can?
16        A      Middleware is the technology that
17  business use to tie together the wide variety of
18  applications that they use, to automate their
19  different processes within their company.
20             And they want to get the processes
21  the flow horizontally, from their customers
22  through their employees and internal systems into
23  their suppliers and they use middleware to make
24  that flow happen.
25        Q      Okay.  Thank you.

Page 96

Mills

1

2          When Tivoli was acquired and you,

3   then, subsequently, had responsibility --

4          A     Um-hmm.

5          Q     -- for managing that division, in

6   the IBM Software Group, did you observe any

7   differing business practices or procedures, that

8   Tivoli had observed and was observing, versus

9   other divisions in the IBM Software Group?

10         A     (No response)

11               MS. METCALF:  Objection.

12               Vague.

13               You can answer, if you

14         understand it.

15               THE WITNESS:  Can you -- what

16         timeframe are you talking about?

17         Q     Again, in the 2000/2001 timeframe.

18         A     Tivoli was an integral part of the

19   Software Group organization, not a separate

20   entity.

21               Everybody who runs the units report

22   to me.  The management systems and processes are

23   the same.

24         Q     Was there any period of time, that

25   you understood, that Tivoli's pre acquisition

```
 1                    Mills
 2  management systems were being modified and
 3  integrated into those of IBM?
 4           A     (No response)
 5                    MS. METCALF:  Objection.
 6                    Lack of foundation.
 7                    THE WITNESS:  (Responding)
 8               When you acquire a company, you go
 9               through a process of integrating.
10                    MR. DAILEY:  Correct.
11                    THE WITNESS:  Um-hmm.
12           Q     When you became the general manager
13  in 2000, of the IBM Software Group, was that
14  process of integrating at Tivoli still occurring?
15           A     We were finishing it in the Year
16  2000.
17           Q     And by the conclusion of 2000, do
18  you think it was, --
19           A     Yes.
20           Q     -- it was a done --
21           A     It was done.
22           Q     All right.  Have you ever been
23  informed about any differences in the way quota
24  letters have been constructed, for sales
25  representatives of the Tivoli Division, versus
```

```
1                      Mills
2  sales representatives working in other divisions
3  of the IBM Software Group?
4          A    No.
5          Q    Did you have any understanding about
6  the philosophy at the Tivoli Company, before it
7  became part of IBM, in terms of compensation of
8  sales representatives?
9          A    No.
10                   MS. METCALF:  Objection.
11                   Lack of foundation.
12                   MR. DAILEY:  What is the basis
13              of your objection, Ms. Metcalf?
14                   MS. METCALF:  Well, he said he
15              wasn't there in 1996, he wasn't
16              involved in the acquisition and you
17              are asking questions about what was
18              happening at the time of the
19              acquisition.
20                   MR. DAILEY:  I, simply, asked
21              the witness if he had any
22              understanding.
23          Q    We talked, earlier today, Mr. Mills,
24  about the fact that commission budgets are
25  established within the IBM Software Group, my
```

```
 1                        Mills
 2  question, to you, now is:  In 2001, did the
 3  commission budgets for the Software Group get
 4  exceeded?
 5          A     I do not remember.
 6          Q     Do you remember any members of your
 7  staff addressing any commission overage?
 8          A     I have no recollection of that.
 9          Q     From the position that you occupied
10  at the Software Group, Mr. Mills, is there any
11  problem for the IBM Software Group if a commission
12  budget is exceeded?
13          A     None, whatsoever.
14          Q     Is that because when a commission
15  budget is exceeded, that this tends to suggest
16  that revenue projections had also been exceeded?
17          A     Yes.
18                (Continued on the next page.)
19
20
21
22
23
24
25
```

Page 100

1                           Mills

2                    MR. DAILEY:  I think, that's

3       all the questions I have for you today

4       and I appreciate your time.

5                    THE WITNESS:  Okay.

6                    MR. POMERANTZ:  All right.

7                    MS. METCALF:  Okay.

8                    THE VIDEOGRAPHER:  10:49,

9       a.m., off the record.

10                       (Whereupon, at 10:49 o'clock

11      a.m., the deposition was concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 101

```
 1                          Mills

 2                        I N D E X

 3

 4   Witness:              Direct   Cross   Redirect   Recross

 5   S. Mills              6

 6

 7                        R E Q U E S T S

 8

 9   Request              Description              Page

10   1                    Copy of the              55
                          videotape of Mr.
11                        Wroblewski's address
                          at the 2001 Kick-Off
12                        event

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 102

1

2

3                             C A P T I O N

4

5

6    The Deposition of STEVEN MILLS, taken in the

7    matter, on the date, and at the time and place set

8    out on the title page hereof.

9

10

11   It was requested that the deposition be taken by

12   the reporter and that same be reduced to

13   typewritten form.

14

15

16   It was agreed by and between counsel and the

17   parties that the Deponent will read and sign the

18   transcript of said deposition.

19

20

21

22

23

24

25

Page 103

1

2                    C E R T I F I C A T E

3

4    STATE OF_____ :

5    COUNTY/CITY OF_____ :

6

7    Before me, this day, personally appeared

8    STEVEN MILLS, who, being duly sworn, states

9    that the foregoing transcript of his/her

10   Deposition, taken in the matter, on the date, and

11   at the time and place set out on the title page

12   hereof, constitutes a true and accurate transcript

13   of said deposition.

14

15

16             _____
                        STEVEN MILLS

17

18   SUBSCRIBED and SWORN to before me this_____

19   day of _____, 2003, in the

20   jurisdiction aforesaid.

21

22

23   _____    _____

24   My Commission Expires              Notary Public

25

1
2                    DEPOSITION ERRATA SHEET
3    RE:
     FILE NO. 1:02/CV/2594
4    CASE CAPTION:   Howatt   vs.   IBM et al.
5    DEPONENT:  STEVEN MILLS
     DEPOSITION DATE: 062703
6
     To the Reporter:
7    I have read the entire transcript of my Deposition
     taken in the captioned matter or the same has been
8    read to me.  I request for the following changes
     be entered upon the record for the reasons
9    indicated.
     I have signed my name to the Errata Sheet and the
10   appropriate Certificate and authorize you to
     attach both to the original transcript.
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   SIGNATURE:_____  DATE:_____
24           STEVEN MILLS
25

Page 105

```
 1
 2
 3                    C E R T I F I C A T E
 4    STATE OF NEW YORK  )
 5                       ) ss.
 6    COUNTY OF NEW YORK )
 7              I, Margaret Merek, a Shorthand
 8         (Stenotype) Reporter and Notary Public
 9         of the State of New York, do hereby
10         certify that the foregoing Deposition,
11         of the witness, STEVEN MILLS, taken at
12         the time and place aforesaid, is a
13         true and correct transcription of my
14         shorthand notes.
15              I further certify that I am
16         neither counsel for nor related to any
17         party to said action, nor in any wise
18         interested in the result or outcome
19         thereof.
20              IN WITNESS WHEREOF, I have
21         hereunto set my hand this 27th day of
22         June, 2003.
23
24         _____
25              Margaret Merek
```