HK | Hanify&King

**PAMELA L. BAKER, PARALEGAL**
(617) 226-3430
plb@hanify.com

April 28, 2005

Clerk of the Court
U.S. District Court for the District of MA
U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re:    Cashman v. International Business Machines;
       Civil Docket No.: 1:05-cv-10306-RWZ

Dear Sir or Madam:

Attached please find the Corrected Affidavit of Kathleen E. Cross, Esq. in Support Plaintiff Thomas Cashman's Opposition to Motion to Dismiss Filed by Defendants Steven A. Mills, John R. Joyce and Charles III. An incorrect affidavit, with the correct exhibits was inadvertently filed as docket number 23 on April 22, 2005.

Please accept this corrected version of the Affidavit of Kathleen E. Cross, Esq., with all attached exhibits in replacement of the version that was filed on April 22, 2005, and marked on the docket as entry number 23.

Thank you for your kind attention to this matter. If you have any questions, please do not hesitate to contact me.

Very truly yours,

Pamela L. Baker
Paralegal for Kathleen C. Cross, Esq.

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>        Plaintiff<br><br>v.<br><br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION,<br>STEVEN A. MILLS, CHARLES ILL,<br>JOHN R. JOYCE and GREGORY<br>ENRIQUEZ | )<br>)<br>)<br>)<br>)    Civil Action No. 05-10306-RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF KATHLEEN E. CROSS, ESQ.

I, Kathleen E. Cross, do hereby depose on oath and state as follows:

1.      I am an attorney admitted to practice in Massachusetts in 1990 and a shareholder of the law firm of Hanify & King, Professional Corporation ("Hanify & King"), One Beacon Street, Boston, Massachusetts 02108. I, along with Hanify & King, represent the Plaintiff in the above-captioned matter, Thomas Cashman ("Cashman").

.      2.      I make this affidavit in support of Plaintiff Thomas Cashman's Opposition to Motion To Dismiss Filed by Defendants Steven A. Mills, John R. Joyce and Charles Ill.

3.      Attached as Exhibit A hereto is a true and accurate copy of Defendant Steven A. Mills' ("Mills") biography, located on Defendant International Business Machines Corporation's ("IBM's") Website. Mills' biography states that, in July 2000, he was appointed Senior Vice President and Group Executive, IBM Software and, in that capacity, is "responsible for shaping IBM's overall software strategy and directing IBM's $14 billion software business." *See id.* Mills is identified as having "played a leading role in the growth of IBM Software Group since its inception in 1995," and is recognized

as "leading the next phase of IBM's software strategy," including, *inter alia*, "aligning IBM's software salesforce (the world's largest direct sales and support team with more than 13,000 people) along technical and industry lines." *Id.*

4.     Attached as <u>Exhibit B</u> hereto is a true and accurate copy of Defendant John R. Joyce's ("Joyce's") biography, located on IBM's Website. According to his biography, "Mr. Joyce was IBM Chief Financial Officer since November 1999, with responsibility for all financial, treasury, tax, global financing, business development, and real estate activities." *See id.*

5.     IBM's Website further reveals that Joyce made quarterly reports to financial analysts throughout 2001, the year at issue with respect to Cashman's claims against him. These quarterly reports contained specific information about Lotus, headquartered in Cambridge, Massachusetts, and the Tivoli division unit. A copy of the fourth quarter report for 2001, located on IBM's Website, is attached hereto as <u>Exhibit C</u>. Following the 2001 Q4 earnings results, "Joyce, IBM's chief financial officer, pronounced himself 'pleased' with the company's fourth-quarter results during a conference call . . .with financial analysts." *See IBM meets Q4 Expectations, says forecasts look good*, IDG News Service, January 18, 2001, a copy of which is attached hereto as <u>Exhibit D</u>.

6.     Attached as <u>Exhibit E</u> hereto is a copy of the Deposition of Steven A. Mills, dated June 27, 2003 ("Mills Deposition") in the case captioned *Robert L. Howatt v. International Business Machines, Corp. d/b/a Tivoli Systems, Inc.* Civil Action No. 1:02/CV/2594 (N.D. Ga). I purchased a copy of this deposition, along with other pleadings, directly from the Court in the *Howatt* matter.

7.      In his deposition, Mills acknowledges, *inter alia*, that he has been responsible for the development of sales plans that would be applicable to IBM salespersons in the field "[f]rom August 2000 forward." Mills Deposition, p. 21 (*see* Exhibit E). Mills further admitted that he was "one of the approvers of the [2001] sales plan." *Id.* at 25. Mills also acknowledged that he gives an annual speech to the sales team, associated with a "Kick-off sales event," *see id.* at 31, and further acknowledged that he attended the January 2001 Americas Kick-Off event in Orlando, Florida, where he delivered an address, designed to be inspirational, to the Americas Sales Team. *See id.* at 33-34, 48-49.

8.      Mills testified at some length about an internal software program at IBM called OMsys which permits sales representatives to use a computer to input information regarding sales prospects and the potential of those opportunities, information which is then made available to managers at IBM. *See* Mills Deposition, at 36-37 (Exhibit E). Mills testified that he and other managers in the IBM Software Group use the information "to understand what the field is working on," *id.* at 38, and to revise, on a monthly basis, sales forecasts previously developed and approved. *See id.* at 40.

9.      Mills testified that the IBM Software Group establishes commission budgets as a "planning mechanism," *See* Mills Deposition, at 41-42 (Exhibit E), and acknowledged that assumptions about what percentage of IBM's sales force will be successful in meeting sales quotas assigned to them as part of the budgeting process. *See id.* at 44. Mills went on to testify that the IBM software group uses history to develop these assumptions, *see id.*, and that such historical information is made available to management "when we lay out the sales plan, in the fall." *Id.* at 46. Mills further

acknowledged that he is responsible for approving the structure of the sales plan. *See* Mills Deposition, at 56 (Exhibit E), and that the responsibility for assigning sales quotas "cascades through the management system." *See id.* at 61.

10.    Finally, Mills testified that he had responsibility for approving the budget of the IBM Software Group, *see* Mills Deposition, at 85-86,  (Exhibit E), including the Tivoli division unit and Lotus. *See id.* at 94-95.  Moreover, Mills testified that the Tivoli division unit managers reported to him. *See id.* at 96.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 28th DAY OF APRIL, 2005.

/s/ Kathleen E. Cross
Kathleen E. Cross

428265                                                     4

# EXHIBIT A

IBM

# Biographies

Press room
Press releases
Photos
Biographies
• Nobel prize winners
• Former CEOs
Background
Contacts
Feedback

Press room search

Select one

Go



**Steven A. Mills**
**Senior Vice President & Group Executive**
**Software Group**

Document o

Printable v

Steve Mills was appointed Senior Vice President and Group Executive, IBM Software, in July 2000. In this capacity, he is responsible for shaping IBM's overall software strategy and directing IBM's $14 billion software business.

Today, IBM's industry-leading middleware products power the e-business infrastructures of virtually every mid- to large-size company in the world and IBM holds the number one or two position in marketshare in all major software markets in which it competes according to industry analysts.

Today, Mr. Mills is leading the next phase of IBM's software strategy through which IBM is delivering industry-specific middleware solutions to customers in 12 key industries. This includes the development and marketing of new industry-specific offerings as well as aligning IBM's software salesforce (the world's largest direct sales and support team with more than 13,000 people) along technical and industry lines. And Mr. Mills is leading a series of programs for Independent Software Vendors (ISVs) to help them deliver industry-vertical applications running on IBM's middleware.

Mr. Mills has played a leading role in the growth of IBM Software Group since its inception in 1995. He was General Manager of IBM Software Group Strategy and Solutions, responsible for IBM's strategy for middleware and software solutions for e-business, as well as managing business units for Business Intelligence Solutions, Pervasive Computing, e-Commerce Solutions and Solution Technologies

He joined IBM in 1974 as a sales trainee in New York City and was a marketing representative until 1980. In 1981, he joined the business planning staff of the Data Processing Division and became manager of that function a year later. In 1984, he was named Administrative Assistant to the IBM Vice President and Assistant Group Executive of Plans and Controls in the Information Systems Group.

He became Director of Planning in the Information Systems and Communications Group in 1985. In 1986, he was one of the executives responsible for starting IBM's Publishing Systems Business Unit. He became Director of Financial Planning at Corporate Headquarters in 1988.

He joined the Programming Systems line of business in 1989 as Programming Systems Director of Operations. He was named Assistant General Manager, Finance and Planning, for that organization in December 1990, and in December 1992 became General Manager of the division's Santa Teresa Laboratory. In 1993 he became General Manager of IBM's Software Solutions Division.

March 2004

 Download Photo (83K)

# EXHIBIT B



Press room
Press releases
Photos
Biographies
• Nobel prize winners
• Former CEOs
Background
Contacts
Feedback

Press room search

Select one

**Go**

# Biographies



**John R. Joyce**
**Senior Vice President & Group Executive**
**Global Services**

Document o

Printable v

John Joyce is Senior Vice President and Group Executive of IBM Global Services (IGS), the world's largest information technology services and consulting provider. An approximately $46.5 billion division of IBM Corporation, IGS has some 190,000 employees in over 160 countries helping clients integrate information technology with business value. Mr. Joyce also manages IBM Global Financing, now part of IGS, which brings together all IBM services, including financing, into one organization.

Prior to his current position, Mr. Joyce was IBM Chief Financial Officer since November 1999, with responsibility for all financial, treasury, tax, global financing, business development, and real estate activities. Before that, he was president, IBM Asia Pacific, responsible for providing business direction and strategy for IBM's 19 country operations across the Asia/Pacific region. Mr. Joyce also served as vice president and controller for IBM's global operations, and was part of the team responsible for the successful reengineering of IBM in the mid-1990s. In addition, Mr. Joyce has held a number of other senior positions in the finance area of the company, including vice president, finance and planning for IBM North America.

Mr. Joyce is a member of Bertelsmann AG Supervisory Board, Fairfield University - Board of Trustees, and chairman of The Council for the United States and Italy.

He and his wife, Maria, and their two children, reside in Ridgefield, Connecticut.

Last Updated January 2005.

 Download Photo (11K)

# EXHIBIT C



Home | Products & services | Support & downloads | My account

Select a country

**Investors**

Financials

Stockholder services

Investor tools

IBM data

Sitemap

FAQs

# 4Q 2001 earnings presentation

**Event**

↝ 4Q01 Home

↝ Press Release

↝ Prepared Remar

↝ Live Audio - Rea

↝ Live Audio - Win
   Media

↝ Presentation Onl

↝ Download

Tune in to hear John R. Joyce, Senior Vice President and Chief Financial Officer, discuss IBM's fourth quarter earnings. In addition, **read the 4Q01 earnings press release**. **Prepared remarks** of this presentation are also available.

**The presentation occurred at 4:30 pm ET on January 17, 2002.**

Select a participation option



**Start audiocast and slides using RealPlayer G2**
Choose this option to listen to the meeting using RealPlayer and view the slide presentation using your Web browser.

**Start audiocast and slides using Windows Media**
Choose this option to listen to the meeting using Windows Media and view the slide presentation using your Web browser.

**Start slides only**
Choose this option to view the slide presentation online while listening to the conference call over the telephone.

**Getting your computer ready**
You will need RealPlayer™ or Windows Media Player to participate in the audiocast. If you are not sure if you have one of these installed, it is recommended that you use the test options below.
- **Test for RealPlayer**
- **Test for Windows Media Player**
- **Download the Free Windows Media Player or RealPlayer**

**Troubleshooting Tips**

Note: A browser with Javascript 1.2 enabled is required to view these pages.

Read on for helpful tips on:
- **Viewing the Presentation Using Windows Media Player**
- **Viewing the Presentation Using RealPlayer**
- **Viewing the Adobe Acrobat™ file**

About IBM | Privacy | Terms of use | Contact

Thank you, Mandy. Good afternoon. This is Hervey Parke, Vice President of Investor Relations for IBM, thank you all for joining us. Let me quickly give you a few pieces of information.

At this time, the opening page of the presentation should have automatically loaded and you should be on Chart 1, the title page.

After the last chart in the presentation we will provide you an index to go back to specific slides during the Q&A. Or, you can jump to the index at any time by clicking on the index link located on the navigation bar on the left side of your screen.

For printing slides, there are two alternatives:

As in the previous quarter, there is a link on the index pages so you can download the entire set of charts for printing.

Or, there is a link on the navigation bar so you can download the charts at any time.

In about 45 minutes, you will also be able to link to the prepared remarks off that same navigation bar.

And finally, a replay of this webcast will be available on this website by this time tomorrow.

Now, please click on the NEXT button and move to Chart 2.

Certain comments made by John Joyce or myself during this call may be characterized as forward looking under the Private Securities Litigation Reform Act of 1995.

Those statements involve a number of factors that could cause actual results to differ materially.

Additional information concerning these factors is contained in the company's filing with the SEC. Copies are available from the SEC, from the IBM web site, or from us in Investor Relations.

Now, please click again on the NEXT button for Chart 3.

And at this time, let me turn the call over to John Joyce, IBM's Senior Vice President and Chief Financial Officer.


Thanks, Hervey.    Good afternoon.

It has been a tough year, but our 4th-quarter results once again were strong relative to our competitors in the technology sector.

- Nearly $23 billion in revenues
- $2.3 billion in after-tax profit,
- And for the full year, $7.4 billion in Free Cash Flow.  We ended the year with $6.4 billion in cash.

And, we continued to gain share.

Year-to-year, our 4th-quarter revenue declined, reflecting a difficult economic environment, worldwide.  But all of the decline at constant currency was due to two heavily distressed segments, PCs and OEM Technology.

As always, we benefited from the breadth of our portfolio.

Back in October, we were asked about our ability to grow earnings per share sequentially by nearly 50% from the 3rd quarter to the 4th quarter to achieve average Street expectations, despite the difficult economic environment.

We said it was achievable if we could get the same sales yield from our pipeline that we realized in the difficult 3rd quarter.  I'm happy to report that we executed well and hit that EPS growth target.

Of course, as is so often the case, areas of strength offset areas of weakness.  And in the 4th quarter --

- We did better than we expected in zSeries mainframes, our new Regatta server in pSeries, and in Software.

- We had weaker results than anticipated in our Technology Group and in our PC Division.

There's an important point to be made regarding this tradeoff, a very important point:

- The weak revenue performance of the PCs and HDDs, both down about 35% year-to-year, has little bearing on our earnings per share.
- Strong performance in zSeries and software is very helpful.
- So you can see how our revenue performance in the quarter was less than expected, but EPS was on track.

I also want to address Global Services here. While the revenue grew just 1% at constant currency, the underlying dynamics point to good growth in 2002.

> We were pleased with our 4th-quarter signings. Over $15 billion, which was up 54% from the 3rd quarter and 22% from last year's 4th quarter.

> We had indicated in October that our pipeline was as big as we'd ever seen it. That's still the case, but our customers have been very careful about their decisions, given the economic environment. So while our signings have been big, customer decisions came late in the quarter, and this defers the start of that revenue until the 1st quarter.

> Also in 2002, the annuity-like portions of Global Services - Outsourcing and Maintenance, should sustain us until the more transaction-based contracts return to their historical growth rates with the economy recovering.

> So we feel very good about our Services business, our strategy, and our position in the marketplace. In a year of uncertain economic growth, Services should benefit early from recent Outsourcing signings, and then pick up further speed in the 2nd half with the more economically sensitive Consulting businesses.

The 4th quarter was a solid finish to a demanding year.

- Particularly in Software, and in Services signings, these two segments generated nearly 80% of our profit in the 4th quarter.
- We had sustained, strong customer demand for our zSeries mainframe and a fast start for our new pSeries Regatta.
- Our R&D efforts have produced products that are extending our competitive lead, and patents that will ensure that leadership remains.
- We continued to manage cost and expense with a proper balance between current results and future opportunity.
- And we generated strong cash flow in support of our business model.

Before I get into the details of the 4th quarter, let me hit some key points about how we see 2002.

