UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and GREGORY ENRIQUEZ,<br>Defendants. | Civil Action No. 05-10306-RWZ |

### DEFENDANT GREGORY ENRIQUEZ'S
### LOCAL RULE 16.1 CERTIFICATION

Defendant Gregory Enriquez and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

- with a view to establishing a budget for the cost of this litigation; and
- to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

Respectfully submitted,

_____
Gregory Enriquez


Dated: December 2̲0̲, 2005

Counsel for Defendant Gregory Enriquez:

_____
Janine Cone Metcalf (admitted pro hac vice)
Jordana R. Sternberg (admitted pro hac vice)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
(404) 521-3939

Joan Ackerstein, BBO # 348220
Heather Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, MA 02116
(617) 367-0025

ATI-2205305v1