UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and GREGORY ENRIQUEZ,<br>Defendants. | Civil Action No. 05-10306-RWZ |

## JOINT REPORT AND PROPOSED DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Rule 16.1(d) of the Local Rules of the United States District Court for the District of Massachusetts and this Court's Order of November 28, 2005, counsel for the parties have conferred as required. Plaintiff, Thomas Cashman, and Defendants, International Business Machines Corporation and Gregory Enriquez ("Defendants"), (collectively, the "Parties") propose the following schedule and plan:

1. <u>Rule 26(f) Conference</u>. Counsel for the Parties have conferred as required by Rule 26(f), Fed.R.Civ.P.

2. <u>Initial Disclosures</u>. Initial Disclosures shall be made no later than December 27, 2005. Plaintiff's Initial Disclosures were served on or about April 1, 2005.

3. <u>Discovery Period</u>. The Parties propose that discovery shall open on Monday, January 16, 2006, and close on Friday, September 15, 2006. Due to the possibility that one or more Parties may seek discovery from potential witnesses residing in Europe, the Parties recognize and agree that they may need to seek an extension of this discovery period, but will use best efforts to complete discovery within the time proposed.

ATI-2204376v2

4.  <u>Written Discovery</u>.  The Parties agree that all requests for written discovery shall be served so that answers thereto shall be due not later than the close of the discovery period.

5.  <u>Foreign Discovery</u>.  The Parties agree to use their best efforts to conduct the discovery that can be taken within the United States (including discovery taken from witnesses who reside abroad but can be found within the United States) before seeking discovery from sources outside of the United States.  This provision is not meant to prevent any party from taking discovery necessary to oppose any motion within deadlines imposed by the Court or the rules of procedure.

6.  <u>Depositions</u>.  The Parties agree that all depositions shall be concluded on or before September 15, 2006.  The Parties agree that the number of depositions shall be limited for each side (or group of parties with a common interest) to fifteen (15) depositions.  The remaining discovery event limitations in Local Rule 26.1(C) remain in effect.  The Parties have also agreed that (i) Defendants may take the deposition of the Plaintiff and (ii) Plaintiff may take the deposition, pursuant to Fed.R.Civ.P. 30(b)(6), of IBM for up to fourteen (14) hours.  The Parties further are aware that any deposition that requires the use of a translator may require longer than seven (7) hours, and the Parties agree that they will negotiate in good faith the length of such depositions on a case-by-case basis.

7.  <u>Expert Disclosures</u>.  The Parties agree that expert disclosures, if any, under Fed.R.Civ.P 26(a)(2) are due by the following dates:  Plaintiff: June 15, 2006; Defendants: July 17, 2006.

8.  <u>Filing of Dispositive Motions</u>.  The Parties agree that any dispositive motions shall be filed on or before Monday, October 16, 2006.  Oppositions to such motions shall be filed

ATI-2204376v2

within 30 days after service of such motion.  Replies in support of such motions shall be filed within 20 days after service of any opposition to such motions.

WHEREFORE, The Parties respectfully request that the Court adopt this Discovery Plan.

Dated:  December 27, 2005.


/s/ Kathleen E. Cross
Kathleen E. Cross  BBO # 556934
Karen A. Whitley  BBO # 564742
HANIFY & KING
One Beacon Street, 21st Floor
Boston, Massachusetts  02108
(617) 423-0400 (tel)
(617) 423-0498 (fax)

Counsel for Plaintiff Thomas Cashman

/s/ Janine Cone Metcalf
Janine Cone Metcalf (admitted pro hac vice)
Jordana R. Sternberg (admitted pro hac vice)
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-3053
(404) 521-3939 (tel)
(404) 581-8330 (fax)

Joan Ackerstein, BBO # 348220
Heather Stepler, BBO # 654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts  02116
(617) 367-0025

Counsel for Defendants
International Business Machines Corporation
and Gregory Enriquez