UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS CASHMAN,
Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES
CORPORATION and GREGORY ENRIQUEZ,
Defendants.

Civil Action No. 05-10306-RWZ

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF PLAINTIFF

The undersigned counsel and Plaintiff, Thomas Cashman, hereby affirm that they have conferred as follows:

A. With a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

B. To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,

Attorneys for Thomas Cashman,

_____
Kathleen E. Cross BBO # 556934
Karen A. Whitley BBO # 564742
HANIFY & KING
One Beacon Street, 21st Floor
Boston, Massachusetts 02108
(617) 423-0400 (tel)
(617) 423-0498 (fax)

_____
Thomas Cashman

443365

ATI-2204376v1