UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS CASHMAN,<br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION and GREGORY ENRIQUEZ,<br>Defendants. | Civil Action No. 05-10306-RWZ |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, and upon agreement of each party to the above-captioned action, the above-captioned action is HEREBY DISMISSED WITH PREJUDICE, each party to pay its own costs, attorneys' fees and expenses.

SO ORDERED this 5th day of ~~March~~ April, 2006.

_____
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

ATI-2214066v1

Consented to:

*/s/ Kathleen Cross*                                 */s/ Janine Cone Metcalf*

Kathleen E. Cross, BBO #556934         Janine Cone Metcalf (admitted pro hac vice)
Karen A. Whitley, BBO #564742          Jordana R. Sternberg (admitted pro hac vice)
HANIFY & KING                              JONES DAY
One Beacon Street, 21st Floor            1420 Peachtree Street, N.E., Suite 800
Boston, Massachusetts 02108             Atlanta, GA 30309-3053
(617) 423-0400 (tel)                         (404) 521-3939 (tel)
(617) 423-0498 (fax)                        (404) 581-8330 (fax)

Counsel for Plaintiff Thomas Cashman

Joan Ackerstein, BBO #348220
Heather Stepler, BBO #654269
JACKSON LEWIS LLP
75 Park Plaza, 4th Floor
Boston, Massachusetts 02116
(617) 367-0025

Counsel for Defendants
International Business Machines Corporation
and Gregory Enriquez

- 2 -

ATI-2214066v1