We said last quarter, it is largely an economic call.

- Most analysts seem to feel that a slow recovery will start around midyear.

- And customers are still taking a careful look at all of their investments.  But they continue to spend on applications and products that provide the fastest returns, and they're building cost-efficient infrastructures.  We've got the solutions they're looking for.

But also, in this environment, we have been taking some pretty tough actions which will yield results in 2002.

- We've made excellent progress on our objective of reducing indirect expense by $2 billion by the end of 2002, cutting over a billion in 2001.  And we're reinvesting these savings in direct expense that can drive future revenue and share gain.

- In addition, we've been focusing on our Technology Group and our PC Group which, between the two of them, lost over $500 million in 2001.

   We've rebalanced our resources in both of them, and in our PC Division, we continued to tighten our business model by

contracting to outsource assembly and distribution of our desktop PC line.

We should be able to improve our results in these units regardless of the economy.

With our cost-cutting actions, in combination with our strong business model, our share gains in key segments, and our strong balance sheet, we feel there are few companies as well positioned to address the coming year as IBM.

And at this early stage of the year, we feel that the consensus estimate for earnings per share in 2002 is reasonable.

Now let's get into the details of the 4th-quarter results. Click on the NEXT button for Chart 4.

Here's the quick financial overview of the 4th quarter:

- Revenue, at $22.8 billion was up 12% sequentially from the 3rd quarter.

  Year-to-year, it was down 8% at constant currency, and 11%, as reported, driven entirely by OEM and PCs.

  So with the weakening Yen, currency was about a two-and-a-half-point hit, about a point worse than the spot rates suggested three months ago.

  Let me just note here that based on current spot rates, the negative effect of currency on revenue for the 1st quarter would still be about 2 points.

- Pretax income was down 13%, compared to the 19% decline last quarter, and again principally due to the slowdown in our Technology OEM businesses.

- Our tax rate was 29.3%, down two tenths of a point from a year ago.

  Our full-year tax rate was at 29.5%, down 3 tenths of a point from 2000.

- Average diluted shares outstanding for the quarter were 1 billion, 758 million, down 1.8% from last year.

- And earnings per share were $1.33, down 15 cents or 10%.

  In these 4th-quarter results we've absorbed currency, workforce-rebalancing initiatives, and a minor equity write-down. These three factors contributed about 12 cents to our 15-cent year-to-year decline.

We've included our full-year results on these charts, and let me use this one to put our results in perspective:

  The economy created a lot of turmoil in 2001.
  - Corporate profits declined dramatically.
  - Many of our competitors in the IT sector lost money.

  But...
  - At constant currency, IBM's revenue actually grew in 2001, and
  - We generated $11 billion of pretax profit, with the vast majority of that coming from Services and Software.

Now, let's turn to Revenue in the 4th quarter, starting with a geographic perspective. Click the NEXT button for Chart 5.

Over 90% of our revenue comes from sales to end-user customers, which we break into three geographic areas.

  On a year-to-year basis, at constant currency, they were down 6%.

  - The Americas declined 8%, driven by the Industrial, Communications, and Distribution sectors.

  - Europe declined 6%, with almost no currency impact. The Financial Services sector was weak, notably in Germany, but the Automotive sector did well, due to Services.

- Asia Pacific declined 1%, before 9 points of currency impact. Here again, the Communications sector was weak, but the Financial Services and Automotive sectors were strong, also due to Services.
- Across all geographies, the Public Sector was strong, but the small and medium businesses were weak, since they were heavily impacted by the PC revenue decline.

Finally, our OEM business -- which had declined 22% from 2nd to 3rd quarter, started to show a little life by growing 7% from the 3rd to the 4th quarter. Still, on a year-to-year basis OEM revenue declined 34% in the 4th quarter.

In our Microelectronics business, our OEM customers made a little more progress in working off inventory in addition to generating some sequential revenue growth.

And in our hard disk drive business, industry demand remained weak, due to continued weakness in PC volumes.

Now, if you'll click on the Next button for Chart 6, I'll touch on Revenue by major line item.

Let me start with Global Services.

Revenue was $9.1 billion, growing 1% year-to-year at constant currency, and 4% sequentially from the 3rd quarter.

Our annuity-like Outsourcing and Maintenance businesses continued to do well, but we felt the economic pressure in Consulting and Systems Integration as did the rest of the industry.

Hardware revenue in the 4th quarter was $8.7 billion, a 21% decline at constant currency.

The new Regatta UNIX server got off to a fast start. Shark storage subsystems grew in a very weak market. And despite a very difficult

comparison base, our zSeries mainframes grew revenue for the 5th quarter in a row.

However, as I mentioned -- our OEM businesses -- Microelectronics and hard disk drives continued to have significant year-to-year revenue declines, despite slight sequential-quarter growth.  PCs declined significantly.

Software, at $3.8 billion, grew 8% at constant currency.

We had strong performance across all geographies, gaining more share on our competitors, particularly in Data Management and WebSphere.

Global Financing revenue at $927 million, declined 4% at constant currency.

Income-generating assets were down from last year, and financing originations were $5.3 billion in the quarter.

Now let's review gross profit margin, Chart 7.

Total gross profit margin for the 4th quarter was 38.3%, up a point from last year, and up 2 points from the 3rd quarter.

Gross margin improved in each revenue segment except hardware which declined by 4 points.

This decline in hardware was about the same as in the 3rd quarter, and for the same reason, low volumes in our technology group and pricing pressures in PCs and hard disk drives.

Global Services gross profit margin improved 1.2 points.

Maintenance improved, and Services was stable.

Software gross profit margin improved 1.8 points.

And our Global Financing gross profit margin improved 12 points, reflecting a downward trend in interest rates.

Now let's turn to Expense, Chart 8.

Total expense was $5.4 billion, down 6% from last year.

SG&A decreased 4%, and R&D decreased 13%, primarily driven by the integration of Lotus and Tivoli into our Software business.

> We continued to cut discretionary expense like travel and consulting.

> But also underneath this, is the billion-dollar reduction in infrastructure expenses we've made this year.

>> As we reduced these expenses, we continued to increase investments in key areas where we can leverage our leadership, like development and sales for Software, Services, Servers and Storage.

> Let me add that our intellectual property income and licensing royalties were flat in the quarter, which included the sale of our optical transceiver business to JDS Uniphase. For the year, IP was down about $200 million.

> And finally, we continue to invest in Information Technology to improve our own efficiency in procurement and customer support.

As you can see, we're watching expense carefully. But the strength of our business model is that we are not forced to eliminate important programs during a period of weak revenues.

Now before we move on, let me touch on some issues that have been raised for all companies in 2002 that are mainly noncash items, notably:

- Goodwill accounting changes
- Adjustments to pension accounting assumptions
- Equity investment write-downs, and
- Currency hedges.

> For IBM, based on what we know now, it's reasonable to assume that the net effect of these items on year-to-year earnings will not be material.

Now let's move to Cash Flow, Chart 9.

Cash flow was strong in 2001.

> We generated $7.4 billion of Free Cash Flow, slightly more that last year.

> Our ongoing focus on working capital management continued to yield results.

This continued strong cash flow, even in a difficult economic environment, gave us the flexibility to make necessary, appropriate investments for the future of our business or for share repurchases.

> $5.6 billion on gross capital expenditures, mainly for our Services and Financing businesses, as well as in selected hardware businesses, like Microelectronics.

> $5.6 billion in research and development investments, that contributed to the ninth year in a row of our leading the world in generating new patents.

> A billion dollars for acquisitions -- principally Informix.

> $1 billion in dividends to our shareholders.

> And $5.3 billion dollars in stock buyback.

> This is real cash flow.

Now let's look at the Balance Sheet, Chart 10.

The balance sheet remains very healthy.

> Cash on the balance sheet stands at $6.4 billion, $2.7 billion above last year's level.

> Total debt decreased $1.4 billion.

94% of our debt is for our Global Financing business, which was leveraged at a comfortable 6.8 to 1.

The remaining $1.6 billion of Core Debt stands at a conservative 7% debt-to-capital.

As I've said in previous quarters, this is not the environment to have growing inventories or accounts receivables.

Both are down year-to-year.

The management of our balance sheet and cash flow is taken very seriously and is a key focus. Our asset and debt levels demonstrate that we are executing well.

Now let me turn to a discussion of some of our individual businesses, starting with Global Services, Chart 11.

Global Services, at $9.1 billion, was up 1% at constant currency.

Signings were over $15 billion, up 22%. We had:

- 14 deals greater than $100 million,
- of which two were a billion dollars or more.
- We had over $600 million of web-hosting signings, up 45%, bringing our total web-hosting signings to $2.4 billion this year.

Our backlog now stands at $102 billion.

In revenue, Maintenance was up 2%, and Services was up 1%.

Services revenue growth slowed this quarter due to:
- A slowdown in Consulting and Systems Integration,
- Slower signings back in the middle of the year, and
- The timing of this quarter's signings.

Several large contracts closed late in the quarter, resulting in lower current-period revenue yield.

Customers wanted to sign the contracts to start realizing the benefits. But they are just being very careful in this environment.

An important note on signings: While a slowdown in signings in the middle of the year, particularly in short-term engagements, impacted our 4th-quarter revenue, the acceleration in signings in the 4th quarter will contribute to a pickup in 2002.

Now let me review the three major services segments.

First, Outsourcing and e-Sourcing, which is more than 40% of Global Services, grew 6% at constant currency.

- Our strong signings in the 4th quarter, and our strong pipeline of opportunity, demonstrate that customers recognize the need to improve their competitiveness, particularly in this economic environment. They want integrated IT solutions and fast cost savings.

- Outsourcing growth was again strongest in the Asia Pacific region, where our investment in services capabilities has really paid off.

- And Hosting became a billion dollar business for us in 2001.

Next, Integrated Technology Services, which includes product support services and maintenance, is a third of Global Services.

- IT Services, excluding maintenance, was up 4%.

- Services in support of server consolidation and business recovery continued to grow, but,

- Revenue growth has been moderating for services in support of non-IBM hardware deployment, as you would expect with the slowdowns in PCs, telecommunications, and networking equipment providers.

Finally, Business Innovation Services, which includes consulting and systems integration, is slightly less than a quarter of Global Services revenue.

This segment of Services, which is transaction-based, short-term contracts, has been most impacted by the economy.

And yet our B-I-S revenue declined only 6% year-to-year.

- The rate of slowdown varied across the geographies this quarter, but it was most predominant in the Americas.

  Customers were investing less in custom application development and e-business strategy consulting.

- Yet we did have successes. We continued to see year-to-year growth in key e-business areas:

  Supply chain and e-business integration grew significantly, while ERP was up moderately.

  Customers continued to spend on these deployments that yield significant cost savings.

We feel very good about IBM Global Services.

For the year:
- Services revenue grew 11% at constant currency.
- We gained share.
- Our profit margin increased.

We ended the year:
- with a $102 billion backlog
- a strong signings quarter
- solid gross profit margins.
- and a healthy pipeline going into 2002.
  In fact, we just signed a $1.2 billion CRM outsourcing agreement, and an alliance to deploy wireless services, with Nextel.

Looking forward:

- The 4th-quarter signings and converting the strong pipeline into contracts should have a positive impact on 2002 revenue growth.

- We've been through these dynamics before , a slowdown in signings and revenue, followed by a recovery, back with Y2K. But with our skills and capabilities, we will continue to gain share.

- And we expect good growth in 2002

Now, Click on the NEXT button for Chart 12, and I'll discuss eServers and Storage.

In this tough environment, customers continued to be very cautious with their IT spending. We did see continued server consolidation.

Our eServers and storage subsystems, we expect, gained roughly 4 points of market share last year.

zSeries mainframes had their fifth consecutive quarter of revenue growth, a momentum that began with the z900 announcement in October of 2000.

For the year, zSeries revenue grew more than 15%, the first full year of revenue growth since 1989, and a clear recognition of the unique advantages mainframes offer our customers.

Against a very tough comparison, MIPS again grew by double digits, driven by a 35% increase in new application workload, by server consolidation and leveraging Linux. 11% of the MIPS shipped were for Linux.

Later this year, we will bring mainframe functionality to the mid-market, offering our small and medium-sized customers the ability to run new workloads on a z-platform.

pSeries revenue was up more than 35% sequentially, but down nearly 20% when compared to last year's strong 4th quarter.

At the high end, the p690 Regatta, which only began to ship in December, did even better than we expected and was sold out in the quarter.

Entry and mid-range pSeries servers were down significantly year-to-year, yet we still expect to gain share in both of these segments. And, we will further strengthen our technology leadership in these segments by bringing Regatta's Power4 technology to these product lines later this year.

Revenue for the iSeries servers declined, but again we expect to have gained share in the $10 thousand to $1 million server category.

Similar to zSeries, the iSeries benefited from server consolidation and Linux this quarter.

For example, in Japan, a subsidiary of NTT replaced Sun and Oracle with an iSeries model 820, running Linux in a dynamic partition.

ABN AMRO and Caterpillar are two customers who have consolidated multiple servers on iSeries.

xSeries revenue also declined, reflecting the extremely competitive environment in the low-end server market.

In a repeat of the strategy we used in the UNIX market, we are investing in game-changing technologies in IBM's Intel-based servers by adding some of the advanced functions previously available only on high-end servers.

One example is technology developed for mainframes that proactively corrects software and hardware failures before they occur. By reducing repair and downtime, the total cost of ownership is cut by as much as 50% over a five-year period.

Our disk and tape Storage had a good quarter with growth in revenue, margin and profit.

Growth in disk storage was 2% year-to-year, driven by our high-end Shark which grew 6%, in a market declining at approximately 20%.

I have previously spoken with you about our focus on reducing cost and expense, and it is paying off in storage.

> Gross margins for Storage increased both sequentially and year-to-year in this fiercely competitive environment.

> When I talk with customers, they tell me they're looking for networked storage solutions to help reduce cost. And we're seeing over 65% of Sharks being ordered with network-enabled features.

> A recent IDC report shows IBM moving into the number-two position in SAN deployment. This success was driven by our end-to-end focus that includes software, services, interoperability with the leading providers of SAN components, and the strongest lineup of storage hardware we've ever had.

Now click on the NEXT button for Personal and Printing Systems, Chart 13.

Revenue in this Group was down 31% year-to-year at constant currency, although up 4% sequentially from 3rd quarter.

> We lost $17 million in this segment in the 4th quarter as we continued to focus on cost, expense and our go-to-market model.

>> Last quarter 44% of the PC Division's worldwide sales were direct, with 66% in the U.S.

>> We have a target of 50% worldwide for this division in the 1st quarter.

> The improving direct model, continued cost improvements, and initiatives like our recently announced outsourcing agreement with Sanmina-SCI should improve our results.

Now if you'll move to Chart 14, we'll cover Technology.

Revenue for our OEM microelectronics division was down 36% year-to-year, reflecting the continued severe downturn in the semiconductor industry.

> We had a modest sequential up-tick from the 3rd quarter, suggesting we've hit the bottom.

Our customers' inventory of IBM components, which had been about $250 million at the end of both the 2nd and 3rd quarters, was down 50 million by the end of the 4th.

Revenue from Hard Disk Drives was also down year-to-year, yet up sequentially from the 3rd quarter.

As we look into the 1st quarter, we expect to start shipping our three new drives in volume:

- our Discovery II server drive

- Cascade, the new mobile drive we announced in November, the industry's highest-capacity 2.5-inch mobile drive. And,

- Vancouver, the new desktop drive also announced in November, the industry's most power-efficient 7200-RPM desktop drive.

Now click on the NEXT button for Software, Chart 15.

Our software business, at $3.8 billion, was up 8% year-to-year at constant currency.

- Middleware, the majority of our software revenue at more than 80% of the total, grew 10%.

- Operating system revenues declined 2%.

This was another excellent quarter for our software business, in a difficult economy, with broad-based market share gains at the expense of our competitors.

Strong momentum in middleware drove our growth. On a full-year basis, middleware was 11 billion of our $13 billion software business.

Data management, our database, tools, business intelligence and content management business, grew 48% this quarter.

- DB2 database grew 13% in head-to-head growth against our competition,
- And database tools were up 62%.
- Informix also contributed to our growth, and the acquisition is exceeding our expectations. In the 4th quarter alone, 10,000 Informix customers recommitted to IBM, including Sears, Wal-Mart, MBNA and Motorola.

WebSphere, our e-infrastructure middleware, grew 43% this quarter.

- This was significantly faster than any of the competition.
- Giga estimated that, with our share gains in 2001, WebSphere is in a dead heat with BEA for the industry lead.
- We are winning market share through head-to-head benchmarks.
- 50,000 paying customers; 600,000 active developers; 9,000 applications; and 7,000 certified solution providers are driving this tremendous success.
- And our technology leadership will continue to advance with the acquisition of CrossWorlds that was successfully completed this month.

- Although 4th-quarter revenue was down year-to-year in our Tivoli and Lotus businesses, both units had strong growth sequentially. And we are seeing benefits of our restructuring, with improved profitability in both units.

  The strong sequential growth in these units was driven by our regenerated product portfolio.

  In Tivoli:

  - Security software revenue doubled sequentially.

  - And storage management software revenue grew 60% sequentially.

  In Lotus, we are leveraging an 85-million-seat Notes base to fuel growth in next generation collaboration.

  - Advanced collaboration software, including Sametime and Quickplace, nearly doubled sequentially.

  - And in eLearning, IBM delivered distance learning solutions to twice the number of customers as the nearest competitor.

We also had success across platforms:

- Middleware software grew 5% year-to-year on UNIX and NT, while many of our competitors experienced flat or declining revenues.

- Server consolidations for total cost of ownership savings, and our tools business, continue to be growth drivers on host platforms. Middleware on host platforms grew 16% this quarter.

  We continue to aggressively go after the tools market, notably data base and Application Development tools.

Finally, our Strategic ISV Alliance strategy continued to expand, driving more than $1.5 billion of total IBM revenue in the 4th quarter, all at the expense of our competitors.

- We signed four new alliances this quarter, with an increased focus on emerging areas such as Life Sciences.

- We now have a total of 74 alliances signed to date.

We are taking tremendous momentum in our software business into 2002, driven by:

- Best-of-breed technology,

- Our ability to deliver integrated e-business solutions across platforms,

- Share gains, and

- A 10,000-person dedicated software sales force, 56,000 business partners, and a Strategic Alliance Program that IDC calls an industry-leading best practice.

Now, if you'll hit the NEXT button, let me summarize my remarks.

For nearly all of our competitors, 2001 was a difficult year.

For IBM, it was a good year.

Yes, the stock performed well. But what's most important are the reasons behind this performance.

What became more evident in 2001 was the financial strength and competitiveness of our business model, including these three key elements:

- First, with the irrational exuberance associated with the dot-com phenomenon behind us, customers are really starting to expect more of their IT vendors.

    They want real integrated business solutions. And it is important to recognize that, when the economy turns, customers are not going to return to that roll-your-own-IT era.

    Building integrated solutions is a unique core strength for IBM.

    Many of our competitors are trying to find ways to emulate our capabilities, but it is not something that can be simply acquired. It takes years of investment to build this capability.

- Second, we've gained share in key business segments throughout 2001. We now offer better products and services because we exploit both our industry-leading technology and the knowledge that comes from our multi-platform integration experience.

- And the third point that's become more evident is that having a financial core of annuity-like revenue and profit streams gives us more than just stable results. Its associated real cash flow also enables us to continue investing in our growth businesses, further building our lead, while our more market-sensitive competitors must cut investments and overhaul their business models.

Each of these elements is going to serve us very well in 2002.

- The first half of this year, at a minimum, doesn't appear to have a much different economic look to it than what we've just come through.

  So our business model, with its large element of annuity-like profit, is going to retain its advantage.

- And last week, we announced that for the ninth year in a row, IBM was the top producer of patents, far exceeding any of our competitors.

  Using this intellectual property, combined with our ability to build integrated e-business solutions, we expect to gain more share in 2002.

- And most important of all, when the economy picks up, customers will reaccelerate their IT investments in the tough work of building resilient infrastructures and real e-business solutions.

  Our study of 33,000 companies showed that their CEOs and CIOs are going to want integration, not just pieceparts.

2002 is going to be another demanding year, and a tough one to forecast.

Strategists and security analysts are quite undecided about what to expect of earnings growth for the market as a whole, and for the technology sector in particular.

But I said in my opening remarks that we think the consensus for IBM's earnings per share is reasonable, despite the challenging environment. That view rests on three fundamentals:

- As we start the year, we've already got about half of our earnings under contract.

- And we expect that improving our cost structure in our technology group and our PC division can make significant contributions to growing earnings.

- Finally, we expect to gain share in key segments like Software, Services, Storage, and Servers, just as we did in 2001.

There's a notion out there that history will repeat itself, that high-beta stocks may come back when the economy turns. But there will be no telecoms or dot-coms with open checkbooks waiting for them, just traditional companies working hard to improve their competitiveness, our kind of customers.

So 2002 will be another good year to have:

- A strong business model
- Competitive products and services that can gain share, and
- A strong balance sheet and cash flow.

IBM's strategy, our focus and our value proposition are more relevant today than ever.

Now Hervey and I will take your questions.

Thanks, John.

Now, if you'll all go to the next chart, you'll find an index of all our slides that may be helpful during the Q&A.

Before I turn the call over to the operator to give you polling instructions, let me request that you refrain from multi-part questions, to give others some time. As always, we are on a tight schedule.

OK, Mandy -- let's get started.

# EXHIBIT D

IDG Network:   Login   Register



Is the current talent pool of IT professionals poised for leadership?
Register for our Webcast featuring **Thornton May**, IT futurist, and **Don Tennant**, editor-in-chief, *Computerworld*.

## IBM meets Q4 expectations, says forecasts look good

News Story by Clare Haney, IDG News Service

JANUARY 18, 2001

(IDG NEWS SERVICE) - Avoiding the revenue shortfalls that have been plaguing other computer vendors, IBM yesterday reported fourth-quarter financial results in line with expectations and said it also feels comfortable with the forecasts that are in place for this year.

IBM's net income for the quarter ended Dec. 31 was $2.7 billion, up 28% from $2.1 billion in the same period of 1999. The income figure was slightly above an average estimate from a group of 18 financial analysts who were polled by First Call/Thomson Financial. Fourth-quarter revenue totalled $25.6 billion, up 6% from the year-earlier figure of $24.2 billion.

The results from IBM come at a time when rival vendors are being hit by lower-than-expected sales. For example, Apple Computer Inc. yesterday reported a $195 million loss for the latest quarter on revenue that was $600 million below its original expectations (see story). And vendors such as Hewlett-Packard Co. and NCR Corp. have warned that their financial results will be below plan due to slowdowns in sales to corporate users (see story).

With that as a backdrop, John Joyce, IBM's chief financial officer, pronounced himself "pleased" with the company's fourth-quarter results during a conference call yesterday with financial analysts. Joyce said IBM's numbers were an indication that demand from users "has continued to shift in our favor" toward services and away from technology in and of itself.

IBM's services business showed double-digit growth across all of its operating segments in the fourth quarter, with revenue growth especially strong at its Japanese unit, Joyce said. He added that the company ended the quarter with a backlog of $85 billion in service contracts, up from $60 billion at the end of 1999.

Other IBM businesses that reported good revenue growth in the fourth quarter included its mainframe, server and middleware units, according to Joyce. Much of the increase in demand came from users who were installing e-business applications, he noted, saying that the sales growth "wasn't driven by dot-com mania but by serious companies building serious [Internet] infrastructures."

Joyce cautioned that it's too early to tell exactly how this year will shape up. "We don't have a better crystal ball than you do," he told the financial analysts who were listening to the call. But he said IBM is entering the new year with "a sense of confidence" about Wall Street's projections for its financial performance. The company hopes Europe and Asia will act as a "counterbalance" to any economic problems in the U.S., Joyce added.

In related news, subsidiary Lotus Development Corp. of Cambridge, Mass., yesterday said the number of Notes seats worldwide jumped from 56 million a year ago to 78 million today. The official numbers for the third quarter of 2000 had Lotus at 65 million users.

Though Lotus president and CEO Al Zollar has downplayed the competition with rival Microsoft Corp.'s Exchange messaging and collaboration products, he still was pleased to announce the numbers at the closing session of the company's annual user's conference, Lotusphere.

For last year as a whole, IBM reported a 16% increase in net income to $8.1 billion, while revenue grew by just 1% to $88.4 billion. In a statement, Louis V. Gerstner Jr., IBM's chairman and CEO, said he's "[looking] forward to another good year for IBM" during 2001.

Revenue from sales of IBM's hardware grew 10% in the fourth quarter, reaching $11.4 billion. In addition to the increased mainframe and server sales, Joyce said the company's PC unit reported revenue growth and was profitable -- a showing that contrasts with the weak results being reported by PC makers such as Apple and Gateway Inc.

But Joyce added that sales of desktop PCs dropped by about 4% year-to-year in the quarter, and he said IBM executives plan to keep a watchful eye on sales of those machines and demand for PC disk drives.

**Related stories:**

- Intel dubs 2000 a record year, but Q4, near-term future less bright, Jan. 17, 2001

- 3Com planning job cuts after bigger-than-expected loss, Jan. 16, 2001

- HP, Gateway hit by lower-than-expected sales, Jan. 11, 2001

*For more corporate news about technology vendors, head to our Financial News page.*

Reprinted with permission from



For more news from IDG visit *IDG.net*
Story copyright 2005 International Data Group. All rights reserved.



Find out how fast, simple, consistent and
accurate reports can help you improve
your business performance.
**REGISTER FOR A FREE WEBCAST.**





Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Group Inc.

# EXHIBIT E

FILED IN CLERK'S OFFICE Page 1
U.S.D.C. Atlanta

AUG 2 0 2003

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

1

2  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF GEORGIA
3  - - - - - - - - - - - - - - x
   ROBERT L. HOWATT,                :
4
                   Plaintiff,       :
5
       -against-                    :    Index No.
6                                        1:02/CV/2594
   INTERNATIONAL BUSINESS           :
7  MACHINES CORP. d/b/a
   TIVOLI SYSTEMS, INC.,            :
8
                   Defendant.       :
9  - - - - - - - - - - - - - - x

10

11

12

13

14

15        VIDEO DEPOSITION of Defendant, by STEVEN

16  MILLS, a Non-Party Witness taken by Plaintiff at the

17  offices of IBM, One Orchard Road, Armonk, New York, on

18  Friday, June 27, 2003, commencing at 9:06 a.m., before

19  Margaret Merek, a Certified Shorthand (Stenotype)

20  Reporter and Notary Public within and for the State of

21  New York.

22

23

24

25



Page 2

```
 1

 2   A P P E A R A N C E S:

 3

         Messrs. ANDERSON &  DAILEY LLP.
 4               Attorneys for Plaintiff
                 The Prominence Building
 5               3475 Piedmont Road, N.E.
                 Suite 1820
 6               Atlanta, Georgia, New York  30305

 7       BY:  MICHAEL ALAN DAILEY, Esq.

 8

 9

         Messrs. JONES DAY
10               Attorneys for Plaintiffs
                 3500 Sun Trust Plaza
11               303 Peach Street
                 Atlanta, Georgia, New York  30308-3242
12
         BY:  JANIE CONE METCALF, Esq., of Counsel
13
                      -and-
14
                 JORDANA R. STERNBERG, Esq., of Counsel
15

16

17               THE CORPORATION COUNSEL OF IBM
                 Attorneys for Defendant
18               The IBM Building
                 1133 Westchester Avenue
19               White Plains, New York

20       BY:  ADAM POMERANTZ, Esq.

21

22

                 GENERAL COUNSEL SOFTWARE GROUP
23               Attorneys for Defendant
                 Route 100
24               P.O. Box 100
                 Somers, New York  10589
25
```

Page 3

1              Mills

2           IT IS HEREBY STIPULATED AND

3       AGREED that the filing and sealing of

4       the within deposition be, and the

5       same are hereby waived;

6           IT IS FURTHER STIPULATED AND

7       AGREED that all objections, except as

8       to the form of the question, be and

9       the same are hereby reserved to the

10      time of the trial;

11          IT IS FURTHER STIPULATED AND

12      AGREED that the within deposition may

13      be sworn to before any Notary Public

14      with the same force and effect as if

15      sworn to before a Judge of this

16      Court;

17          IT IS FURTHER STIPULATED that

18      the transcript is to be certified by

19      the reporter.

20

21

22

23

24

25

Page 4

Mills

1
2          THE VIDEOGRAPHER:  We are now
3     on the record.  The time is 9:06 a.m.
4     on June 27th, 2003.
5          The this is the videotaped
6     deposition of Steven Mills in the
7     Matter of the Robert L. Howatt versus
8     International Business Machines
9     Corporation d/b/a Tivoli Systems, Inc.
10    under the jurisdiction of the United
11    States District Court, Northern
12    District of Georgia, Atlanta Division.
13         This deposition is being held
14    at One New Orchard Road in Armonk, New
15    York.
16         My name is Sammy Verni and I
17    am the Video Specialist.  The court
18    reporter is Margaret Merek.  We are
19    from Fink & Carney, with offices
20    located at 39 West 37th Street, New
21    York, New York.
22         Will counsel, please,
23    introduce themselves.
24         MR. DAILEY:  Michael Dailey of
25    Anderson Dailey in Atlanta for the

Page 5

1                     Mills

2    Plaintiff, Robert Howatt.

3              MR. FORD:  Mark Ford of the

4    law firm of Anderson Dailey, also, for

5    the Plaintiff, Robert Howatt.

6              MS. METCALF:  Janine Metcalf

7    with Jones Day for Defendant IBM

8    Corporation.

9              MS. STERNBERG:  Jordana

10   Sternberg of Jones Day for IBM

11   Corporation.

12             MR. POMERANTZ:  Adam

13   Pomerantz, In-House Counsel for IBM.

14             MR. ANDEREGG:  Robert

15   Anderegg, Assistant General Counsel

16   with IBM.

17             MS. METCALF:  Before we start,

18   I just want to put on the record that

19   this is pursuant to the Federal Rules

20   of Civil Procedures, that all

21   objections except as to form are

22   preserved until the time of trial and

23   that this witness reserves the right

24   to read and sign the transcript.

25             MR. DAILEY:  Let me, also,

Page 6

```
 1                        Mills
 2          note that I have conferred with Mr.
 3          Ford and I am informed that there was
 4          a continuing stipulation for our
 5          depositions so...
 6                    MS. METCALF:  Thank you.
 7                    THE VIDEOGRAPHER:  Would the
 8          court reporter swear the witness?
 9                    THE REPORTER:  Would you raise
10          your right hand?
11                    THE WITNESS:  (The Witness
12          complied with the request of the court
13          reporter.)
14                    THE REPORTER:  Do you solemnly
15          swear to tell the truth so help you
16          God?
17                    THE WITNESS:  I do.
18   EXAMINATION BY MR. DAILEY:
19        Q    Mr. Mills, my name is Michael
20   Dailey.  I represent, together with my partner,
21   Mark Ford, Robert Howatt, in an action that has
22   been brought against IBM Corporation.
23             I am here to ask you some questions
24   today, about any knowledge and information you may
25   have, in connection with the claims and defences
```

```
 1                        Mills
 2   that have been raised in that case.
 3            If, at any time, sir, the question
 4   that I ask of you is not clear, please, do not
 5   hesitated to interrupt me and let me know of that
 6   fact so I can endeavor to restate and rephrase
 7   that question so that it is clear for you and we
 8   will proceed in that fashion?
 9        A    Okay.
10        Q    Let me, also, just state that if I
11   don't hear from you, that if my question has
12   somehow been unclear to your comprehension or it
13   was confusing or garbled in its delivery, then, I
14   will assume that you've understood the question;
15   is that fair way to proceed?
16        A    (No response)
17            MS. METCALF:  Well, you can
18            assume what you want to assume, I
19            don't know that he can understand what
20            your mind set is.
21            MR. DAILEY:  I am asking the
22            witness to let me know and that if he
23            doesn't tell me, then, I will proceed
24            as if you did understand.
25        Q    Is that a fair way to proceed, Mr.
```

Page 8

1                          Mills

2    Mills?

3            A       (No response)

4                    MS. METCALF:   I object because

5               he can't read your mind, you are

6               calling for speculator.

7                    MR. DAILEY:   I am not asking

8               him to read my mind, I'm asking him to

9               volunteer, during the --

10                   MS. METCALF:   All right.   He

11              will --

12                   MR. DAILEY:   -- course of this

13              deposition, whether he has any

14              difficulty understanding the question.

15                   He has indicated that --

16                   MS. METCALF:   And you've

17              already asked him that and he has

18              indicated so let him (lowers voice).

19                   MR. DAILEY:   He has indicated

20              that he will do that.

21           Q       And, Mr. Mills, I, also, --

22           A       Um-hmm.

23           Q       -- want to understand, from you,

24    that if you do not tell me that you don't

25    understand, is it fair for me to assume that you

Page 9

```
                          Mills
 1
 2   did understand the question?
 3        A      (No response)
 4                 MS. METCALF:  He can't read
 5             your mind so I object to the extent
 6             that your instruction calls for him to
 7             speculate.
 8        Q      You may answer, Mr. Mills.
 9        A      My intent is to ask you to restate
10   the question.
11        Q      If you don't understand?
12        A      If I don't understand the question,
13   I will ask you to restate the question.
14        Q      Thank you, sir.
15               Have you ever given a deposition
16   before, Mr. Mills?
17        A      No.
18        Q      All right.  The process is fairly
19   straightforward, I will ask the questions and you
20   will endeavor to make the responses.
21               As we have done here, if you will
22   continue to make the responses you offer verbally,
23   that will be best, because the court reporter can
24   make certain that she records the answer you
25   desire accurately.
```

Page 10

                              Mills

1
2            We all have a habit of shaking our
3    heads or nodding or saying uh-huh or uh-uh and
4    sometime that's confusing for the court reporter
5    so would you, please, agree, in this deposition,
6    that you will respond audibly, to the questions?
7            A    I will.
8            Q    Just for the benefit of our record,
9    if you could state your full, given name?
10           A    Steven Alan Mills.
11           Q    Okay.  And because our action is
12   pending in the United States District Court for
13   the Northern District of George, I just have a
14   housekeeping detail to ask of you:  Do you have
15   any relatives who reside in the metropolitan
16   Atlanta area, sir?
17           A    I have a cousin.
18           Q    Okay.  And what is that person's
19   name?
20           A    It's Ann Rizzo.
21           Q    And how do you spell Ms. Rizzo's --
22           A    (Continuing)  Actually, that's her
23   maiden name, I forget what her husband's name is.
24           It will, probably, come back to me,
25   as to what her husband's name is.  I know her as

Page 11

```
                              Mills
 1
 2   my cousin.
 3        Q      Okay.  And her maiden name was
 4   Rizzo?
 5        A      Rizzo, yes.
 6        Q      And how do you spell Rizzo?
 7        A      R-I-Z-Z-O.
 8        Q      And she is married to a gentleman
 9   living in Atlanta?
10        A      Yes.
11        Q      And what is his first name?
12        A      Joe.
13        Q      Joe?
14        A      (No further response.)
15        Q      Okay.  Any other relatives?
16        A      Let's see, I've got an uncle.
17        Q      Okay.  And what's his name?
18        A      Donald Rizzo.
19        Q      Also living in Atlanta?
20        A      The Atlanta area, yes.
21        Q      Okay.  What town is he in?
22        A      He is somewhere directly in Atlanta,
23   in one of the suburbs.
24        Q      All right.  And anyone else?
25        A      That's it.
```

Page 12

1                          Mills

2          Q     Okay.  Are you employed, sir?

3          A     I am.

4          Q     And by whom are you employed?

5          A     IBM.

6          Q     What position do you have with the

7   IBM company?

8          A     I am the Senior Vice President and

9   Group Executive for IBM Software Group.

10         Q     How long have you held that

11  position?

12         A     August of 2000.

13         Q     How long have you been employed by

14  the IBM Corporation?

15         A     For 29 and a half years.

16         Q     During that 29 and half year tenure

17  with the company, is it fair to say that you have

18  held several positions in the company?

19         A     Yes.

20         Q     Okay.  Have the positions that

21  you've held, sir, been in the field of sales?

22         A     Sales was one of them.

23         Q     And, if we may, can we enumerated

24  the various areas of the corporation in which you

25  have held positions?

```
                              Mills
1
2          A       In sales, in planning, in finance,
3   in development.
4          Q       Of those 29 and half years,
5   approximately, how many years were in positions
6   related to sales?
7          A       Officially, my sales job was in the
8   field in New York City from 1974 through 1981.
9          Q       Okay.  At that time, were you
10  involved in the actual sale and marketing of IBM
11  products?
12         A       Yes.
13         Q       Were these hardware systems that you
14  were selling, at that particular time?
15         A       Hardware and software.
16         Q       What kind of software systems were
17  you engaged in selling, at that time?
18         A       The software that we had running on
19  the hardware, at that particular point in time.
20         Q       And the hardware that you were
21  selling, was this large mainframe computer
22  hardware?
23         A       Both large mainframe computer
24  hardware as well as peripheral devices and other
25  systems, that we were selling during that period
```

Page 14

Mills

1     of time.

2            Q      All right.  Sir, when you were

3     engaged in holding positions having to do with

4     planning, approximately, what period of time was

5     that?

6            A      1981 through 1987.

7            Q      All right.  Can you describe, for

8     the ladies and gentlemen of the jury, briefly, the

9     work that you were engaged in, in your various

10    planning positions?

11           A      Generally, related to market

12    analysis, product line planning, volume planning,

13    business projections.

14           Q      In working on the business

15    projections, were you, actually, yourself,

16    personally responsible for delving any of those

17    projections?

18           A      Yes.

19           Q      Do you have any background or

20    training in financial planning and in business

21    projection work?

22           A      No.

23           Q      I didn't ask you but do you have any

24    advanced degrees?

Page 15

```
 1                         Mills
 2        A      No.
 3        Q      Did you attend any university or
 4  college?
 5        A      I did.
 6        Q      Where was your education?
 7        A      Union College, Schenectady, New
 8  York.
 9        Q      And when you attended Union College
10  in Schenectady, what course of study did you
11  pursue?
12        A      Psychology.
13        Q      What kinds of business projections
14  were you engaged in working on, during your
15  various planning positions?
16        A      Projecting the market
17  characteristics the sales prospects against those
18  markets, for the different types of products that
19  we were producing, at that time.
20        Q      All right.  Did you work with other
21  IBM employees in developing these projections?
22        A      Yes.
23        Q      And where any of these individuals
24  trained in statistics or business forecasting?
25        A      It's possible that some were, --
```

Page 16

```
 1                          Mills
 2        Q     Was there an organization --
 3        A     -- I don't recall.
 4        Q     -- or a department that was
 5   principally responsible for generation of business
 6   projections for the company, at or about this
 7   time?
 8        A     (No response)
 9              MS. METCALF:  And this time
10        meaning 1981 to 1987?
11              MR. DAILEY:  That's correct.
12              THE WITNESS:  (Responding)
13        Yes, there were multiples.
14        Q     And which were those?
15        A     Each one of the functional units in
16   the company would do this type of work and, then,
17   corporate would, also, do work of a related
18   nature.
19        Q     How often were these projections
20   prepared, during the 1981 to 1987 period?
21        A     Constantly.
22        Q     Did the company prepare annual
23   projections?
24        A     Yes.
25        Q     And would it, then, revise those
```

Page 17

```
 1                      Mills
 2   projections, as a particular fiscal year was --
 3          A      We would revise --
 4          Q      -- (Undiscernible)?
 5          A      -- them throughout the year.
 6          Q      And, I believe, you told me you held
 7   positions in the area of financial; is that
 8   correct?
 9          A      Um-hmm.
10          Q      And what period of time was that?
11          A      1989 through 1992.
12          Q      What were you doing between 1987 and
13   1989?
14          A      (Pause)  It was planning related
15   jobs, involved with parts of the company putting
16   out product, --
17          Q      Who --
18          A      -- product planning, product
19   marketing.
20          Q      It was, also, an IBM position?
21          A      Yes.
22          Q      Okay.  In finance, what were your
23   basic responsibilities and duties?
24          A      I had multiple jobs during that time
25   period.  And, again, it's financial analysis,
```

Page 18

```
 1                      Mills
 2  budgeting, budget planning, standard controller
 3  types of activities, investment planning.
 4          Q     In the course of performing your
 5  work, in the finance section of the company or in
 6  positions that had to do with finance, were you
 7  offered the opportunity to undergo any additional
 8  training at IBM, in this, particular, area?
 9          A     No.
10          Q     Have you attended any IBM training
11  during the course of your career?
12          A     Yes.
13          Q     And what general areas has such
14  training encompassed?
15          A     Sales training and product training.
16          Q     Okay.  All right.  From 1992 on, did
17  you move to positions that had to do with
18  development?
19          A     Yes.
20          Q     Okay.  And what kind of positions
21  were you performing there?
22          A     In 1993 I ran one of our development
23  laboratories.
24          Q     What was the name of that
25  laboratory?
```

Page 19

                                    Mills

1

2          A       That's our Santa Teresa, Silicon

3    Valley laboratory.

4          Q       And how long did you serve in that

5    position?

6          A       For about nine months.

7          Q       Okay.  Did you have other

8    development positions?

9          A       No.

10          Q       While you were serving as a sales

11    representative for the company in New York City,

12    were you ever the recipient of any sales awards or

13    designations, by virtue of your sales performance?

14          A       I received normal sales

15    compensation.

16          Q       Does IBM -- did IBM, at that time,

17    offer any awards in addition to sales

18    compensation, to its sales --

19          A       Yes.

20          Q       -- representatives?

21          A       Yes.

22          Q       What kinds of awards were those?

23          A       They were cash awards.

24          Q       All right.  If I follow the

25    chronology correctly, from, approximately, 1993 on

Page 20

```
 1                          Mills
 2   you've held other positions within the company,
 3   that fall outside --
 4          A     Um-hmm.
 5          Q     -- these various sales planning,
 6   finance and development domains; is that right?
 7          A     Not exactly.  In 1993 I became
 8   Division General Manager, which includes all of
 9   the above.
10          Q     Meaning you were responsible for all
11   of those --
12          A     Right.  Activities, --
13          Q     -- areas of operations?
14          A     -- yes.
15                (Pause)  All of the various tasks
16   were part of my general manager assignment.
17          Q     And how long did you serve as
18   Division General Manager, sir?
19          A     1993 until -- this was two -- 1999.
20          Q     All right.  And, then, in 1999 did
21   you move to a difference position?
22          A     I took over as the head of Strategy
23   Planning for the Software Group.
24          Q     How long did you serve in that
25   position?
```

Page 21

                              Mills

1

2        A      Until August of 2000.

3        Q      When you accepted your current

4   position?

5        A      Um-hmm.

6        Q      As head of the Strategy Planning for

7   the Software Group, what kind of projects were you

8   engaged in?

9        A      Market analysis, portfolio

10  management, investment decision-making.

11       Q      At any time during your career,

12  Mr. Mills, have you been responsible for the

13  development of sales plans that would be

14  applicable to IBM salespersons in the field?

15       A      Yes.

16       Q      At what periods of time were you

17  engaged in that kind of activity?

18       A      From August of 2000 forward.

19       Q      Okay.  Could you describe for us,

20  please, the nature of your involvement in the

21  development of those sales plans?

22       A      What I do is, I look at the

23  structure of the sales plan and review the

24  competitiveness of the sales plan versus other

25  companies in the industry.

Page 22

Mills

1

2  Q    Do you have a member of your staff

3  who, actually, creates a working document, from

4  which you can, then, evaluate its structure?

5  A    Yes.

6  Q    Who are those persons on your staff,

7  that are engaged in that activity?

8  A    Those people keep changing over a

9  period of time and the most recent person doing

10  that has left to move on to a different job and

11  we're moving a new person in.  It changes every

12  year.

13  Q    In 2001 do you know who was

14  performing that work?

15  A    No, I can't remember.

16  Q    When you came in August of 2000, do

17  you know who was doing that work for you, as you

18  assumed your position then?

19  A    No.

20  Q    Was this one individual or were

21  there a series of individuals working on the

22  document?

23  A    A series of.

24  Q    All right.  And, typically, would

25  you try to have this sales plan review process

Page 23

Mills

```
 1                         Mills
 2   completed by a date preceding the next fiscal
 3   year?
 4         A     Before year end.
 5         Q     Okay.  Does IBM maintain its fiscal
 6   year corresponding to the calendar year?
 7         A     Yes.
 8         Q     So it began its fiscal year on
 9   January 1 of each year and ends on December 31 of
10   each year?
11         A     Right.
12         Q     So would the sales plan go through
13   it's various iterations and review by you and
14   approval by, what, sometime in December, of the
15   year preceding?
16         A     (No response)
17               MS. METCALF:  Objection to
18         form.
19         Q     You can answer.
20         A     I'd finish up within the current
21   year, for the year yet to begin.
22         Q     Well, for example, we're in 2003
23   today, has your staff begun work yet on the 2004
24   sales plan?
25         A     No.
```

Page 24

Mills

1

2      Q      When will they commence that work?

3      A      Late August/September.

4      Q      And when will you endeavor to have

5    that process of development and review and

6    approval completed?

7      A      Late November, December.

8      Q      Is that, typically, the time line

9    you follow for each year?

10     A      Yes.

11     Q      All right.  So for the sales plan

12   that would have been in effect for 2001, in the

13   IBM Software Group, you would have endeavored to

14   have completed your review in the

15   November/December 2000 period; is that right?

16     A      Right.

17              MS. METCALF:  Objection to the

18           form.

19              MR. DAILEY:  What's your

20           objection?

21              MS. METCALF:  You've got to

22           give me a second to get it.

23              MR. DAILEY:  I'm sorry, what

24           was it?

25              MS. METCALF:  I believe, he

Page 25

```
 1                    Mills
 2        said he couldn't remember,
 3        specifically, so you are asking him
 4        hypothetically, at this point.
 5                    MR. DAILEY:  I don't think so
 6        but let me go back and make sure that
 7        we have that clear.
 8        Q     Mr. Mills, would, for fiscal year
 9   2001, the development of the software sales plan
10   process have begun and concluded in the
11   November/December 2000 period?
12        A     (No response)
13                    MS. METCALF:  Objection to
14        form.
15                    Also, to the extent that
16        you're referring to his piece of it.
17        You're asking about the whole plan, he
18        says he is involved in development, he
19        didn't say he is the one who,
20        actually, finalizes and puts it out.
21        Q     Mr. Mills, are you responsible for
22   approving of the sales plan?
23        A     I am one of the approvers of the
24   sales plan.
25        Q     Who are the approvers, in addition
```

Mills

1

2  to yourself?

3          A      Myself, Mike Lowry (Phonetic).

4          Q      What position does Mr. Lowry hold?

5          A      And that's in the current period,

6  back in that timeframe, he was in a different

7  assignment.

8          Q      In the calendar Year 2000 who else,

9  in addition to yourself, would have had the

10  responsibility for approving the sales plan?

11          A      That would have been Bill

12  Etherington (Phonetic).

13          Q      Okay.  And what position did Mr.

14  Etherington have, at that time?

15          A      Sales responsibility for geographic

16  sales structures.

17          Q      Anyone else, besides yourself and

18  Mr. Etherington?

19          A      No.

20          Q      So, returning to my original

21  question:  Would you and Mr. Etherington endeavor

22  to have completed the development review and

23  approval of the 2001 sales plan by November or

24  December of 2000?

25          A      (No response)

```
 1                        Mills
 2              MS. METCALF:  Same objection.
 3              You can answer.
 4        Q     You may answer.
 5        A     (No response)
 6                   MS. METCALF:  You may answer.
 7                   THE WITNESS:  (Responding)
 8           Yes.
 9                   MR. DAILEY:  Okay.
10        Q     When you undertake a review of the
11   sales plan, I believe, you testified, previously,
12   that you examine it for structure and you are
13   interested in review of it for its
14   competitiveness; is that correct?
15        A     Yes.
16        Q     When you say "structure," can you
17   elaborate what it is you are referring to?
18        A     There is a whole series of things
19   you look at in a sales plan, as to the different
20   categories of jobs that people hold and what the
21   leveraged compensation would look like, within
22   those job categories, so the plan is a above their
23   salary, it's the leveraged part of their
24   compensation.
25        Q     Is this the incentive based --
```

Page 28

Mills

1

2    A    Incentive.

3    Q    -- portion?

4    A    Yes.

5    Q    All right.  And when you look at the

6    plan, for purposes offer evaluating its

7    competitiveness, could you assist us in

8    understanding what that process involves?

9    A    We try to understand what the

10   conditions of the market are, at that point in

11   time, and how our sales plan compares to the best

12   information we can gather, on the way other

13   companies are constructing sales plans.

14   Q    Okay.  Do you employ or utilize the

15   service of outside consultants, in making that

16   kind of review?

17   A    IBM does.

18   Q    Okay.  Does IBM utilize any

19   internally employed plan consultants, in that

20   review process?

21   A    All people are employees that work

22   on this.

23   Q    But are there any of those employees

24   who are dedicated to the task of being as

25   conversant and as well inform as they can, about

Page 29

```
1                        Mills

2    sales plans, --

3            A      No.

4            Q      -- generally?

5            A      (No further response.)

6            Q      In addition to Mr. Etherington and

7    yourself, in this Year 2000 period, which

8    individuals would have been assisting you, in

9    working on the sales plan, from a staffing

10   standpoint?

11           A      My head of sales at the time.

12           Q      Who was that person, please?

13           A      Daniel Lautenbach.

14           Q      Okay.  Was Mr. Lautenbach

15   responsible for world-wide sales, at that,

16   particular, time?

17           A      For software.

18           Q      For software?

19           A      (No further response.)

20           Q      Anyone else, in addition to Mr.

21   Lautenbach?

22           A      The staff people that work on these

23   things.

24           Q      When approval is, actually,

25   effectuated for a sales plan, is there a formal
```

Mills

1
2  document that you and Mr. Etherington, at that
3  time, execute or did execute, to indicate your
4  approval?
5       A    No.
6       Q    How would the approval be, in
7  effect, implemented?
8       A    We review the plan, as it has been
9  constructed, and agree it's the one we want to go
10 ahead with.
11      Q    Okay.  And at that point in time, do
12 you proceed to prepare for it's dissemination and
13 publication to the sales field?
14      A    I don't.
15      Q    Who does that work, please?
16      A    The staff people.
17      Q    Okay.  And who, on your staff, is
18 responsible for executing that, particular, piece?
19      A    I don't know.
20      Q    Once the sales plan is completed and
21 disseminated to the sales field, do you have
22 any -- did you, for example, in the end of Year
23 2000/beginning of 2001, have any role in
24 describing its particulars, to members of the IBM
25 Software Group sales force?

                              Mills

1

2          A     No.

3          Q     Do you deliver any speeches or any

4    addresses, that are to IBM salespersons, that

5    have, as either its single focus or part of a

6    general topic focus, the description of the sales

7    plan?

8          A     I do but that's not the purpose of

9    the speech.

10         Q     Okay.  Do you give an annual speech

11   to the sales team?

12         A     Yes.

13         Q     Is this in conjunction with a

14   Kick-Off sales event?

15         A     Yes, it is.

16         Q     Does IBM, typically, host a Kick-Off

17   sales event on an annual basis?

18         A     Yes.

19         Q     And when is that Kick-Off event,

20   typically, scheduled?

21         A     January.

22         Q     So for the 2001 sales plan, would

23   that have been in January 2001, that there would

24   have been a Kick-Off event?

25         A     Yes.

1                        Mills

2          Q      Do you recall where the Kick-Off

3   event for 2001 was conducted?

4          A      There are three of them.

5          Q      There are three?

6          A      Um-hmm.

7          Q      And they are all -- do they all

8   occur during the month of January?

9          A      January, early February.

10         Q      Okay.  Where were those three event

11  conducted?

12         A      The Americas event was in Orlando,

13  Florida.

14         Q      All right.  Was that on or about

15  January 20, 2001?

16         A      I don't know what the date is.

17         Q      Okay.  And, then, --

18         A      (Continuing)  Other geographies are

19  different places.

20         Q      And the other two events, where were

21  they held?

22         A      The European event was Dubai and I

23  can't recall where the Asian event was.

24         Q      Was it held outside the United

25  States?

Page 33

```
                              Mills
 1
 2          A      Yes.
 3          Q      Okay.  Do you appear at each of the
 4   three events?
 5          A      I try to.
 6          Q      In 2001, do you know if you appear
 7   at all three?
 8          A      I can't remember.
 9          Q      Did you appear at the Orlando event,
10   --
11          A      Yes.
12          Q      -- Kick-Off for the Americas?
13          A      (No further response.)
14          Q      Did you deliver --
15          A      Yes.
16                      MS. METCALF:  You have to let
17              him answer -- finish the question and
18              you need to let him finish his answers
19              or we're going to have a hard time
20              with our court reporter.
21          Q      Did you attend the North -- the
22   Americas Kick-Off event in Orlando, Florida, in
23   January of 2001?
24          A      Yes.
25          Q      Okay.  Did you deliver an address,
```

Page 34

                            Mills

1
2   at that time?
3           A       Yes.
4           Q       And who was the audience to whom you
5   were speaking, at that event?
6           A       The Americas Sales Team.
7           Q       Approximately, how many were in
8   attendance?
9           A       5,000.
10          Q       And that sales team, did it include
11  direct sales representatives?
12          A       Yes.
13          Q       Did it include any managers for
14  those sales representatives?
15          A       Yes.
16          Q       Did it include any other categories
17  of employees?
18          A       No.
19          Q       How long did the meeting in Orlando,
20  Florida last?
21          A       Four days.
22          Q       And during that four day period,
23  what kind of information is communicated, to those
24  in attendance?
25          A       (No response)

```
1                    Mills
2            MS. METCALF:  Objection to
3        form and foundation.
4                You can answer.
5            MR. DAILEY:  Just so there is
6        --
7            THE WITNESS:  (Responding)
8        Training.
9        Q    Just so that there is no technical
10   objection left on the record:  Is there
11   information communicated, over the four day
12   period, to the attendees?
13       A    Yes.
14       Q    Okay.  And if you would, please,
15   tell me what that information is?
16       A    Training.
17       Q    And what kind of training, sir, is
18   that?
19       A    Technical training.
20       Q    Is this in terms of how to perform
21   sales functions?
22       A    Yes.
23       Q    Anything else, besides the technical
24   training information?
25       A    How the products work.
```

Page 36

                              Mills

1

2        Q       Okay.  Anything else?

3        A       The sales process, people are

4    trained on.

5        Q       And by "sales process," what are you

6    referring to?

7        A       The process by which you identify

8    opportunity, record the opportunity, manage the

9    opportunity.

10       Q       And does IBM have a system whereby

11   sales representatives are able to record sales

12   opportunities?

13       A       Yes.

14       Q       And what is that mechanism?

15       A       Something called OMSYS (Phonetic).

16       Q       Is that an acronym that you're

17   referring to?

18       A       System acronym for where you enter

19   the data.

20       Q       Is this a software application?

21       A       Yes.

22       Q       Is this developed internally, at

23   IBM?

24       A       Yes.

25       Q       And, basically, does it permit the

Page 37

Mills

1

2    sales representative to utilize a computer to

3    input information regarding sales prospects and

4    what they may project to be the potential of that

5    sales opportunity?

6         A     Yes.

7         Q     Is that information, then, made

8    available to other employees and managers in the

9    IBM Software Group?

10        A     Managers.

11        Q     Are they the only persons who can

12   access the database?

13        A     Yes.

14        Q     And do I understand, then, sir,

15   it's, basically, part of their sales

16   representatives required way of conducting

17   business, that once such an opportunity is

18   identified, they must input that information into

19   system?

20        A     (No response)

21             MS. METCALF:  Objection to

22        form and foundation.

23             You can answer.

24             MR. DAILEY:  I'll repeat --

25             THE WITNESS:  (Pause)

Page 38

1                          Mills

2              (Responding)  We --

3                   MR. DAILEY:  -- the --

4                   THE WITNESS:  Go ahead.

5                   MR. DAILEY:  I'll repeat the

6         question.

7              Q     Is it a requirement of the sales

8    representative, that once an opportunity is

9    identified, that they input this information into

10   the application you've just described?

11             A     They are asked to.

12             Q     Do you, generally, get compliance

13   from the sales field, in that respect?

14             A     Generally.

15             Q     Does the managerial group use this

16   database information for any particular purposes?

17             A     Yes.

18             Q     What purposes are those?

19             A     To understand what the field is

20   working on.

21             Q     All right.  Is any of that

22   information used to revise any of the business

23   projections that you were making reference to, in

24   an earlier part of your testimony this morning?

25             A     (No response)

Page 39

```
  1                    Mills
  2             MS. METCALF:  Objection to
  3        form.
  4             THE WITNESS:  (Responding)
  5        Well, I can't, really, answer the way
  6        you're asking it.
  7        Q     Well, let me ask it this way, if I
  8   may:  Does the IBM Software Group construct
  9   forecasts of sales for a given fiscal year?
 10        A     Yes.
 11        Q     And who has responsibility for the
 12   construction of those forecasts?
 13        A     Staff does.
 14        Q     Okay.  Do you have responsibility
 15   for overseeing and managing that process?
 16        A     Yes, eventually, since everybody
 17   reports to me.
 18        Q     I understand that.
 19             And are those forecast numbers
 20   provided to you, for final review?
 21        A     Yes.
 22        Q     And when you undertake your final
 23   review, do you, then, render an approval that this
 24   is our official forecast, for the upcoming fiscal
 25   year?
```

Page 40

Mills

1

2      A      Yes.

3      Q      And do you communicate that forecast

4   information to managers in the IBM Software Group?

5      A      Yes.

6      Q      Okay.  Now, returning to my earlier

7   question:  When you have your managers review the

8   application, by which the salesperson's input

9   information concerning sales prospects and

10  potential, is that information used by your staff

11  or yourself to revise any of the forecasts that

12  you've, previously, developed and approved?

13     A      Yes.

14     Q      Okay.  How often does that revision

15  or revising process take place?

16     A      Every month.

17     Q      Every month?

18     A      (No further response.)

19     Q      Okay.  Now, in addition to utilizing

20  that information for purposes of revising business

21  forecasts, is that information used for any other

22  purpose, of which you're aware?

23     A      No.

24     Q      Okay.  Do managers use that

25  information, in your experience, to assist

Page 41

                              Mills

1

2   salespersons who are either having difficulties

3   with a particular sales prospect or have

4   identified a particularly large opportunity, that

5   a sales transaction might yield?

6            A      (No response)

7                      MS. METCALF:   Objection to

8            form.

9                      Lack of foundation.

10                     You can answer.

11                     THE WITNESS:   (Responding)

12           Yes.

13           Q      So, then, it's both a tool for

14   assembling information and a tool for managers to

15   use, in identifying where problems may exist, so

16   that they can, then, address them?

17           A      Yes.

18           Q      While we're talking about the

19   subject of forecasting, Mr. Mills, does the IBM

20   Software Group construct forecasts regarding the

21   commissions that would be payable, in a given

22   fiscal year, to members of the sales force?

23           A      No.

24           Q      Does it establish anything that are

25   referred to as commission budgets?

Page 42

                            Mills

1

2        A     Yes.

3        Q     Okay.  And are these budgets, then,

4   not viewed as forecasts, in any way?

5        A     No.

6        Q     What are the budgets meant to

7   represent?

8        A     They are a planning mechanism.

9        Q     And by "a planning mechanism," is

10  that so that the IBM Software Group can have some

11  compensation, about what kinds of expenses it will

12  be paying, by way of earnings, in the given fiscal

13  year?

14       A     Standard budgeting.

15       Q     How is the commission budget

16  constructed?

17       A     The same way all budgets are

18  constructed.

19       Q     What factors go into yielding the

20  numbers that comprise the commission budget?

21       A     We have number of people and you

22  have a plan for the year and you look at the

23  number of people and what business plan you have

24  and you, then, construct a budget from that number

25  of people and from that business plan, as you do

Page 43

Mills

1

2  for all elements of the budgeting process.  It's a

3  people-based organization.

4         Q     Now, when you are constructing the

5  budget, are you attempting to forecast what you

6  will be paying to those individuals, as

7  commissions?

8         A     (No response)

9                     MS. METCALF:  Objection to

10              form.

11                     THE WITNESS:  (Responding)

12              No.  No, you're constructing the

13              budget so that you have an

14              understanding of where you think

15              you're going to be spending your

16              money, in a given year.

17         Q     And one of the areas in which you

18  are trying to ascertain where you think you will

19  be spending your money would be commissions

20  payable --

21         A     People.

22         Q     -- to sales --

23         A     Yes.

24         Q     -- representatives?

25         A     People.

Page 44

Mills

1

2       Q       Does the IBM Software Group make any

3  assumptions, when constructing the commission

4  budget, about what percentage of its sales force

5  will be successful in meeting sales quotas

6  assigned to them?

7       A       Yes.

8       Q       Is there any working rule of thumb

9  that the IBM Software Group utilizes, in terms of

10  what it anticipates will be that percentages of

11  its sales force who will attain their quota?

12       A       There is always a methodology by

13  which you try to figure out who will to better,

14  who will do equal, who will do worse.

15       Q       Okay.  And what methodology does the

16  IBM Software Group employ?

17       A       History.

18       Q       Based on the history, what

19  percentage of your sales force do you, generally,

20  anticipate will do better than the quotes that

21  they are assigned?

22       A       I don't know.

23       Q       You do not know?

24       A       I do not know.

25       Q       Have you seen this information?

Page 45

```
 1                          Mills
 2        A      Yes.
 3        Q      And when it's presented to you, is
 4  it presented in some sort of document recap?
 5        A      I'm not sure I can answer that --
 6        Q      In a writing --
 7        A      -- question.
 8        Q      Is it in a writing of some kind?
 9        A      No.
10        Q      Okay.  And you've seen this
11  information or confronted this information; in
12  what format have you seen it or confronted it?
13        A      On a chart.
14        Q      And who is preparing such a chart?
15        A      The staff.
16        Q      Is this a chart that's presented to
17  you, in the course of a meeting, in a conference
18  room, for example?
19        A      Yes.
20        Q      Is it a chart that's presented as an
21  appendance, appendix to a written report or --
22        A      No.
23        Q      -- memorandum?
24        A      (No further response.)
25        Q      Is it reduced to paper format?
```

Page 46

Mills

1

2      A     No.

3      Q     Is written on a white board?

4      A     Yes.

5      Q     Okay.  And is there ever any final

6  record of that white-board presentation or chart

7  maintained?

8      A     I don't know.

9      Q     When -- obviously, you're referring

10 to some personal experience, when have you seen

11 such a white-board presentation?

12     A     When we lay out the sales plan, in

13 the fall.

14     Q     Do you have any, based on your own

15 experience as a sales representative and as an,

16 ultimate, executive in the IBM Software Group, do

17 you have any experience and understanding as to

18 what percentage of your sales force is not

19 successful in obtaining its sales quota?

20     A     (No response)

21               MS. METCALF:  Objection to

22          form.

23               Vague.

24               THE WITNESS:  (Responding)

25          What year?

1                    Mills

2        Q    Let's go back to 2001; how's that?

3        A    Don't know the answer.

4        Q    How about 2002?

5        A    Don't know the answer.

6        Q    Do you have any estimates, based on

7   the experience you've had and in your position in

8   the last 2 --

9        A    It varies --

10       Q    -- 1/2 years?

11       A    -- widely, by year.

12       Q    And what percentage variance have

13  you experienced?

14       A    I can't give you an exact number.

15       Q    I'm not asking for an exact number,

16  I'm asking for your best information.

17       A    (No response)

18                 MS. METCALF:  Objection.

19                 Calls for speculation.

20                 You can answer.

21                 THE WITNESS:  (Responding)

22            You can have, it's all over the lot,

23            in terms of what happens.  There is no

24            exact science to any of this.

25       Q    All right.  I'm just asking you to

```
 1                          Mills
 2    share with me what you do know.
 3          A     (No response)
 4                    MS. METCALF:  Objection.
 5                    Calls for speculation.
 6                    THE WITNESS:  (Responding)
 7               You could have 10 percent over, you
 8               could have 20 percent over.
 9          Q     Have you had such figures, in your
10    own experience, while working here, at the IBM
11    Software Group?
12          A     Yes.
13          Q     Return, for a moment, if we may, to
14    the Kick-Off sales event for the Americas in
15    January of 2001:  You've testified, previously,
16    that you gave an address at that, particular,
17    event; is that right?
18          A     Yes.
19          Q     And what did you communicate to the
20    members of the sales force and their managers, in
21    your address that year?
22          A     I spoke about what we were trying to
23    accomplish, as an organization.
24          Q     And were there some specific
25    business objectives, for 2001, that had been
```

Page 49

<pre>
                            Mills
 1
 2     detailed?
 3           A      Not in my -- no.
 4           Q      You didn't speak about those in your
 5     presentation?
 6           A      No.
 7           Q      Okay.  But I thought you said, just
 8     a moment ago, that you talked to them about what
 9     business objectives you hoped to accomplish?
10           A      Winning.
11           Q      Winning?
12           A      We talked about winning.
13           Q      Okay.  And when you spoke to them
14     about winning, precisely or generally, what was it
15     that you were sharing with them?
16           A      I talked to them about beating our
17     competitors.
18           Q      Was your address designed to be
19     inspirational to the sales team?
20           A      That was my hope.
21           Q      Were you hoping to motivate them to
22     generation revenue for the company?
23           A      Yes.
24           Q      Had the company established a
25     business plan for 2001, by the time --
</pre>

Page 50

Mills

1

2        A     Yes.

3        Q     -- you addressed the group in

4   January?

5        A     (No further response.)

6             MS. METCALF:  Objection to

7        form.

8             You can answer.

9             THE WITNESS:   (Repeating)

10       Yes.

11       Q     Did the business plan, that had been

12   established for the IBM Software Group for 2001,

13   contain revenue objectives?

14       A     Yes.

15       Q     Did you consider those revenue

16   objectives to be aggressive ones?

17       A     Yes.

18       Q     Okay.  So does that account for the

19   fact that you were hoping to deliver a message

20   that would be inspirational to your sales team and

21   encourage them to go out and Win that revenue, for

22   the company?

23       A     Why would a business set an

24   unaggressive plan?

25       Q     I think, that's a point well taken,

```
 1                     Mills
 2  sir.
 3              Now, in you're remarks, were you
 4  describing to the sales representatives in
 5  attendance and their managers, anything about the
 6  sales plan that had been developed for them, as
 7  they pursued their work?
 8         A     No.
 9         Q     Did you make any comments regarding
10  the nature of the plan?
11         A     Yes.
12         Q     And what were the comments that you
13  delivered?
14         A     That we had a better plan in 2001
15  than we had in 2000.
16         Q     And by "better," do you mean that
17  you felt it contained greater incentives to the
18  sales force?
19         A     Yes.
20         Q     What kinds of incentives did you
21  think the 2001 plan encompassed, that the 2000
22  plan had not?
23         A     I didn't share any detail.
24         Q     But I'm just asking you, as we sit
25  here today, even though you may not have shared
```

Page 52

```
 1                         Mills
 2   that detail, what were the differences?
 3         A      The plan offered leverage
 4   opportunities.
 5         Q      And by "leverage opportunities,"
 6   what do you mean?
 7         A      Meaning that the sales force would
 8   see the plan as one that delivered good earnings
 9   to them.
10         Q      Did the sales plan contain a
11   commission feature, as sales plan may have done in
12   past years with IBM?
13         A      They are a commission plan, --
14         Q      All right.
15         A      -- those words are interchangeable.
16         Q      Okay.  At IBM Software Group do most
17   of the salespersons have any kind of base salary
18   compensation, that they receive?
19         A      Yes.
20         Q      And is that, generally, true, in all
21   instances?
22         A      Yes.
23         Q      And, then, in addition to that, do
24   they have a sales plan that allows them to earn
25   additional income, based upon their performance?
```

1                          Mills

2          A    Yes.

3          Q    Okay.  And is that additional income

4   that they earn, under the sales plan, calculated,

5   with reference to sales transactions, for which

6   they are transaction responsible, either in

7   attracting or closing?

8          A    (No response)

9               MS. METCALF:  Objection --

10              THE WITNESS:  (Responding)

11         Yes.

12              MS. METCALF:  -- to form.

13              MR. DAILEY:  I'm sorry, what

14         was your objection?

15              MS. METCALF:  I said:

16         "Objection to form."

17              You are talking, generally,

18         the sales plan and, as you know, there

19         is different components for different

20         types of salespeople and so it's hard,

21         when you're asking him about it, it

22         was unclear if you are asking about a

23         specific type of salesperson or not.

24              MR. DAILEY:  I think, it was

25         clear, to Mr. Mills.

Page 54

Mills

1

2      Q      My question was clear to you; wasn't

3  it, sir?

4      A      Yes.

5      Q      All right.  Were there any

6  particular accelerator provisions contained in the

7  2001 sales plan?

8      A      I can't answer that.

9      Q      Is that because you --

10     A      Don't know.

11     Q      -- don't know?

12     A      (No further response.)

13     Q      Well, when you made reference, in

14  your remarks, to the fact that the sales plan for

15  2001 contained leverage opportunities, did you

16  mean or make reference, in so stating, to any

17  mechanisms in the plan that would increase the

18  totality of their compensation?

19     A      I don't recall.

20     Q      Were there any videographers in

21  attendance, like here, today, recording your

22  remarks, in January 2001?

23     A      Yes.

24     Q      Do you know if there was a written

25  statement of your remarks made?

Page 55

1                        Mills

2        A     I don't know.

3        Q     Have you seen one?

4        A     No.

5        Q     Have you seen the videotape of your

6   remarks?

7        A     No.

8        Q     Do you know -- do you know who was

9   responsible for recording the video?

10       A     No.

11       Q     Was it someone internally at IBM?

12       A     Staff people.

13       Q     Well, I ask that question, sir,

14   because I -- we had requested a copy of your

15   speech and we were provided a copy a your Year

16   2000 speech and video so...

17                  MS. METCALF:  I think, you

18            said 2002, he didn't give me 2000

19            (lowers voice).

20   (RQ)

21                  (Copy of the videotape of Mr.

22            Wroblewski's address at the 2001

23            Kick-Off event 1)

24

25                  MR. DAILEY:  I'm sorry, we got

Page 56

Mills

1
2       the 2002 and it was the 2001 speech
3       that we're interested in obtaining a
4       copy of so we would like to ask that
5       that be supplied to us.
6       Q       Speaking about the sales plan, Mr.
7   Mills, what do you understand to be the documents
8   that constitute or comprise the sales plan?
9       A       It is the sales plan document.
10      Q       Is it a single document?
11      A       I don't know.
12      Q       Well, --
13      A       (Continuing)  It is referred to as
14  "The Sales Plan."
15      Q       If I understood your -- do you have
16  any involvement in the approval of the sales plan?
17      A       (No response)
18              MS. METCALF:  Asked and
19          answered.
20      Q       Didn't you tell me, earlier, that
21  you do approve the sales plan?
22      A       The structure.
23      Q       Okay.  Then, you and Mr. Etherington
24  both looked at the structure, as to effectiveness?
25      A       (No response)

1          Mills

2          MS. METCALF:  Objection.

3          Asked and answered.

4          THE WITNESS:  (Responding)

5      Yes.

6      Q     Now, since you are the person, along

7  with Mr. Etherington, at that time, who was

8  responsible for approving the sales plan, I'm

9  asking you:  Is there a single document that

10  constitutes the sales plan?

11      A     (No response)

12          MS. METCALF:  Objection.

13          Asked and answered.

14          MR. DAILEY:  No, he hasn't

15      answered the question.

16          MS. METCALF:  He said he

17      didn't know.

18          THE WITNESS:  (Responding)

19      And the answer is, I don't know.

20      Q     You don't know?

21      A     (No further response.)

22      Q     Is there some reason why you

23  wouldn't know, since you're the one that's doing

24  the approval?

25          A     I approve the structure, I do not

Page 58

1                          Mills
2   approve the literal printing of pages.
3          Q      When you make your approval of the
4   structure, Mr. Mills, is a document or documents
5   submitted to you, for final review?
6          A      No.
7          Q      So you're being provided,
8   essentially, a piece of that document that has to
9   do with its structure and its competitiveness?
10         A      Review of structure not of
11  documents.
12         Q      Okay.  And once the approval is made
13  of the structure, then, you direct your staff to
14  include, in the sales plan document or documents,
15  the information that reflects and exemplifies that
16  structure?
17         A      Yes.
18         Q      Okay.  Do you ever get an
19  opportunity, in your position, to see any of the
20  sales plan documents?
21         A      Could I look -- I can't answer your
22  question, the way you're asking it.
23         Q      Well, let's take 2001:  Did you
24  ever --
25         A      Okay.

Mills

1

2    Q    -- look at the sales plan documents?

3    A    No.

4    Q    So you never made a personal

5 investigation to ascertain if the structure you

6 had directed actually appeared in the sales plan

7 documents, that were disseminated to the field

8 staff?

9    A    As I said, I don't read the

10 document, I review the structure and approve the

11 structure.

12    Q    And I did, I hear that, --

13    A    Yes.

14    Q    -- and I just need you to answer my

15 question:  You never did undertake a check or a

16 review of your own, of the sales documents, to

17 make sure that the structure you had approved

18 appeared, as you intended it, in the sales plan?

19    A    No.

20    Q    Is there anyone on your staff who,

21 apart from those who implement your instructions,

22 is there anyone else who has a responsibility to

23 check to make sure that that's reflected

24 accurately?

25    A    Staff people.

Page 60

1                          Mills
2          Q       These are the staff people who,
3   actually, insert the information?
4          A       Yes.
5          Q       Okay.  And which staff people are
6   those, in 2000, this would be the end of 2000 --
7          A       Yes.
8          Q       -- for the 2001 --
9          A       If you will recall, I referenced Dan
10  Lautenbach, who was my World-Wide Sales Leader,
11  and that staff was part of his organization.
12         Q       Is it your understanding, Mr. Mills,
13  that the sales plan documents are provided to the
14  sales force at the Kick-Off sales event meeting?
15         A       No.
16         Q       What understanding, if any, do you
17  have, about at what time the sales staff receives
18  copies of the sales plan documents?
19         A       The sales team is -- has the
20  documents available to them by the time they get
21  there quotas for that year, on whatever date that
22  occurs, which is not always the same date every
23  year.
24         Q       Is there sort of a range of dates,
25  during which quotas are communicated to the

Page 61

```
                        Mills
 1
 2   individual salespersons?
 3          A      Typically, before the month of
 4   February ends.
 5          Q      And do the salespersons, themselves,
 6   have any involvement in the creation of the quotas
 7   or are they assigned quotas?
 8          A      They are assigned quotas.
 9          Q      The person who are responsible for
10   assigning the quotas, would they be their direct
11   manager?
12          A      It cascades through the management
13   system.
14          Q      Who, actually, creates the quota,
15   that's applicable to a given sales representative?
16          A      Local management.
17          Q      But, I mean, could it be several
18   levels above that sales representatives, in the
19   managerial staff?
20          A      The local management is responsible
21   for the final quota.
22          Q      And by "local management," are you
23   talking about the person to whom the sales
24   representative reports?
25          A      Yes.
```

1                           Mills

2          Q      Does IBM endeavor to make sure that

3     it gets this quota information to the sales field

4     before the end of February, in a given fiscal

5     year, so that it's delivered to them as early as

6     possible?

7          A      (No response)

8                      MS. METCALF:  Objection.

9                      Mischaracterize former

10               testimony.

11                     MR. DAILEY:  I haven't made

12               reference to former testimony.

13                     MS. METCALF:  Well, you've --

14               he testified that they -- it varies,

15               they tend to be before the end the of

16               February, it's not always before the

17               end of the month of February.

18                     You built into your question

19               an assumption that it's always the

20               month, before the end of --

21          Q      Well, let's examine --

22                     MS. METCALF:  -- February.

23          Q      -- my assumption, I want to make

24     sure we're on the same page:  Mr. Mills, did I

25     understand you to say that the company tries its

1                           Mills

2   best to make sure that the quota information is

3   delivered to a salesperson before the end of

4   February, in a given year?

5           A       Yes.

6           Q       Okay.  Are there some rare instances

7   where it may go beyond the end of February?

8           A       It could.

9           Q       Okay.  Do you communicate, to those

10  who report to you, that the managers are supposed

11  to try to complete that task before the end of

12  February, in a given fiscal year?

13          A       Yes.

14          Q       Okay.  And based on your own

15  experience, do you find that most sales managers

16  have successfully communicated that information,

17  by the end of February, in a given physical year?

18          A       Yes.

19          Q       Is the reason that that's done by

20  that time because the company is interested in

21  getting that information to the sales field as

22  early in a given fiscal year as possible?

23          A       Yes.

24          Q       And why does the company view that

25  as desirable?

Page 64

Mills

1

2      A      People like to know what their

3  objectives are.

4      Q      Okay.  Do the managers also

5  communicate information having to do with

6  territory definitions to the sales field, in a

7  given fiscal year?

8      A      Yes.

9      Q      Has that changed sometimes, from

10  year-to-year, for sales representatives?

11      A      In some cases.

12      Q      And when any of those changes are

13  made, is there a benchmark date by which the

14  company endeavors to get that information out,

15  into the hands of the sales persons?

16      A      They can change during the year, but

17  we try to make the changes as early in the year as

18  possible.

19      Q      All right.  And if a change does

20  happen to occur, during the course of a year, does

21  the written information reflecting that change get

22  communicated to the salesperson as soon as

23  possible?

24      A      Yes.

25      Q      And, again, is the same -- is it the

```
                              Mills
 1
 2    same objective that's in mind, that the company
 3    believes that because people want to know what
 4    their objectives are, they should have that
 5    information as soon as possible?
 6            A     Yes.
 7            Q     Mr. Mills, do you know if in Fiscal
 8    Year 2001, whether the IBM Software Group
 9    disseminated any written information to the sales
10    team, that endeavored to summarize or highlight
11    aspects of the sales plan?
12            A     I don't know.
13            Q     Let me show you, if I may, a
14    document that was previously identified.
15                      MR. DAILEY:  The court
16                  reporter, Ms. Metcalf, has the actual
17                  Exhibit, because she is preparing the
18                  transcript to Mr. Hubler, but what I'm
19                  showing to the witness is what has
20                  been previously identified, in the
21                  deposition of Hubler, is Hubler
22                  Exhibit No. 7.
23            Q     And let me, if I could ask you, Mr.
24    Mills, to just take a moment to look at that
25    document?
```

1                        Mills

2      A      (Witness perusing documents.)

3              MS. METCALF:  This is a

4      document that was produced by

5      Mr. Howatt; is that correct?

6              MR. DAILEY:  It does appear

7      that.

8              And if you would like, when

9      the court reporter makes her copy

10     available, from the Hubler deposition,

11     we can substitute a copy from her for

12     this one.

13             I mean, I will represent, to

14     you, that they are the same.

15             MS. METCALF:  Well, there is

16     some handwriting on the bottom that

17     I'm not sure was on --

18             MR. DAILEY:  Well, --

19             MS. METCALF:  That might be --

20     is that yours or what is that?

21             MR. DAILEY:  That, I cannot

22     attest to.

23             MS. METCALF:  Because I don't

24     remember it because --

25             MR. DAILEY:  That's why I --

Page 67

                    Mills

1                   MS. METCALF:  This document

2    did not come from IBM it came from

3    Howatt but I don't remember that being

4    on the document, as it was produced to

5    us by Howatt.

6                       It's not a big deal, I just

7    want to make sure that's not a note

8    that you want to keep confidential.

9                   MR. DAILEY:  It's not and

10   that's why I'm suggesting that we

11   substitute the court reporter's copy

12   so that there is no question.

13       Q     Have you had a chance to look at it,

14   Mr. Mills?

15       A     I have flipped the pages.

16       Q     Okay.  Have you ever seen the

17   document previously?

18       A     Yes.

19       Q     It's a document that is entitled:

20   "Welcome to the Fabulous World of Your 2001

21   Software Sales Incentive Plan;" have I read that

22   correctly?

23       A     Yes.

24       Q     Okay.  And if we look inside, on the

```
 1                         Mills
 2   second page, bearing Bates Stamp No. H73, there is
 3   a letter --
 4                       MS. METCALF:  Bates No. means
 5               Mr. Howatt produced it and they
 6               numbered it so the numbers --
 7                       THE WITNESS:  Um-hmm.
 8                       MS. METCALF:  -- are at the
 9               bottom.
10                       THE WITNESS:  Um-hmm.
11        Q     Have you found that page?
12        A     Um-hmm.
13        Q     At the top, sir, there is wording
14   that reads:  "Letter from the desk of Dan
15   Lautenbach, vice president -- VP," I should say,
16   "World-Wide Software Sales;" is this the same Dan
17   Laudenbach that you made reference to earlier?
18        A     Um-hmm.
19                       MS. METCALF:  You have to
20               answer audibly.
21                       THE WITNESS:  Yes.
22        Q     In it he says to the -- in the
23   opening paragraph:  "You should be very excited
24   about the unique software sales incentive plan
25   that coverers our sales representatives and sales
```

Page 69

Mills

1                           Mills
2    managers for 2001, it's better than both the 2000
3    and 1999 plans;" do you see where he has written
4    that?
5           A     Yes.
6           Q     Okay.  And he writes:  "Compensation
7    consultants who specialize in the Software
8    Industry tell us it is pushing the edge when it
9    comes to rewarding over achievement;" do you see
10   that sentence?
11          A     I do.
12          Q     Do you agree with Mr. Lautenbach's
13   characterization of the 2001 sales plan?
14          A     (No response)
15                   MS. METCALF:  I object to the
16              extent documents speaks for itself and
17              lack of foundation because he has not
18              seen it.
19                   You can answer it.
20                   THE WITNESS:  (Pause)
21              (Responding)  I mean, this is
22              something that is designed to get the
23              attention of the sales force, it's,
24              obviously, written to get their
25              attention, to tell them this is a good

```
 1                    Mills
 2          plan.  Now, beyond that, one can't
 3          judge, statistically, whether there is
 4          any validity to that statement.
 5          Q     Well, I was just asking you, you
 6   know.
 7          A     It was a good plan.
 8          Q     Did you believe that it was pushing
 9   the edge, when it came to rewarding over
10   achievement in your industry?
11          A     (No response)
12                 MS. METCALF:  Objection.
13                 The document speaks for
14          itself.  Lack of foundation, since he
15          has testified he has never seen it and
16          we don't even know if it's as
17          authentic document.
18                 You can answer the question
19          independent of the document, if the
20          question is:  Does he believe this,
21          taken out of context of the document?
22                 THE WITNESS:  (Responding)
23          The -- this is not relevant to what
24          you do to approve a sales plan, during
25          the sales plan construction and
```

Mills

1
2    approval process.

3              You look for what is happening

4    in the industry and you want to pay

5    competitively, that's the methodology

6    that's applied.

7              Then, how Dan, as the sales

8    leader, tries to excite his team, by

9    writing them a letter, is, yet,

10   something else, completely different.

11       Q    I understand that, sir, and I was

12   just, simply, asking you:  He has offered a

13   characterization --

14       A    His own characterization of this,

15   yes.

16       Q    And my question was, simply:  Do you

17   agree with the characterization that he offered?

18       A    (No response)

19              MS. METCALF:  I object to the

20            extent that we don't even know if this

21            is an authentic document, he hasn't

22            seen the document before, it was not

23            produced by IBM Corporation but if you

24            ask him in he agrees with a statement,

25            without confirming the document,

Page 72

1                         Mills

2          itself, you can ask him that question.

3                    MR. DAILEY:  I think, that's

4          what my question did so...

5                    THE WITNESS:  (Responding)

6          And my answer is that I believed we

7          were delivering a very good plan to

8          the field.

9          Q     Okay.

10         A     (Continuing)  The rest is Dan's

11   editorial commenting.

12         Q     Fine.  And I would accept that

13   statement from you but I, also, want to know:  Did

14   you agree with his editorial commenting?

15         A     (No response)

16                    MS. METCALF:  Same objection

17          as to authenticity and lack of

18          foundation.

19                    MR. DAILEY:  If you'd like,

20          I'll grant you a continuing objection,

21          Ms. Metcalf.

22         Q     Did you agree with his editorial

23   commenting?

24         A     (No response)

25                    MS. METCALF:  Why don't you

1          Mills

2    ask him what, specific, editorial

3    commenting you're talking about?

4          MR. DAILEY:  I have.  I have

5    asked him:  Does he agree with

6    Mr. Lautenbac's --

7          THE WITNESS:  Um-hmm.

8          MR. DAILEY:  -- statement that

9    "this 2001 plan is really pushing the

10   edge when it comes to rewarding off

11   achievement?"

12         MS. METCALF:  And, again, I

13   object.

14         We're not even sure that's an

15   authentic statement with Mr.

16   Lautenbach's wording but you can

17   answer the question, if you agree with

18   that statement.

19         THE WITNESS:  (Responding)

20   You're asking the question:  Do I

21   agree with the words as explicitly

22   written, pushing the edge, whatever

23   that means, pushing the edge?

24         The plan was a very good plan

25   for the field, now, if pushing the

Mills

2  edge implies some, you know, extreme

3  limit, no; all right?

4        However, one could interpret

5  this in a variety of ways, in terms of

6  what Dan intended to say, as far as

7  "incenting" the field force to

8  perceive this to be a stronger plan

9  than the one they had seen before,

10  meaning the previous years.

11        Q    In an earlier point in your

12  testimony, today, you told me that in addition to

13  analyzing a plan structure, one of the things that

14  you were most focused on was its competitiveness

15  --

16        A    Yes.

17        Q    -- so that is what, basically,

18  motivates my question right now:  Since you've

19  gone through the process of evaluating the 2001

20  plan competitiveness versus your competitors in

21  the industry, do you agree with the particular

22  editorial commentary Mr. Lautenbach offers here?

23        A    (No response)

24              MS. METCALF:  Objection.

25              Asked and answered.  He has

Page 75

Mills

1
2          already provided you an answer to that
3          question.
4                    THE WITNESS:  (Responding)  I
5          can't answer it differently than I
6          answered it before.
7          Q      And your testimony is that you
8  thought it was a very good plan but you don't know
9  if you can agree with Mr. Lautenbach's statement
10 that it is really pushing it's edge?
11         A      That's correct.
12                   MS. METCALF:  Objection.
13                   Asked and answered.
14                   MR. DAILEY:  Okay.
15         Q      Look down, if you would, Mr. Mills,
16 to the fourth full paragraph on the same page.
17         A      (Witness perusing documents.)
18         Q      It reads as follows, does it not:
19 "The software sales incentive plan recognizes the
20 unique opportunities our sales force can identify
21 and close this year.  It is characterized by
22 extremely high payouts rates for business you
23 close, in excess of your assigned full year
24 quota;" did I read that correctly?
25         A      Yes.

Page 76

Mills

2     Q     Do you agree with this description

3  that Mr. Lautenbach has provided and which I've

4  just read?

5     A     (No response)

6               MS. METCALF:  Same objections.

7               Lack of foundation.  The

8          document speaks for itself.  And

9          authenticity of the document at issue.

10              You can answer the question,

11         if you understand the -- answer the

12         question in terms of the words on the

13         page, independent of the document,

14         then, you can answer it.

15              THE WITNESS:  (Responding)

16         We're back to the same question again,

17         which is, it's a very good plan, it's

18         a competitive plan and it has good

19         payout rates, which is a wording or a

20         characteristic of a plan that sales

21         representatives look for.

22     Q     Would you agree, based on the

23  competitive analysis that you had previously

24  undertaken of the plan, that it is characterized

25  by extremely high out payout rates for business

Mills

1

2 that's closed?

3          A      I would characterize it as being

4 competitive to what other companies in the

5 marketplace, that we gathered data on, were doing,

6 in terms of sales plans, during that year.

7          Q      Okay.  The next paragraph, if you

8 will look, please, read as follows, does it not:

9 "And because your sales plan is based on a

10 self-funding model, there are no caps to your

11 earnings, the more you sell the more revenue and

12 incremental profit for IBM and the more earnings

13 for," did I read that correctly, sir?

14          A      Yes.

15          Q      Do you agree with the statements

16 that Mr. Lautenbach has included here?

17          A      (No response)

18                    MS. METCALF:  Same objection.

19                    Lack of foundation, the

20             document speaks for itself and

21             authenticity.

22                    If you can answer the question

23             based on the words, as opposed to

24             affirming that that was, in fact, in

25             the document, then, you can answer.

Page 78

Mills

1
2          THE WITNESS:  (Responding)  I
3              agree with the words.
4          Q    Is there any part of it that you
5    disagree with?
6          A    No.
7          Q    What do you understand a "cap" to
8    be, Mr. Mills?
9          A    A capping, in the context of a sales
10   plan, is a verb, not a noun.  Capping is all
11   between whether or not a sales rep can continue to
12   earn more as they sell more or whether they can't
13   earn more as they sell more.
14         Q    Does IBM provide any definitional
15   language for the term "cap," of which you are
16   aware?
17         A    No.
18         Q    Have you ever seen any, in your
19   career?
20         A    No.
21         Q    In the speech that you delivered in
22   January 2001, to the assembled sales team and
23   sales managers, did you include any statements in
24   your remarks that the compensation that the sales
25   members -- sales team would receive wouldn't be

Page 79

1                          Mills

2   capped?

3          A      That year I emphasized to them that

4   if they sold more they would earn more.

5          Q      Okay.  And I appreciate that

6   response.

7                 Did you, explicitly, use the words,

8   in you're remarks, in January 2001, that your

9   compensation or your earnings would not be capped?

10         A      I don't know.

11         Q      Have you ever had anyone remark to

12  you that they had heard you say that, in your

13  January 2001 statement?

14         A      No.

15         Q      All right.  In the IBM Software

16  Group is there a particular provision in the sales

17  plan that is referred to as the 200 Percent Rule?

18         A      I don't know.

19         Q      Are you familiar with any language

20  in the sales plan that makes reference to large

21  opportunity commissions?

22         A      Sales plans, in a broad sense,

23  usually address different characteristics of the

24  plan, including people that highly overachieve.

25         Q      But I'm just trying to hone in on

1                          Mills

2    your particular knowledge:  Do you have any direct

3    knowledge about the particulars of that large

4    opportunity commission language?

5          A      Again, back in the context of my

6    earlier answers about plan structure, in the

7    broader discussion of how plans get structured, we

8    always talk about what the upper end potential is,

9    for sales reps that have a strong year.

10         Q      Okay.  And did you direct, for the

11   sales plan of 2001, that there be some specific

12   provisions that addressed those salespersons at

13   the upper end?

14         A      I address that people should be able

15   to continue to earn, as they kept selling more

16   they could continue to earn more.

17         Q      Okay.  Did you make any particular

18   instructions with respect to large transactions?

19         A      Not that I recall.

20         Q      And just so I can clarify your

21   earlier response:  When I asked you about the

22   200 Percent Rule, you said you weren't familiar

23   with it, you've never heard any reference to a

24   200 Percent Rule?

25         A      (No response)

Page 81

Mills

1
2          MS. METCALF:   Objection.
3          Asked and answered and
4     mischaracterizing the testimony.
5          You can answer.
6     Q     You can answer.
7     A     Same answer, no.
8     Q     You have not?
9     A     No.
10    Q     In the remarks that you delivered at
11    the Americas Kick-Off event, in January 2001, did
12    you make any specific description, in that,
13    particular, address to the sales members, sales
14    team members, about any large opportunity
15    transactions?
16    A     Not that I can recall.
17    Q     Did you stay for any part of the
18    presentation at the Kick-Off meeting, other than
19    the speech that you gave?
20    A     I, usually, do some meetings with
21    people, while I'm there, but I'm, generally, only
22    there for, roughly, a day.
23    Q     I see.  Is it a fair statement you
24    would not be sitting in and listening to other
25    presentations --

Page 82

Mills

```
 1                           Mills
 2          A    No.
 3          Q    -- that might have taken place?
 4          A    (No further response.)
 5          Q    You were not sitting in on any of
 6   the training sessions that were presented?
 7          A    No.
 8                    MS. METCALF:  Are you about to
 9               turn to a new topic, we have been
10               going for a bit more than an hour.
11                    MR. DAILEY:  Would you like to
12               take a break, that would be better?
13                    MS. METCALF:  Sure.
14                    THE VIDEOGRAPHER:  10:15 a.m.,
15               off the record.
16                    (Whereupon, at 10:15 o'clock
17               a.m., a recess was taken to 10:31
18               o'clock a.m.)
19                    (The deposition resumed with
20               all parties present.)
21   S T E V E N    M I L L S, resumed and testified
22          further as follows:
23                    THE VIDEOGRAPHER:  10:31 a.m.,
24               on the record.
25   EXAMINATION BY MR. DAILEY:
```

```
1                          Mills
2           Q     Mr. Mills, could you tell me,
3    please, what are the costs that the IBM Software
4    Group incurs, in the sale of software?
5           A     The elements of cost?
6           Q     Yes, sir.
7           A     You have to build it, you have to
8    distribute it, physically, you have to be able to
9    sell it and maintain it and support it.
10          Q     With respect to the sale of
11   software, what costs are incurred?
12          A     Software, as a business, tends to
13   have a relatively high cost of sales versus the
14   revenue.  Software, as a business, has a
15   relatively low cost of distribution because it's
16   not a physical, really, a physical thing, it's a
17   CD or tape or something.
18          Q     Would you agree it has a low cost of
19   reproduction?
20          A     Certainly, not of development but, I
21   mean, the physical reproduction is very
22   inexpensive.
23          Q     Okay.  In terms of the sales force,
24   what kind of costs are in occurred in the sales
25   process?
```

Page 84

                              Mills

1

2          A      The salary, the commission, travel.

3          Q      Are there marketing expenditures

4    that are incurred?

5          A      There are marketing expenses and

6    promotion material.

7          Q      You have promotional material, are

8    there other marketing ---

9          A      Advertising.

10         Q      Do you, does your company sponsor

11   direct marketing events?

12         A      Yes.

13         Q      And what kinds of events are those?

14         A      Customer seminars.

15         Q      Does the company engage in any

16   relationship building events?

17         A      With other companies?

18         Q      No, with customers?

19         A      With customers, yes.

20         Q      And are these relationship events

21   part of the marketing and promotion costs?

22         A      Yes.

23         Q      Do you attempt, on a -- from a

24   budgetary standpoint, to forecast costs, in a

25   given fiscal year?

Page 85

Mills

1

2          A      Yes.

3          Q      And in what format are these costs

4    depicted and described?

5          A      In the categories that we just laid

6    out.

7          Q      And in those categories, are they

8    folded into what is an overall budget for the IBM

9    Software Group?

10         A      Yes.

11         Q      Who is responsible for developing

12   that budget?

13         A      The financial organization.

14         Q      Within IBM Software Group?

15         A      Yes.

16         Q      Okay.  In 2001, who was the

17   individual responsible for that budget?

18         A      Jim Bryant.

19         Q      What position did Mr. Bryant hold?

20         A      He was my Vice President of Finance.

21         Q      Was he, also, holding that position

22   in the Year 2000, when you came on board?

23         A      Yes.

24         Q      Do you have responsibility for

25   approving the budget of the IBM Software Group?

Page 86

Mills

1

2      A      Yes.

3      Q      Is there anyone, in addition to

4  yourself, who makes that approval?

5      A      No.

6      Q      Does IBM endeavor to identify

7  profit, in conjunction with particular software

8  sale transactions?

9      A      No.

10     Q      Does it identify costs associated

11  with individual software sale transactions?

12     A      No.

13     Q      If you are interested in identifying

14  that information, how would you go about

15  retrieving it?

16     A      (No response)

17             MS. METCALF:  Objection.

18             Foundation.

19             You can answer, if you know.

20             THE WITNESS:  (Responding)  We

21        don't track it, it doesn't exist as

22        data.

23     Q      So when you say you "don't track

24  it," you don't track cost per transaction?

25     A      Right.

```
 1                      Mills
 2         Q     You only track it per operating
 3  group or geographies?
 4         A     Per -- we track it at the Software
 5  Group level.
 6         Q     Which is a total organizational
 7  level?
 8         A     At my level, um-hmm.
 9         Q     Okay.  And are there any levels
10  below yours, that it's tracked out of, within this
11  IBM Software Group?
12         A     I do monitor the performance of the
13  individual units that report in to me.
14         Q     Did, in calendar year -- in Fiscal
15  Year 2001, for that matter, as well, did you have
16  personal oversight, with regard to the Bank of
17  America Enterprise License Agreement transaction?
18         A     I called on the Bank of America that
19  year.
20         Q     Who did you call on there?
21         A     Don Ulbert (Phonetic).
22         Q     And what position did Mr. Ulbert
23  have?
24         A     He is one of the CIOs.
25         Q     Can you remember when it was that
```

Page 88

```
1                        Mills
2  you visited with Mr. Ulbert in 2001?
3          A      It was in the fall of 2001.
4          Q      Where did you meet with Mr. Ulbert?
5          A      In Texas.
6          Q      Is that where he maintains his
7  office with Bank of America?
8          A      I believe so, don't ask me to
9  explain their organizational structure.
10         Q      I shall not.  How long did you meet
11 with Mr. Ulbert?
12         A      A few hours.
13         Q      And what did you discuss with him?
14         A      We discussed what he was trying to
15 accomplish, in the way in which he laid out his
16 computing environment for the enterprise, and how
17 he wanted to deal with his satellite computing
18 location and how we might construct a new set of
19 terms and conditions that would match the way Bank
20 of America was going to be operating its
21 environment.
22         Q      Okay.  Was there any written
23 documentation that Mr. Ulbert shared with you, as
24 a result of that meeting?
25         A      No.
```

Page 89

                          Mills

1

2          Q     Was there any written documentation

3    that you delivered to him?

4          A     No.

5          Q     Did you take any actions, based on

6    the meeting that you had with Mr. Ulbert?

7          A     Yes.

8          Q     And what actions were those?

9          A     Well, in the meeting I constructed a

10   methodology for how we would charge them, going

11   forward, based upon the structure he and I agreed

12   to and, then, that was the basis for the

13   Enterprise License Agreement that we, then, signed

14   with Bank of America that year.

15         Q     The methodology that you make

16   reference to here, did you present that to him, in

17   a written format?

18         A     No.

19         Q     Was this something that you

20   discussed as you spoke with him?

21         A     It's something that we drew on a

22   blackboard.

23         Q     Was there any written

24   memorialization of that, other than the

25   blackboard, of which you are aware of?

Page 90

                           Mills

1

2          A     Not that I'm aware of, people went

3   off and acted on it.

4          Q     Within your organization?

5          A     Within my organization and within

6   the sales -- the client rep for the account, as

7   well, was involved in acting on it.

8          Q     Okay.  When you met with Mr. Ulbert,

9   was anyone else present from IBM, with you?

10         A     Lee Torrence (Phonetic), who was the

11  Managing Director at the time, was there.

12         Q     And anyone besides Mr. Torrence and

13  yourself?

14         A     I can't remember.

15         Q     Who was the client representative to

16  the Bank of America?

17         A     Lee Torrence.

18         Q     The Tivoli Group, did you understand

19  that they had independently secured an Enterprise

20  License Agreement with Bank of America prior to

21  2001?

22         A     There is no such thing.

23         Q     No such thing as an Enterprise

24  License Agreement?

25         A     No such thing as a Tivoli Enterprise

Mills

1
2  License Agreement.

3        Q    Okay.  Well, was there any kind of

4  separate transaction, that Tivoli had been a party

5  to, with Bank of America, of which you are aware

6  of?

7        A    Not in 2001.

8        Q    No, I don't mean in 2001, I mean

9  prior to 2001.

10        A    Bank of America uses a broad range

11  of products so they were using a whole range of

12  IBM Portfolio products that fall under different

13  brand names and Tivoli is a brand name, it's not a

14  point of transaction, it's a point of brand.

15        Q    At the time that you were meeting

16  with Mr. Ulbert, did IBM already have an ELA in

17  place with the Bank of America?

18        A    We, clearly, had a set of

19  preexisting agreements with them.  We do business

20  with this company for decades so I could not

21  describe all of the different contracts that we

22  would have had.

23        Q    All right.  But I am just trying to

24  focus in:  Do you know if, at that time, there was

25  an agreement in effect, between IBM and the Bank

```
 1                    Mills
 2  of America?
 3           A      (No response)
 4                  MS. METCALF:  Objection.
 5                  Asked and answered.
 6                  THE WITNESS:  (Responding)  I
 7           can't answer it different than I
 8           answered it.
 9           Q      You said, you said in your response,
10  that there was a set of preexisting agreements;
11  was there a particular timeframe that you were
12  referring to, when you made that statement?
13           A      No.
14           Q      Okay.
15           A      (Continuing)  When you do business
16  with a company for decades, you have a lot of
17  agreements.
18           Q      Right.  And, of course, there could
19  be some period of time when you didn't have an
20  agreement in effect; is that right?
21           A      I can't answer that.
22           Q      Okay.  So that's what I'm, really,
23  trying to hone in on here, Mr. Mills, --
24           A      Um-hmm.
25           Q      -- is if in 2001, when you met with
```

```
                              Mills
 1
 2    Mr. Ulbert, do you know if there was, in effect,

 3    at that time, already an Enterprise License

 4    Agreement between IBM and the Bank of America?

 5            A       (No response)

 6                        MS. METCALF:  Objection.

 7                        Asked and answered.

 8                        You can answer, if you know.

 9                        THE WITNESS:  No.

10            Q       You don't know?

11            A       I don't know.

12            Q       Okay.  And do you know -- Tivoli was

13    a separate company, prior to its acquisition by

14    IBM; was it not?

15            A       Prior to the 1996 acquisition.

16            Q       And in 1990 -- where was Tivoli

17    based, prior to 1996?

18            A       In Austin, Texas.

19            Q       And prior to 1996, what was your

20    understanding of Tivoli's range of products, what

21    was its business dedicated or devoted to?

22            A       (No response)

23                        MS. METCALF:  Objection.

24                        Lack of foundation.

25                        You can answer, if you have an
```

Page 94

1                           Mills

2              understanding.

3                      THE WITNESS:   (Responding)

4              The category is called Systems

5              Management.

6                      MR. DAILEY:  All right.

7         Q      And IBM acquired Tivoli in 1996

8    because it was interested in bringing those system

9    management product into its organization?

10        A      Adding those products.

11        Q      Okay.  Did you have any role in the

12   transaction involving bringing Tivoli into IBM?

13        A      No.

14        Q      Had you had any prior contact with

15   Tivoli, prior to that transaction?

16        A      No.

17        Q      As the General Manager of the IBM

18   Software Group, beginning in 2000, was there a

19   Tivoli Group within your IBM Software Group?

20        A      A division, I manage divisions and

21   Tivoli is a division unit.

22        Q      Okay.  And Tivoli was one unit among

23   how many divisions, that you were managing?

24        A      At that point in time, four.

25        Q      Okay.  Can you enumerate the other

Page 95

                            Mills

1

2   three for us?

3        A     Lotus, our Data Management Unit,

4   and, then, what we call our Application

5   Integration and Middleware Unit.

6        Q     Application Integration and Middle

7   --

8        A     And Middleware.

9        Q     And Middleware.

10       A     Um-hmm.

11       Q     So Tivoli, Lotus, Data Management,

12  and Application Integration Middleware?

13       A     Um-hmm.

14       Q     All right.  What is meant by

15  "middleware," in 25 words or less, if you can?

16       A     Middleware is the technology that

17  business use to tie together the wide variety of

18  applications that they use, to automate their

19  different processes within their company.

20             And they want to get the processes

21  the flow horizontally, from their customers

22  through their employees and internal systems into

23  their suppliers and they use middleware to make

24  that flow happen.

25       Q     Okay.  Thank you.

Page 96

```
 1                           Mills
 2              When Tivoli was acquired and you,
 3    then, subsequently, had responsibility --
 4          A     Um-hmm.
 5          Q     -- for managing that division, in
 6    the IBM Software Group, did you observe any
 7    differing business practices or procedures, that
 8    Tivoli had observed and was observing, versus
 9    other divisions in the IBM Software Group?
10          A     (No response)
11                    MS. METCALF:  Objection.
12                    Vague.
13                    You can answer, if you
14                understand it.
15                    THE WITNESS:  Can you -- what
16                timeframe are you talking about?
17          Q     Again, in the 2000/2001 timeframe.
18          A     Tivoli was an integral part of the
19    Software Group organization, not a separate
20    entity.
21                Everybody who runs the units report
22    to me.  The management systems and processes are
23    the same.
24          Q     Was there any period of time, that
25    you understood, that Tivoli's pre acquisition
```

```
 1                          Mills
 2   management systems were being modified and
 3   integrated into those of IBM?
 4            A      (No response)
 5                        MS. METCALF:  Objection.
 6                        Lack of foundation.
 7                        THE WITNESS:  (Responding)
 8                   When you acquire a company, you go
 9                   through a process of integrating.
10                        MR. DAILEY:  Correct.
11                        THE WITNESS:  Um-hmm.
12            Q      When you became the general manager
13   in 2000, of the IBM Software Group, was that
14   process of integrating at Tivoli still occurring?
15            A      We were finishing it in the Year
16   2000.
17            Q      And by the conclusion of 2000, do
18   you think it was, --
19            A      Yes.
20            Q      -- it was a done --
21            A      It was done.
22            Q      All right.  Have you ever been
23   informed about any differences in the way quota
24   letters have been constructed, for sales
25   representatives of the Tivoli Division, versus
```

```
 1                        Mills
 2   sales representatives working in other divisions
 3   of the IBM Software Group?
 4          A    No.
 5          Q    Did you have any understanding about
 6   the philosophy at the Tivoli Company, before it
 7   became part of IBM, in terms of compensation of
 8   sales representatives?
 9          A    No.
10                  MS. METCALF:  Objection.
11                  Lack of foundation.
12                  MR. DAILEY:  What is the basis
13               of your objection, Ms. Metcalf?
14                  MS. METCALF:  Well, he said he
15               wasn't there in 1996, he wasn't
16               involved in the acquisition and you
17               are asking questions about what was
18               happening at the time of the
19               acquisition.
20                  MR. DAILEY:  I, simply, asked
21               the witness if he had any
22               understanding.
23          Q    We talked, earlier today, Mr. Mills,
24   about the fact that commission budgets are
25   established within the IBM Software Group, my
```

```
 1                        Mills
 2   question, to you, now is:  In 2001, did the
 3   commission budgets for the Software Group get
 4   exceeded?
 5          A      I do not remember.
 6          Q      Do you remember any members of your
 7   staff addressing any commission overage?
 8          A      I have no recollection of that.
 9          Q      From the position that you occupied
10   at the Software Group, Mr. Mills, is there any
11   problem for the IBM Software Group if a commission
12   budget is exceeded?
13          A      None, whatsoever.
14          Q      Is that because when a commission
15   budget is exceeded, that this tends to suggest
16   that revenue projections had also been exceeded?
17          A      Yes.
18                 (Continued on the next page.)
19
20
21
22
23
24
25
```

Page 100

1                          Mills

2              MR. DAILEY:  I think, that's

3      all the questions I have for you today

4      and I appreciate your time.

5              THE WITNESS:  Okay.

6              MR. POMERANTZ:  All right.

7              MS. METCALF:  Okay.

8              THE VIDEOGRAPHER:  10:49,

9      a.m., off the record.

10                 (Whereupon, at 10:49 o'clock

11     a.m., the deposition was concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                          Mills

 2                        I N D E X

 3

 4  Witness:          Direct  Cross  Redirect  Recross

 5  S. Mills            6

 6

 7                    R E Q U E S T S

 8

 9  Request          Description              Page

10  1                Copy of the              55
                     videotape of Mr.
11                   Wroblewski's address
                     at the 2001 Kick-Off
12                   event

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 102

```
 1

 2

 3                    C A P T I O N

 4

 5

 6   The Deposition of STEVEN MILLS, taken in the

 7   matter, on the date, and at the time and place set

 8   out on the title page hereof.

 9

10

11   It was requested that the deposition be taken by

12   the reporter and that same be reduced to

13   typewritten form.

14

15

16   It was agreed by and between counsel and the

17   parties that the Deponent will read and sign the

18   transcript of said deposition.

19

20

21

22

23

24

25
```

Page 103

1

2                              C E R T I F I C A T E

3

4       STATE OF_____:

5       COUNTY/CITY OF_____:

6

7       Before me, this day, personally appeared

8       STEVEN MILLS, who, being duly sworn, states

9       that the foregoing transcript of his/her

10      Deposition, taken in the matter, on the date, and

11      at the time and place set out on the title page

12      hereof, constitutes a true and accurate transcript

13      of said deposition.

14

15

16                          _____
                                  STEVEN MILLS

17

18      SUBSCRIBED and SWORN to before me this_____

19      day of _____, 2003, in the

20      jurisdiction aforesaid.

21

22

23      _____      _____

24      My Commission Expires              Notary Public

25

Page 104

1
2                    DEPOSITION ERRATA SHEET
3      RE:
       FILE NO. 1:02/CV/2594
4      CASE CAPTION:  Howatt   vs.   IBM et al.
5      DEPONENT:  STEVEN MILLS
       DEPOSITION DATE: 062703
6
       To the Reporter:
7      I have read the entire transcript of my Deposition
       taken in the captioned matter or the same has been
8      read to me.  I request for the following changes
       be entered upon the record for the reasons
9      indicated.
       I have signed my name to the Errata Sheet and the
10     appropriate Certificate and authorize you to
       attach both to the original transcript.
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19     _____
20     _____
21     _____
22     _____
23     SIGNATURE:_____  DATE:_____
24           STEVEN MILLS
25

Page 105

```
 1

 2

 3                    C E R T I F I C A T E

 4    STATE OF NEW YORK  )

 5                       ) ss.

 6    COUNTY OF NEW YORK )

 7              I, Margaret Merek, a Shorthand

 8         (Stenotype) Reporter and Notary Public

 9         of the State of New York, do hereby

10         certify that the foregoing Deposition,

11         of the witness, STEVEN MILLS, taken at

12         the time and place aforesaid, is a

13         true and correct transcription of my

14         shorthand notes.

15              I further certify that I am

16         neither counsel for nor related to any

17         party to said action, nor in any wise

18         interested in the result or outcome

19         thereof.

20              IN WITNESS WHEREOF, I have

21         hereunto set my hand this 27th day of

22         June, 2003.

23

24         _____
                   Margaret Merek
25
```